FILED

UNITED STATES DISTRICT COURT  NOV 14 A 10:48
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : | |
| Plaintiffs, | : | NO. 3:03cv221 (AWT) |
| v. | : | |
| JOHN G. ROWLAND, et al | : | NOVEMBER 13, 2003 |

### ENTRY OF APPEARANCE

Please enter the Appearance of the undersigned, Anthony M. Fitzgerald, on behalf of the defendants, JOHN G. ROWLAND, I/O as Governor of State of Connecticut and MARC S. RYAN, I/O as Secretary of Office of Policy and Management of State of Connecticut.

Respectfully Submitted,

Anthony M. Fitzgerald
Federal Bar # ct 04167
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
E-mail: Afitzgerald@carmodylaw.com

{N0708079}

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance has been mailed, postage prepaid, on the above date, to:

David S. Golub
Marily J. Ramos
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT  06904
*Counsel for Plaintiffs*

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Daniel A. Schwartz, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
*Counsel for Defendants*

_____
Anthony M. Fitzgerald

{N0708079}                                2