CT/cvmhrg (January 10, 2002)

HONORABLE **D.F. Martinez**

DEPUTY CLERK **R.K. Wood**   RPTR/ERO/TAPE **S. Bowles**

TOTAL TIME: **1** hours **9** minutes

DATE **11/18/03**   START TIME **9:40 a.m.**   END TIME **10:49 a.m.**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

**State Emp. Coalition**   CIVIL NO. **3:03CV221 (AVC)**

vs.

**Rowland**

☑ SEE ATTACHED CALENDAR FOR COUNSEL

Plaintiffs Counsel

Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| | | | | |
|---|---|---|---|---|
| ☑ #51-1 | Motion **to stay** | ☐ granted | ☐ denied | ☑ advisement |
| ☑ #51-2 | Motion **to quash** | ☐ granted | ☐ denied | ☑ advisement |
| ☐ # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ filed ☐ docketed (x11)

_____ Hearing continued until _____ at _____