UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STATE EMPLOYEES BARGAINING AGENT :
COALITION, et al,                :
                                 :
      PLAINTIFFS,            :
                                 :
V.                               :    NO. 3:03 CV 221 (AWT)
                                 :
JOHN G. ROWLAND, et al           :
                                 :
      DEFENDANTS.            :    DECEMBER 12, 2003

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME
## TO FILE OBJECTION TO RULING

Plaintiffs, through counsel, respectfully move this Court for an extension of time to file an objection to the Court's Ruling (Martinez, M.J.) on Defendants' Motion to Stay Discovery and to Quash Subpoenas until and including December 26, 2003. The Ruling is dated November 24, 2003, and was filed on that date.

Victoria Woodin Chavey, Esq., counsel for defendants, consents to the granting of this Motion for Extension of Time. This is plaintiffs' first request for an extension of time directed to this matter.

                           PLAINTIFFS,

                           BY _____
                           DAVID S. GOLUB ct 00145
                           MARILYN J. RAMOS ct 11433
                           SILVER GOLUB & TEITELL LLP
                           184 ATLANTIC STREET
                           P.O. BOX 389
                           STAMFORD, CT 06904
                           (203) 325-4491