UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, : <br><br>  PLAINTIFFS, : <br><br> V. : <br><br> JOHN G. ROWLAND, et al : <br><br>  DEFENDANTS. : | <br><br><br><br><br>NO. 3:03 CV 221 (AWT)<br><br><br><br>DECEMBER 12, 2003 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE OBJECTION TO RULING**

Plaintiffs, through counsel, respectfully move this Court for an extension of time to file an objection to the Court's Ruling (Martinez, M.J.) on Defendants' Motion to Stay Discovery and to Quash Subpoenas until and including December 26, 2003. The Ruling is dated November 24, 2003, and was filed on that date.

Victoria Woodin Chavey, Esq., counsel for defendants, consents to the granting of this Motion for Extension of Time. This is plaintiffs' first request for an extension of time directed to this matter.

PLAINTIFFS,

BY _____
DAVID S. GOLUB ct 00145
MARILYN J. RAMOS ct 11433
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT 06904
(203) 325-4491

Extension GRANTED, absent objection, to and including December 26, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   12/18/03