UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT: | | CIVIL ACTION NO. 3:03cv221 (AWT) |
| COALITION, ET AL. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| JOHN G. ROWLAND, ET AL. | : | |
| | : | |
| Defendants. | : | MARCH 4, 2005 |

MOTION TO WITHDRAW APPEARANCE

TO:    Clerk, United States District Court
       450 Main Street
       Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, undersigned counsel respectfully

moves this Court to withdraw his appearance in the above-captioned matter on behalf of

Defendants, JOHN G. ROWLAND and MARC S. RYAN, in the above-referenced matter.  Other

counsel from Day, Berry & Howard LLP have appeared and will continue to represent the

Defendants.

Dated at Hartford, Connecticut this 4th day of March, 2005.

THE DEFENDANTS, JOHN G. ROWLAND
and MARC S. RYAN


By: _____
          Daniel A. Schwartz, ct#15823
          Day, Berry & Howard LLP
          CityPlace I, 185 Asylum Street
          Hartford, CT 06103-3499
          (860) 275-0100
          (860) 275-0343 (fax)
          *daschwartz@dbh.com*
          Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date via first-class mail, postage prepaid, to:

David S. Golub, Esq.
Silver, Golub & Teitell, LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904.


_____
          Daniel A. Schwartz