FILED
2005 MAR -7 A 11: 03
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT: COALITION, ET AL. : | CIVIL ACTION NO. 3:03cv221 (AWT) |
| Plaintiffs, : | |
| v. : | |
| JOHN G. ROWLAND, ET AL. : | |
| Defendants. : | MARCH 4, 2005 |

MOTION TO WITHDRAW APPEARANCE

TO:   Clerk, United States District Court
      450 Main Street
      Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of Defendants, JOHN G. ROWLAND and MARC S. RYAN, in the above-referenced matter. Other counsel from Day, Berry & Howard LLP have appeared and will continue to represent the Defendants.

Dated at Hartford, Connecticut this 4th day of March, 2005.

FILED
2005 MAR 17 A 11:
U.S. DISTRICT COURT
HARTFORD, CT

**GRANTED.  It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/17/05