

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING | : | CIVIL ACTION NO. |
| AGENT COALITION, ET AL. | : | |
| Plaintiffs, | : | 3:03CV221 (AWT) |
| | : | |
| V. | : | |
| | : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | FEBRUARY 25, 2004 |

## DEFENDANTS' MOTION FOR PERMISSION TO CITE A DECISION RECENTLY ISSUED IN A CLOSELY RELATED CASE

The defendants respectfully seek permission to cite, in further support of their July 7, 2003 Motion to Dismiss Plaintiffs' Amended Complaint, a recently decided case that is closely related to this case. On February 17, 2005, Judge Squatrito granted the defendants' motion to dismiss in Abbey v. Rowland et al. (3:03CV172 (DJS)) (copy attached), which arose out of the same layoffs of state employees that gave rise to this case and involved an allegation that such layoffs were unconstitutional, as the plaintiffs in this case allege. In Abbey, Judge Squatrito held that (1) the defendants were entitled to legislative immunity from suit because the defendants' challenged actions "fell squarely within the realm of immune legislative activity" (slip op. at 7); and (2) the plaintiffs' claim for prospective injunctive relief does not fit within the scope of Ex Parte Young, 209 U.S. 123 (1908), because such claim "is clearly a suit seeking to divest the state of its sovereignty rather than to prospectively limit the unconstitutional actions of state officials" (slip

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/22/05

-1-