UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE EMPLOYEES BARGAINING
AGENT COALITION, ET AL,

        Plaintiffs,

V.

        CIV. NO. 3:03CV221 (AWT)

JOHN G. ROWLAND, ET AL,

        Defendants.

        APRIL 9, 2003

**PLAINTIFFS' MOTION FOR ENTRY
OF CASE MANAGEMENT ORDER
AND SUPPORTING MEMORANDUM**

Plaintiffs State Employees Bargaining Agent Coalition ("SEBAC"), et al, through counsel, respectfully move this Court to enter a Case Management Order in accordance with the Report of Parties' Planning Meeting and Proposed Case Management Plan filed by plaintiffs herewith.

In support of this Motion, plaintiffs submit the following:

1. Pursuant to Fed.R.Civ.P. 16(b), 26(f) and D.Conn.L.Civ.R. 38, counsel for plaintiffs has conferred with counsel for defendants in an attempt to reach agreement on a case management plan for this action, but has been unable to do so.

2. Defendants take the position that they will not agree to begin discovery until after a final ruling adjudicating their claimed right to qualified and/or legislative immunity as asserted in defendants' pending Motion to Dismiss. Defendants have advised plaintiffs that by "final ruling," they mean through any interlocutory appeals to the United States Court of Appeals for the Second Circuit or United States Supreme Court from any ruling by this Court denying such

*[Left margin stamp:]* DENIED for substantially the reasons set forth by the defendants in their objections. (See Doc. Nos. 24, 40.) It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/14/05