UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : |
| Plaintiffs, | : NO. 3:03cv221 (AWT) |
| v. | : |
| JOHN G. ROWLAND, et al | : APRIL 5, 2005 |

### ENTRY OF APPEARANCE

Please enter the Appearance of the undersigned, Ann H. Rubin, on behalf of the defendants, JOHN G. ROWLAND and MARC S. RYAN, in the above-reference matter.

Respectfully Submitted,

*/s/ Ann H. Rubin*
Ann H. Rubin
Federal Bar # ct04486
Carmody & Torrance LLP
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
E-mail: arubin@carmodylaw.com

{W1356004}

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance has been mailed, postage prepaid, on the above date, to:

David S. Golub
Marily J. Ramos
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
(203) 325-4491
*Counsel for Plaintiffs*

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0343
*Counsel for Defendants*

Ann H. Rubin

{W1356004}    2