UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE EMPLOYEES BARGAINING AGENT : 
COALITION, et al, :
  :
       Plaintiffs, : NO. 3:03cv221 (AWT)
  :
v. :
  :
JOHN G. ROWLAND, et al : APRIL 8, 2005

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendants, JOHN G. ROWLAND and MARC S. RYAN, in the above-referenced matter. Ann H. Rubin of Carmody & Torrance LLP has appeared and will continue to represent the defendants.

                Respectfully Submitted,

                THE DEFENDANTS,
                JOHN G. ROWLAND and MARC S. RYAN

                _____
                Anthony M. Fitzgerald
                Federal Bar # ct 04167
                Carmody & Torrance LLP
                195 Church Street
                P.O. Box 1950
                New Haven, CT  06509-1950
                Phone: (203) 777-5501
                Fax: (203) 784-3199
                E-mail: Afitzgerald@carmodylaw.com

{W1356012}

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law   Post Office Box 1110
   Waterbury, CT 06721-1110
   Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance has been mailed, postage prepaid, on the above date, to:

David S. Golub
Marily J. Ramos
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
(203) 325-4491
*Counsel for Plaintiffs*

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0343
*Counsel for Defendants*

_____
Anthony M. Fitzgerald

{W1356012}                           2

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200