UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : |
| Plaintiffs, | : NO. 3:03cv221 (AWT) |
| v. | : |
| JOHN G. ROWLAND, et al | : APRIL 11, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendants, JOHN G. ROWLAND and MARC S. RYAN, in the above-referenced matter. Ann H. Rubin of Carmody & Torrance LLP has appeared and will continue to represent the defendants.

Respectfully Submitted,

THE DEFENDANTS,
JOHN G. ROWLAND and MARC S. RYAN

James K. Robertson, Jr.
Federal Bar No. ct05301
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06712
jrobertson@carmodylaw.com
Phone: 203 573-1200
Fax: 203 575-2600
jrobertson@carmodylaw.com

{W1356011}

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance has been mailed, postage prepaid, on the above date, to:

David S. Golub
Marily J. Ramos
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT  06904
(203) 325-4491
*Counsel for Plaintiffs*

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
(860) 275-0343
*Counsel for Defendants*

James K. Robertson, Jr.

{W1356011}                              2