UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 3:03CV221(AWT) |
| v. | : : | |
| JOHN G. ROWLAND, ET AL., | : : | |
| Defendants. | : | APRIL 18, 2005 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO SUBMIT NEW LEGAL AUTHORITY AND RESPONSE TO DEFENDANTS' NEW AUTHORITY**

The Defendants, through counsel, respectfully move for an extension of time to May 2, 2005, to file a response to Plaintiffs' Motion to Submit New Legal Authority and Response to Defendants' New Authority dated April 8, 2005.  The additional time requested in this Motion is necessary in that Attorney Victoria Woodin Chavey is on vacation until Monday, April 25, 2005.

This is defendants' first request for an extension of time with respect to responding to plaintiffs' aforementioned motion.  Defendants' undersigned counsel has contacted plaintiff's counsel, David Golub, with regard to this requested extension, who has indicated that he believes no further briefing is necessary.

THE DEFENDANTS,

By_____/s/ Albert Zakarian_____
Albert Zakarian (ct04201)
Allan B. Taylor (ct05332)
Victoria Woodin Chavey (ct14232)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*azakarian@dbh.com*

Their Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

| | |
|---|---|
| David S. Golub | Ann H. Rubin |
| Jonathan M. Levine | Carmody & Torrance LLP |
| Marilyn J. Ramos | 50 Leavenworth Street |
| Silver, Golub & Teitell, LLP | P.O. Box 1110 |
| 184 Atlantic Street | Waterbury, CT  06721-1110 |
| P.O. Box 389 | |
| Stamford, CT 06904 | |

_____/s/ Albert Zakarian_____
Albert Zakarian