#73

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : | |
| | : | |
| Plaintiffs, | : | NO. 3:03cv221(AWT) |
| | : | |
| v. | : | |
| | : | |
| JOHN G. ROWLAND, et al | : | APRIL 8, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendants, JOHN G. ROWLAND and MARC S. RYAN, in the above-referenced matter. Ann H. Rubin of Carmody & Torrance LLP has appeared and will continue to represent the defendants.

Respectfully Submitted,

THE DEFENDANTS,
JOHN G. ROWLAND and MARC S. RYAN

_____
Anthony M. Fitzgerald
Federal Bar # ct 04167
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
E-mail: Afitzgerald@carmodylaw.com

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 4/22/05

2005 APR 22 P 1:53
U.S. DISTRICT COURT
HARTFORD, CT

{W1356012}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200