# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2005 APR 12 A 11: 11
U.S. DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : |
| Plaintiffs, | : NO. 3:03cv221 (AWT) |
| v. | : |
| JOHN G. ROWLAND, et al | : APRIL 11, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendants, JOHN G. ROWLAND and MARC S. RYAN, in the above-referenced matter. Ann H. Rubin of Carmody & Torrance LLP has appeared and will continue to represent the defendants.

Respectfully Submitted,

THE DEFENDANTS,
JOHN G. ROWLAND and MARC S. RYAN

James K. Robertson, Jr.
Federal Bar No. ct05301
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06712
jrobertson@carmodylaw.com
Phone: 203 573-1200
Fax: 203 575-2600
jrobertson@carmodylaw.com

GRANTED. It is so ordered.
2005 APR 22
U.S. DISTRICT COURT
HARTFORD, CT.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  4/21/05

{W1356011}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200