ID 

76

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 APR 18 P 4: 22

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL., | : |
| Plaintiffs, | CIVIL ACTION NO. 3:03CV221(AWT) |
| v. | |
| JOHN G. ROWLAND, ET AL., | |
| Defendants. | APRIL 18, 2005 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO SUBMIT NEW LEGAL AUTHORITY AND RESPONSE TO DEFENDANTS' NEW AUTHORITY

The Defendants, through counsel, respectfully move for an extension of time to May 2, 2005, to file a response to Plaintiffs' Motion to Submit New Legal Authority and Response to Defendants' New Authority dated April 8, 2005. The additional time requested in this Motion is necessary in that Attorney Victoria Woodin Chavey is on vacation until Monday, April 25, 2005.

This is defendants' first request for an extension of time with respect to responding to plaintiffs' aforementioned motion. Defendants' undersigned counsel has contacted plaintiff's counsel, David Golub, with regard to this requested extension, who has indicated that he believes no further briefing is necessary.

Extension GRANTED, nunc pro tunc, to and including May 2, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  4/24/05