UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV 17 P 5:54
US DISTRICT COURT
HARTFORD CT

------------------------------x
STATE EMPLOYEES BARGAINING    :
AGENT COALITION, et al.,      :
                              :
    Plaintiffs,               :
                              :
v.                            :    Civil No. 3:03CV00221(AWT)
                              :
JOHN G. ROWLAND, et al.,      :
                              :
    Defendants.               :
                              :
------------------------------x

### ORDER OF TRANSFER

In the interest of justice, this case is hereby transferred to Judge <u>Alfred V. Covello</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and shall bear the docket number 3:03CV00221(AVC). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. <u>See</u> D. Conn. L. Civ. R. 3(a).

It is so ordered.

Dated this 17th day of November, 2005, at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge