UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL., Plaintiffs, | : : : : |
| VS. | : : Civil No. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL., Defendants. | : : : |

## ORDER OVERRULING OBJECTION

On November 24, 2003, U.S. Magistrate Judge Martinez granted the defendant's motion to stay discovery and to quash subpoenas on grounds that argument presented in a pending motion to dismiss was "potentially dispositive." On December 29, 2003, the plaintiffs filed objections to the order and, on January 8, 2004, the defendants filed their response.

Having reviewed the arguments presented and Judge Martinez's November 24, 2003 order, the court is of the opinion that, as the motion to dismiss presents potentially dispositive argument that the court is without subject matter jurisdiction to adjudicate this case, the plaintiffs' objection to the order staying discovery and to quash subpoenas is hereby overruled (document no. 64). The court will take up the pending motion to dismiss without further delay.

It is so ordered this 13th day of December, 2005 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge