## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING | : | CIVIL ACTION NO. |
| AGENT COALITION, ET AL. | : | |
| Plaintiffs, | : | 3:03CV221 (AVC) |
| | : | |
| V. | : | |
| | : | |
| JOHN G. ROWLAND , ET AL., | : | |
| Defendants. | : | DECEMBER 20, 2005 |

### **APPEARANCE**

Please enter the appearance of the undersigned, **DOUGLAS W. BARTINIK,** for the Defendants in the above-entitled action.

Dated at Hartford, Connecticut this 20th day of December, 2005.

                THE DEFENDANTS,

By: __/s/_____
    Douglas W. Bartinik (ct26196)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    Telephone: (860) 275-0100
    Fax: (860) 275-0343
    dwbartinik@dbh.com
    Their Attorneys

## **CERTIFICATE OF SERVICE**

       THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

David S. Golub
Silver, Golub & Teitell, LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904.

Ann H. Rubin
Carmody and Torrance
50 Leavenworth Street
Waterbury, CT 06721-1110

                                                   /s/_____
                                                  Douglas W. Bartinik