

# House Bill No. 6002

## May 9 Special Session, Public Act No. 02-1

**AN ACT CONCERNING ADJUSTMENTS TO THE STATE BUDGET FOR THE BIENNIUM ENDING JUNE 30, 2003, STATE REVENUES AND OPERATING A MOTOR VEHICLE WHILE UNDER THE INFLUENCE OF INTOXICATING LIQUOR.**

Be it enacted by the Senate and House of Representatives in General Assembly convened:

Section 1. (*Effective from passage*) The following sums are appropriated for the purposes herein specified for the fiscal year ending June 30, 2002:

| | |
|---|---:|
| SPECIAL TRANSPORTATION FUND | |
| MISCELLANEOUS APPROPRIATIONS | |
| ADMINISTERED BY THE COMPTROLLER | |
| Reserve for Salary Adjustments | 4,600,000 |
| | |
| TOTAL | 4,600,000 |
| SPECIAL TRANSPORTATION FUND | |

Sec. 2. (*Effective from passage*) The sum of $ 650,000 appropriated to the Office of Policy and Management from the General Fund, for Private Provider Infrastructure/Debt Fund, for the fiscal year ending June 30, 2001, in subsection (a) of section 47 of special act 01-1 of the June special session, and carried forward in subsection (1) of said section, as amended by section 2 of special act 01-1 of the November 15 special session, shall be transferred to the Department of Information Technology, for Other Expenses.

Sec. 3. (*Effective from passage*) (a) The sum of $ 1,900,000 appropriated to the Office of Policy and Management from the General Fund, for Private Provider Infrastructure/Debt Fund, for the fiscal year ending June 30, 2001, in subsection (a) of section 47 of special act 01-1 of the June special session, and carried forward in subsection (1) of said section, as amended by section 2 of special act 01-1 of the November 15 special session, shall be transferred to the Department of Information Technology, for Health Insurance Portability & Accountability.

(b) The funds transferred to the Department of Information Technology in subsection (a) of this section, for Health Insurance Portability & Accountability, shall not lapse on June 30,

BOARD OF PAROLE
OTHER THAN PAYMENTS TO LOCAL
GOVERNMENTS
Community Residential Services                40,000

DEPARTMENT OF CHILDREN AND FAMILIES
OTHER THAN PAYMENTS TO LOCAL
GOVERNMENTS
Stamford Child Guidance Clinic                10,000
Fund Covenant to Care                        150,000
Fund Neighborhood Center                      90,000
AGENCY TOTAL                                 250,000

JUDICIAL DEPARTMENT
Alternative Incarceration Program            400,000

TOTAL                                     29,051,513

Such funds shall not lapse on June 30, 2002, and shall continue to be available for expenditure for such purpose during the fiscal year ending June 30, 2003.

Sec. 18. (*Effective from passage*) At the close of the fiscal year ending June 30, 2002, the Comptroller is authorized to record as expenditures for said fiscal year, any expenditures made from July 1, 2002, to July 31, 2002, inclusive, pursuant to the appropriations or transfer provisions of sections 1 to 18, inclusive, of this act.

Sec. 19. Section 11 of special act 01-1 of the June special session is amended to read as follows (*Effective July 1, 2002*):

The following sums are appropriated for the annual period as indicated and for the purposes described.

GENERAL FUND

2002-2003

$

LEGISLATIVE

LEGISLATIVE MANAGEMENT

| | | |
|---|---:|---:|
| Personal Services | [34,661,211] | 33,932,211 |
| Other Expenses | [14,805,374] | 13,958,293 |
| Equipment | [876,000] | 679,160 |
| Interim Committee Staffing | 510,000 | |
| Interim Salary/Caucus Offices | 435,000 | |
| Industrial Renewal Plan | [180,000] | 177,300 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Interstate Conference Fund | [265,350] | 261,370 |
| AGENCY TOTAL | [51,732,935] | 49,953,334 |
| | | |
| AUDITORS OF PUBLIC ACCOUNTS | | |
| Personal Services | [8,727,197] | 8,227,197 |
| Other Expenses | [610,409] | 601,253 |
| Equipment | [134,504] | 132,486 |
| AGENCY TOTAL | [9,472,110] | 8,960,936 |
| | | |
| COMMISSION ON THE STATUS OF WOMEN | | |
| Personal Services | 497,198 | |
| Other Expenses | [124,860] | 72,987 |
| Equipment | 2,625 | |
| AGENCY TOTAL | [624,683] | 572,810 |
| | | |
| COMMISSION ON CHILDREN | | |
| Personal Services | 484,875 | |
| Other Expenses | [99,775] | 48,278 |
| Equipment | 2,625 | |
| Social Health Index | [40,000] | 30,000 |
| AGENCY TOTAL | [627,275] | 565,778 |
| | | |
| LATINO AND PUERTO RICAN AFFAIRS COMMISSION | | |
| Personal Services | 316,251 | |
| Other Expenses | [85,690] | 59,405 |
| Equipment | 5,250 | |
| AGENCY TOTAL | [407,191] | 380,906 |

| | | |
|---|---:|---:|
| **AFRICAN-AMERICAN AFFAIRS COMMISSION** | | |
| Personal Services | 260,417 | |
| Other Expenses | [92,800] | 66,408 |
| Equipment | 2,500 | |
| AGENCY TOTAL | [355,717] | 329,325 |
| | | |
| TOTAL LEGISLATIVE | [63,219,911] | 60,763,089 |
| | | |
| **GENERAL GOVERNMENT** | | |
| | | |
| **GOVERNOR'S OFFICE** | | |
| Personal Services | [2,300,360] | 2,049,731 |
| Other Expenses | [289,479] | 285,137 |
| Equipment | 100 | |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| New England Governors' Conference | [140,862] | 138,749 |
| National Governors' Association | [102,422] | 100,886 |
| AGENCY TOTAL | [2,833,223] | 2,574,603 |
| | | |
| **SECRETARY OF THE STATE** | | |
| Personal Services | 2,882,377 | |
| Other Expenses | [1,256,996] | 1 |
| Equipment | 1,000 | |
| AGENCY TOTAL | [4,140,373] | 2,883,378 |
| | | |
| **LIEUTENANT GOVERNOR'S OFFICE** | | |
| Personal Services | 267,222 | |
| Other Expenses | 51,688 | |
| Equipment | 100 | |
| AGENCY TOTAL | 319,010 | |
| | | |
| **ELECTIONS ENFORCEMENT COMMISSION** | | |
| Personal Services | 777,158 | |
| Other Expenses | [80,477] | 79,270 |
| Equipment | 1,000 | |

|  |  |  |
|---|---:|---:|
| AGENCY TOTAL | [858,635] | 857,428 |
| | | |
| **ETHICS COMMISSION** | | |
| Personal Services | 756,638 | |
| Other Expenses | [106,387] | 104,791 |
| Equipment | 100 | |
| Lobbyist Electronic Filing Program | 42,000 | |
| AGENCY TOTAL | [905,125] | 903,529 |
| | | |
| **FREEDOM OF INFORMATION COMMISSION** | | |
| Personal Services | 1,216,043 | |
| Other Expenses | [124,909] | 123,035 |
| Equipment | 1,000 | |
| AGENCY TOTAL | [1,341,952] | 1,340,078 |
| | | |
| **JUDICIAL SELECTION COMMISSION** | | |
| Personal Services | 89,683 | |
| Other Expenses | 20,727 | |
| Equipment | 100 | |
| AGENCY TOTAL | 110,510 | |
| | | |
| **STATE PROPERTIES REVIEW BOARD** | | |
| Personal Services | 363,933 | |
| Other Expenses | [184,346] | 181,581 |
| Equipment | 1,000 | |
| AGENCY TOTAL | [549,279] | 546,514 |
| | | |
| **STATE TREASURER** | | |
| Personal Services | [3,662,260] | 3,512,260 |
| Other Expenses | [416,404] | 410,158 |
| Equipment | 1,000 | |
| AGENCY TOTAL | [4,079,664] | 3,923,418 |
| | | |
| **STATE COMPTROLLER** | | |
| Personal Services | [16,611,027] | 16,261,027 |
| Other Expenses | [3,305,488] | 3,206,656 |
| Equipment | 1,000 | |
| [Wellness Program | 47,500] | |

| | | |
|---|---:|---:|
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Governmental Accounting Standards Board | 19,570 | |
| AGENCY TOTAL | [19,984,585] | 19,488,253 |
| | | |
| DEPARTMENT OF REVENUE SERVICES | | |
| Personal Services | [52,811,229] | 52,300,315 |
| Other Expenses | [10,278,819] | 9,950,000 |
| Equipment | 1,000 | |
| Collection and Litigation Contingency Fund | [455,000] | 448,175 |
| AGENCY TOTAL | [63,546,048] | 62,699,490 |
| | | |
| DIVISION OF SPECIAL REVENUE | | |
| Personal Services | [7,941,231] | 7,552,285 |
| Other Expenses | [1,766,209] | 1,850,036 |
| Equipment | 1,000 | |
| AGENCY TOTAL | [9,708,440] | 9,403,321 |
| | | |
| STATE INSURANCE AND RISK MANAGEMENT BOARD | | |
| Personal Services | 218,583 | |
| Other Expenses | [8,922,742] | 9,355,632 |
| Equipment | 1,000 | |
| Surety Bonds for State Officials and Employees | [153,450] | 151,148 |
| AGENCY TOTAL | [9,295,775] | 9,726,363 |
| | | |
| GAMING POLICY BOARD | | |
| Other Expenses | 3,400 | |
| | | |
| OFFICE OF POLICY AND MANAGEMENT | | |
| Personal Services | [14,716,345] | 14,266,345 |
| Other Expenses | [1,986,086] | 2,140,295 |
| Equipment | 1,000 | |
| Automated Budget System and Data Base Link | [155,304] | 103,724 |
| Drugs Don't Work | [475,000] | 247,694 |
| Leadership, Education, Athletics in Partnership | | |

| | | |
|---|---:|---:|
| (LEAP) | [2,076,700] | 1,895,549 |
| Children and Youth Program Development | [750,000] | 491,212 |
| Cash Management Improvement Act | 100 | |
| Justice Assistance Grants | [2,288,501] | 1,788,501 |
| Neighborhood Youth Centers | [1,846,107] | 1,225,915 |
| [High Efficiency Licensing Program | 250,000] | |
| Boys and Girls Club | [350,000] | 260,275 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Tax Relief for Elderly Renters | 12,800,000 | |
| Drug Enforcement Program | [1,414,348] | 1,193,133 |
| [Private Providers | 7,500,000] | |
| PAYMENTS TO LOCAL GOVERNMENTS | | |
| Reimbursement Property Tax - Disability Exemption | 450,000 | |
| Distressed Municipalities | [6,500,000] | 8,251,200 |
| Property Tax Relief Elderly Circuit Breaker | 22,000,000 | |
| Property Tax Relief Elderly Freeze Program | [1,830,000] | 2,700,000 |
| Property Tax Relief for Veterans | 8,900,000 | |
| Drug Enforcement Program | [9,266,053] | 6,500,002 |
| P. I. L. O. T. - New Manufacturing Machinery and Equipment | [75,500,000] | 71,725,000 |
| Capital City Economic Development | 750,000 | |
| Waste Water Treatment Facility Host Town Grant | 250,000 | |
| AGENCY TOTAL | [172,055,544] | 157,939,945 |
| DEPARTMENT OF VETERANS AFFAIRS | | |
| Personal Services | [23,253,633] | 22,666,643 |
| Other Expenses | [5,906,995] | 6,053,402 |
| Equipment | 1,000 | |
| AGENCY TOTAL | [29,161,628] | 28,721,045 |
| OFFICE OF WORKFORCE COMPETITIVENESS | | |
| Personal Services | 509,169 | |
| Other Expenses | [500,000] | 492,500 |
| Equipment | 1,800 | |

http://www.cga.state.ct.us/2002/act/Pa/2002PA-00001-R00HB-06002SS1-PA.htm    2/19/03

| | | |
|---|---:|---:|
| CETC Workforce | [4,230,000] | 3,108,433 |
| AGENCY TOTAL | [5,240,969] | 4,111,902 |
| **DEPARTMENT OF ADMINISTRATIVE SERVICES** | | |
| Personal Services | [19,749,515] | 18,810,665 |
| Other Expenses | [2,881,613] | 2,606,630 |
| Equipment | 1,000 | |
| Loss Control Risk Management | [537,250] | 430,691 |
| Employees' Review Board | 55,400 | |
| Quality of Work-Life | [350,000] | 344,750 |
| Refunds of Collections | 52,000 | |
| W. C. Administrator | [5,620,008] | 5,280,500 |
| Hospital Billing System | | 137,900 |
| AGENCY TOTAL | [29,246,786] | 27,719,536 |
| **DEPARTMENT OF INFORMATION TECHNOLOGY** | | |
| Personal Services | [1,656,070] | 1,601,939 |
| Other Expenses | [4,202,944] | 4,102,944 |
| Equipment | 1,000 | |
| Automated Personnel System | [1,980,359] | 1,892,967 |
| AGENCY TOTAL | [7,840,373] | 7,598,850 |
| **DEPARTMENT OF PUBLIC WORKS** | | |
| Personal Services | [6,366,648] | 6,255,735 |
| Other Expenses | [15,940,393] | 16,318,202 |
| Equipment | 1,000 | |
| Management Services | [5,341,395] | 5,478,184 |
| Rents and Moving | [7,772,311] | 7,655,726 |
| Capitol Day Care Center | 109,250 | |
| Facilities Design Expenses | [5,572,849] | 5,489,256 |
| AGENCY TOTAL | [41,103,846] | 41,307,353 |
| **ATTORNEY GENERAL** | | |
| Personal Services | [26,718,397] | 26,518,397 |
| Other Expenses | [1,278,012] | 1,258,842 |
| Equipment | 1,000 | |

| | | |
|---|---:|---:|
| AGENCY TOTAL | [27,997,409] | 27,778,239 |
| **OFFICE OF THE CLAIMS COMMISSIONER** | | |
| Personal Services | 249,678 | |
| Other Expenses | [31,258] | 51,258 |
| Equipment | 100 | |
| Adjudicated Claims | [105,000] | 103,425 |
| AGENCY TOTAL | [386,036] | 404,461 |
| **DIVISION OF CRIMINAL JUSTICE** | | |
| Personal Services | [37,120,001] | 36,486,001 |
| Other Expenses | [2,734,707] | 2,693,686 |
| Equipment | [387,500] | 381,687 |
| Forensic Sex Evidence Exams | [338,330] | 333,255 |
| Witness Protection | [550,000] | 541,750 |
| Training and Education | [85,155] | 83,878 |
| Expert Witnesses | [200,000] | 197,000 |
| Medicaid Fraud Control | [629,816] | 620,369 |
| AGENCY TOTAL | [42,045,509] | 41,337,626 |
| **CRIMINAL JUSTICE COMMISSION** | | |
| Other Expenses | 1,195 | |
| **STATE MARSHAL COMMISSION** | | |
| Personal Services | | 173,383 |
| Other Expenses | | 55,000 |
| Equipment | | 100 |
| AGENCY TOTAL | | 228,483 |
| TOTAL | [472,755,314] | 451,927,930 |
| GENERAL GOVERNMENT | | |
| **REGULATION AND PROTECTION** | | |
| **DEPARTMENT OF PUBLIC SAFETY** | | |
| Personal Services | [111,157,998] | 112,284,037 |
| Other Expenses | [20,324,054] | 22,151,141 |
| Equipment | 1,000 | |
| Stress Reduction | 53,354 | |

| | | |
|---|---:|---:|
| Fleet Purchase | [8,177,748] | 8,055,082 |
| [Gun Law Enforcement Task Force | 500,000] | |
| Workers' Compensation Claims | [2,085,484] | 2,744,265 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Civil Air Patrol | 38,692 | |
| AGENCY TOTAL | [142,338,330] | 145,327,571 |
| | | |
| POLICE OFFICER STANDARDS AND TRAINING COUNCIL | | |
| Personal Services | 1,749,394 | |
| Other Expenses | [909,539] | 901,313 |
| Equipment | 1,000 | |
| [Training at Satellite Academies | 50,000] | |
| AGENCY TOTAL | [2,709,933] | 2,651,707 |
| | | |
| BOARD OF FIREARMS PERMIT EXAMINERS | | |
| Personal Services | 65,496 | |
| Other Expenses | 38,121 | |
| Equipment | 1,000 | |
| AGENCY TOTAL | 104,617 | |
| | | |
| MILITARY DEPARTMENT | | |
| Personal Services | [4,444,853] | 4,067,851 |
| Other Expenses | [2,056,247] | 2,131,260 |
| Equipment | 1,000 | |
| [Honor Guards | 400,000] | |
| AGENCY TOTAL | [6,902,100] | 6,200,111 |
| | | |
| COMMISSION ON FIRE PREVENTION AND CONTROL | | |
| Personal Services | 1,595,423 | |
| Other Expenses | [612,898] | 603,705 |
| Equipment | 1,000 | |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Payments to Volunteer Fire Companies | [240,000] | 236,400 |

| | | |
|---|---:|---:|
| AGENCY TOTAL | [2,449,321] | 2,436,528 |
| **DEPARTMENT OF CONSUMER PROTECTION** | | |
| Personal Services | [10,706,345] | 10,413,018 |
| Other Expenses | [1,152,972] | 1,135,677 |
| Equipment | 1,000 | |
| AGENCY TOTAL | [11,860,317] | 11,549,695 |
| **LABOR DEPARTMENT** | | |
| Personal Services | [9,936,519] | 9,607,806 |
| Other Expenses | [948,336] | 834,111 |
| Equipment | 2,000 | |
| Workforce Investment Act | [23,656,282] | 21,360,235 |
| Vocational and Manpower Training | [2,003,082] | 1,576,036 |
| Summer Youth Employment | [732,646] | 621,656 |
| Jobs First Employment Services | [15,428,037] | 15,226,616 |
| Opportunity Industrial Centers | [584,932] | 452,658 |
| [Opportunity Certificate and AEITC | 720,442] | |
| AGENCY TOTAL | [54,012,276] | 49,681,118 |
| **OFFICE OF VICTIM ADVOCATE** | | |
| Personal Services | [204,953] | 249,003 |
| Other Expenses | 40,129 | |
| Equipment | 1,000 | |
| AGENCY TOTAL | [246,082] | 290,132 |
| **COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES** | | |
| Personal Services | [5,989,383] | 6,553,658 |
| Other Expenses | [568,867] | 607,121 |
| Equipment | 1,000 | |
| Martin Luther King, Jr. Commission | 7,000 | |
| [Human Rights Referees | 955,525] | |
| AGENCY TOTAL | [7,521,775] | 7,168,779 |

OFFICE OF PROTECTION AND ADVOCACY

FOR PERSONS WITH DISABILITIES

|  |  |  |
|---|---:|---:|
| Personal Services | [2,470,155] | 2,410,155 |
| Other Expenses | [434,547] | 428,029 |
| Equipment | 1,000 |  |
| AGENCY TOTAL | [2,905,702] | 2,839,184 |

### OFFICE OF THE CHILD ADVOCATE

|  |  |  |
|---|---:|---:|
| Personal Services | [500,290] | 555,090 |
| Other Expenses | [71,844] | 70,766 |
| Equipment | 1,000 |  |
| Child Fatality Review Panel | [67,500] | 66,487 |
| AGENCY TOTAL | [640,634] | 693,343 |

|  |  |  |
|---|---:|---:|
| TOTAL REGULATION AND PROTECTION | [231,691,087] | 228,942,785 |

### CONSERVATION AND DEVELOPMENT

### DEPARTMENT OF AGRICULTURE

|  |  |  |
|---|---:|---:|
| Personal Services | [4,229,527] | 4,142,538 |
| Other Expenses | [714,010] | 703,300 |
| Equipment | 1,000 |  |
| Oyster Program | [100,000] | 98,500 |
| Vibrio Bacterium Program | 10,000 |  |

### OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

|  |  |  |
|---|---:|---:|
| WIC Program for Fresh Produce for Seniors | [89,611] | 88,267 |
| Collection of Agricultural Statistics | 1,200 |  |
| Tuberculosis and Brucellosis Indemnity | 1,000 |  |
| Exhibits and Demonstrations | 5,600 |  |
| Connecticut Grown Product Promotion | [435,000] | 15,000 |
| WIC Coupon Program for Fresh Produce | [85,371] | 84,090 |
| AGENCY TOTAL | [5,672,319] | 5,150,495 |

### DEPARTMENT OF ENVIRONMENTAL PROTECTION

|  |  |  |
|---|---:|---:|
| Personal Services | [34,123,514] | 34,273,514 |
| Other Expenses | [3,319,037] | 3,424,278 |
| Equipment | [1,000] | 68,457 |

| | | |
|---|---:|---:|
| Stream Gaging | [160,000] | 157,600 |
| Mosquito Control | [337,682] | 332,617 |
| State Superfund Site Maintenance | [600,000] | 591,000 |
| Laboratory Fees | [280,076] | 275,875 |
| Dam Maintenance | [122,298] | 120,464 |
| Long Island Sound Research Fund | 1,000 | |
| Emergency Response Commission | [135,366] | 133,336 |
| Beardsley Park and Zoo | 450,000 | |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Soil Conservation Districts | 1,040 | |
| Agreement USGS-Geological Investigation | 47,000 | |
| Agreement USGS-Hydrological Study | [124,640] | 122,770 |
| New England Interstate Water Pollution Commission | 8,400 | |
| Northeast Interstate Forest Fire Compact | 2,040 | |
| Connecticut River Valley Flood Control Commission | 40,200 | |
| Thames River Valley Flood Control Commission | 50,200 | |
| Environmental Review Teams | 1,000 | |
| Agreement USGS-Water Quality Stream Monitoring | [172,710] | 170,119 |
| AGENCY TOTAL | [39,977,203] | 40,270,910 |
| | | |
| COUNCIL ON ENVIRONMENTAL QUALITY | | |
| Personal Services | 129,625 | |
| Other Expenses | 6,470 | |
| AGENCY TOTAL | 136,095 | |
| | | |
| CONNECTICUT HISTORICAL COMMISSION | | |
| Personal Services | [1,118,940] | 581,497 |
| Other Expenses | [96,573] | 95,124 |
| Equipment | 1,000 | |
| AGENCY TOTAL | [1,216,513] | 677,621 |

DEPARTMENT OF ECONOMIC AND

COMMUNITY DEVELOPMENT

| | | |
|---|---|---|
| Personal Services | 7,324,456 | |
| Other Expenses | [3,086,872] | 2,876,319 |
| Equipment | 1,000 | |
| Elderly Rental Registry and Counselors | [647,060] | 617,654 |
| Cluster Initiative | [1,300,000] | 850,000 |

OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | | |
|---|---|---|
| [Entrepreneurial Centers | 215,000] | |
| Subsidized Assisted Living Demonstration | [1,769,625] | 394,000 |
| Congregate Facilities Operation Costs | [5,179,540] | 5,101,847 |
| Housing Assistance and Counseling Program | [384,600] | 378,831 |
| Elderly Congregate Rent Subsidy | [1,336,654] | 1,316,604 |
| [Tax Abatement | 2,243,276] | |
| [Payment in Lieu of Taxes | 2,900,000] | |
| AGENCY TOTAL | [26,388,083] | 18,860,711 |

AGRICULTURAL EXPERIMENT STATION

| | | |
|---|---|---|
| Personal Services | [5,544,950] | 5,530,630 |
| Other Expenses | [463,965] | 457,006 |
| Equipment | 1,000 | |
| Mosquito Control | [212,653] | 209,463 |
| Wildlife Disease Prevention | | 100,000 |
| AGENCY TOTAL | [6,222,568] | 6,298,099 |

| | | |
|---|---|---|
| TOTAL | [79,612,781] | 71,393,931 |

CONSERVATION AND DEVELOPMENT

HEALTH AND HOSPITALS

DEPARTMENT OF PUBLIC HEALTH

| | | |
|---|---|---|
| Personal Services | [30,896,117] | 30,696,117 |
| Other Expenses | [6,355,166] | 6,491,404 |
| Equipment | 1,000 | |
| Young Parents Program | [198,912] | 135,723 |
| Pregnancy Healthline | [110,798] | 82,785 |
| Needle and Syringe Exchange Program | [399,998] | 332,790 |
| Community Services Support for Persons With | | |

| | | |
|---|---:|---:|
| AIDS | [215,594] | 197,652 |
| Children's Health Initiatives | [1,618,761] | 1,284,049 |
| Tobacco Education | [200,000] | 186,148 |
| CT Immunization Registry | [220,807] | 202,431 |
| Newborn Hearing Screening | [70,000] | 65,152 |
| Childhood Lead Poisoning | [265,770] | 243,653 |
| AIDS Services | [4,268,765] | 3,994,497 |
| [Liability Coverage for Volunteer Retired Physicians | 4,235] | |
| Breast and Cervical Cancer Detection and Treatment | [1,951,710] | 1,673,717 |
| Services for Children Affected by AIDS | [286,110] | 262,301 |
| Children with Special Health Care Needs | [728,280] | 1,033,731 |
| Medicaid Administration | [3,993,267] | 3,416,701 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Community Health Services | [6,978,965] | 5,841,855 |
| Emergency Medical Services Training | [36,414] | 33,892 |
| Emergency Medical Services Regional Offices | [522,716] | 500,615 |
| Rape Crisis | [462,062] | 423,609 |
| X-Ray Screening and Tuberculosis Care | 621,527 | |
| Genetic Diseases Programs | [804,722] | 546,075 |
| Loan Repayment Program | [194,500] | 166,582 |
| Immunization Services | [7,126,548] | 7,019,650 |
| PAYMENTS TO LOCAL GOVERNMENTS | | |
| Local and District Departments of Health | [4,446,010] | 3,946,010 |
| Venereal Disease Control | [231,255] | 215,239 |
| School Based Health Clinics | [6,038,399] | 5,913,399 |
| AGENCY TOTAL | [79,248,408] | 75,528,304 |
| | | |
| OFFICE OF HEALTH CARE ACCESS | | |
| Personal Services | [2,718,780] | 2,595,780 |
| Other Expenses | [434,368] | 270,095 |
| Equipment | 2,000 | |
| AGENCY TOTAL | [3,155,148] | 2,867,875 |

OFFICE OF THE CHIEF MEDICAL EXAMINER