| | | |
|---|---:|---:|
| Personal Services | 3,677,188 | |
| Other Expenses | [530,664] | 522,704 |
| Equipment | 7,500 | |
| Medicolegal Investigations | [661,000] | 651,085 |
| AGENCY TOTAL | [4,876,352] | 4,858,477 |

DEPARTMENT OF MENTAL RETARDATION

| | | |
|---|---:|---:|
| Personal Services | [283,992,763] | 282,824,853 |
| Other Expenses | [23,172,643] | 23,289,806 |
| Equipment | 1,000 | |
| Human Resource Development | [354,109] | 231,358 |
| Family Support Grants | [1,008,185] | 993,062 |
| Pilot Program for Client Services | [2,235,129] | 2,250,073 |
| Cooperative Placements Program | [11,033,394] | 11,071,448 |
| Clinical Services | [4,127,868] | 3,862,653 |
| Early Intervention | [19,280,429] | 20,642,220 |
| Temporary Support Services | [208,094] | 204,973 |
| Community Temporary Support Services | [68,340] | 67,315 |
| Community Respite Care Programs | [335,376] | 330,345 |
| Workers' Compensation Claims | [9,679,788] | 10,236,304 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Rent Subsidy Program | [2,717,615] | 2,676,851 |
| Respite Care | [2,113,767] | 2,082,060 |
| Family Reunion Program | [140,000] | 137,900 |
| Employment Opportunities and Day Services | [114,817,427] | 115,533,404 |
| Family Placements | [1,831,985] | 1,844,233 |
| Emergency Placements | [3,619,881] | 3,644,225 |
| Community Residential Services | [240,757,409] | 242,809,404 |
| [Services to Support the Aging Population | 500,000] | |
| AGENCY TOTAL | [721,995,202] | 724,733,487 |

DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES

| | | |
|---|---:|---:|
| Personal Services | [161,704,075] | 157,602,911 |
| Other Expenses | [25,972,636] | 25,821,360 |
| Equipment | 1,000 | |

| | | |
|---|---:|---:|
| Housing Supports and Services | [6,139,019] | 5,236,235 |
| Managed Service System | [22,393,700] | 23,606,281 |
| Drug Treatment for Schizophrenia | [3,778,777] | 6,283,095 |
| Legal Services | [399,711] | 393,715 |
| Connecticut Mental Health Center | [8,230,275] | 7,236,103 |
| Capitol Region Mental Health Center | [345,592] | 340,408 |
| Professional Services | [4,780,607] | 4,508,898 |
| Regional Action Councils | [750,125] | 466,498 |
| General Assistance Managed Care | [76,463,067] | 67,605,382 |
| Workers' Compensation Claims | [5,710,241] | 5,082,082 |
| Nursing Home Screening | [492,843] | 485,450 |
| Special Populations | [20,828,518] | 18,881,402 |
| TBI Community Services | [3,985,675] | 4,368,371 |
| Transitional Youth | [3,511,582] | 3,387,532 |
| Jail Diversion | [3,308,716] | 3,190,075 |

OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | | |
|---|---:|---:|
| Grants for Substance Abuse Services | [21,101,808] | 19,821,487 |
| Governor's Partnership to Protect Connecticut's Workforce | [470,475] | 400,000 |
| Grants for Mental Health Services | [77,466,086] | 73,753,928 |
| Employment Opportunities | [9,668,499] | 9,592,313 |
| AGENCY TOTAL | [457,503,027] | 438,064,526 |

PSYCHIATRIC SECURITY REVIEW BOARD

| | |
|---|---:|
| Personal Services | 263,220 |
| Other Expenses | 50,522 |
| Equipment | 1,000 |
| AGENCY TOTAL | 314,742 |

| | | |
|---|---:|---:|
| TOTAL HEALTH AND HOSPITALS | [1,267,092,879] | 1,246,367,411 |

[TRANSPORTATION]

[DEPARTMENT OF TRANSPORTATION]
[PAYMENTS TO LOCAL GOVERNMENTS]

| | | |
|---|---:|---:|
| [Town Aid Road Grants | 35,000,000] | |
| [TOTAL [TRANSPORTATION] | 35,000,000] | |

HUMAN SERVICES

DEPARTMENT OF SOCIAL SERVICES

| | | |
|---|---:|---:|
| Personal Services | [117,379,410] | 121,311,510 |
| Other Expenses | [46,397,215] | 90,019,592 |
| Equipment | 1,000 | |
| Children's Health Council | | 1,525,676 |
| HUSKY Outreach [and Data Collection] | [5,475,060] | 320,000 |
| [Independent Living Center - Administration | 24,388] | |
| [Anti-Hunger Programs | 227,016] | |
| Genetic Tests in Paternity Actions | [218,484] | 204,447 |
| State Food Stamp Supplement | [1,184,763] | 1,928,045 |
| Day Care Projects | [490,533] | 459,016 |
| Commission on Aging | [281,033] | 215,896 |
| [Information Technology Services | 50,070,978] | |
| HUSKY Program | [21,091,470] | 25,363,000 |

OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | | |
|---|---:|---:|
| Vocational Rehabilitation | [7,068,478] | 6,962,451 |
| Medicaid | [2,593,271,493] | 2,629,568,012 |
| Old Age Assistance | [31,779,221] | 30,100,052 |
| Aid to the Blind | [587,149] | 628,710 |
| Aid to the Disabled | [59,323,266] | 57,538,734 |
| Temporary Assistance to Families - TANF | [122,540,334] | 132,117,104 |
| Adjustment of Recoveries | [150,000] | 147,750 |
| Emergency Assistance | 500 | |
| Food Stamp Training Expenses | [130,800] | 128,838 |
| Connecticut Pharmaceutical Assistance Contract to the Elderly | [74,468,137] | 63,905,727 |
| Healthy Start | | 1,512,131 |
| DMHAS-Disproportionate Share | 105,935,000 | |
| Connecticut Home Care Program | [25,380,000] | 27,186,000 |

| | | |
|---|---:|---:|
| Human Resource Development-Hispanic Programs | [105,506] | 94,073 |
| Services to the Elderly | [6,498,623] | 5,845,871 |
| Safety Net Services | [4,288,624] | 3,717,580 |
| Transportation for Employment Independence Program | [2,940,430] | 2,751,507 |
| Transitionary Rental Assistance | [3,420,950] | 1,287,770 |
| Refunds of Collections | [200,000] | 197,000 |
| [Energy Assistance | 2,081,170] | |
| Services for Persons With Disabilities | [6,925,727] | 5,494,874 |
| Child Care Services-TANF/CCDBG | [115,474,708] | 112,854,140 |
| Nutrition Assistance | [95,617] | 94,183 |
| Housing/Homeless Services | [25,392,337] | 23,538,627 |
| Employment Opportunities | [871,135] | 858,068 |
| Human Resource Development | [3,827,696] | 3,385,516 |
| Child Day Care | [3,677,350] | 3,441,080 |
| Independent Living Centers | [729,444] | 646,652 |
| AIDS Drug Assistance | [615,917] | 606,678 |
| Disproportionate Share - Medical Emergency Assistance | [85,000,000] | 76,725,000 |
| DSH - Urban Hospitals in Distressed Municipalities | [15,000,000] | 26,550,000 |
| State Administered General Assistance | [101,442,033] | 105,053,927 |
| School Readiness | [3,850,000] | 3,553,387 |
| Connecticut Children's Medical Center | [7,000,000] | 6,750,000 |
| [Community Services | 354,187] | |
| Lifestar Helicopter | [1,000,000] | 1,377,500 |
| PAYMENTS TO LOCAL GOVERNMENTS | | |
| Child Day Care | 3,629,725 | |
| Human Resource Development | [77,666] | 69,899 |
| Human Resource Development-Hispanic Programs | [12,150] | 10,935 |
| Teen Pregnancy Prevention | [1,192,420] | 1,105,178 |
| Services to the Elderly | 49,236 | |
| Housing/Homeless Services | 592,427 | |
| AGENCY TOTAL | [3,659,820,806] | 3,687,360,024 |

| | | |
|---|---:|---:|
| TOTAL HUMAN SERVICES | [3,659,820,806] | 3,687,360,024 |

EDUCATION, MUSEUMS, LIBRARIES

DEPARTMENT OF EDUCATION

| | | |
|---|---:|---:|
| Personal Services | [117,508,537] | 119,649,322 |
| Other Expenses | [12,325,909] | 12,860,460 |
| Equipment | 60,500 | |
| Institutes for Educators | [305,600] | 135,914 |
| Basic Skills Exam Teachers in Training | [1,207,821] | 1,189,704 |
| Teachers' Standards Implementation Program | [3,527,796] | 3,174,879 |
| Early Childhood Program | [2,806,535] | 2,774,779 |
| Development of Mastery Exams Grades 4, 6 and 8 | [6,879,931] | 6,776,732 |
| Primary Mental Health | [507,980] | 499,610 |
| Adult Education Action | [285,000] | 280,725 |
| Vocational Technical School Textbooks | [800,000] | 500,000 |
| Repair of Instructional Equipment | [737,500] | 453,794 |
| Minor Repairs to Plant | [550,000] | 392,500 |
| Connecticut Pre-Engineering Program | [400,000] | 354,600 |
| [Contracting Instructional TV Services | 209,000] | |
| Jobs for Connecticut Graduates | [275,000] | 200,000 |
| [Hartford Public School Monitors | 260,000] | |
| [Developmentally Disabled Settlement | 435,000] | |

OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | | |
|---|---:|---:|
| American School for the Deaf | [7,636,295] | 7,496,751 |
| RESC Leases | [2,300,000] | 1,193,337 |
| Regional Education Services | [3,297,384] | 2,923,131 |
| Omnibus Education Grants State Supported Schools | [2,829,000] | 3,476,065 |
| Head Start Services | [3,100,000] | 3,053,500 |
| Head Start Enhancement | [2,000,000] | 1,970,000 |
| Family Resource Centers | [6,132,500] | 5,840,512 |
| [Nutmeg Games | 50,000] | |
| Charter Schools | 16,254,000 | |

PAYMENTS TO LOCAL GOVERNMENTS

| | | |
|---|---:|---:|
| Vocational Agriculture | [2,816,700] | 2,409,030 |
| Transportation of School Children | [50,000,000] | 45,410,000 |
| Adult Education | [18,600,000] | 16,910,000 |
| Health and Welfare Services Pupils Private Schools | 4,000,000 | |
| Education Equalization Grants | [1,515,500,000] | 1,516,250,000 |
| Bilingual Education | [2,359,087] | 2,241,087 |
| Priority School Districts | [83,242,509] | 81,622,258 |
| Young Parents Program | [259,080] | 233,172 |
| Interdistrict Cooperation | 12,960,424 | |
| School Breakfast Program | 1,559,805 | |
| Excess Cost - Student Based | [69,000,000] | 66,000,000 |
| [Excess Cost - Equity | 7,500,000] | |
| Non-Public School Transportation | [5,300,000] | 4,474,000 |
| School to Work Opportunities | [250,000] | 225,000 |
| Youth Service Bureaus | 2,927,612 | |
| OPEN Choice Program | 8,740,000 | |
| Lighthouse Schools | 300,000 | |
| [Transitional School Districts | 1,000,000] | |
| Early Reading Success | [706,461] | 2,236,461 |
| Magnet Schools | [45,188,220] | 44,776,220 |
| AGENCY TOTAL | [2,024,891,186] | 2,004,785,884 |

BOARD OF EDUCATION AND SERVICES FOR THE BLIND

| | | |
|---|---:|---:|
| Personal Services | [5,325,390] | 5,414,990 |
| Other Expenses | [1,535,218] | 1,512,190 |
| Equipment | 1,000 | |
| Educational Aid for Blind and Visually Handicapped Children | | 7,476,945 |

OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | | |
|---|---:|---:|
| Supplementary Relief and Services | [123,350] | 121,500 |
| [Education of Handicapped Blind Children | 5,738,166] | |
| Vocational Rehabilitation | [1,004,522] | 989,454 |
| [Education of Pre-School Blind Children | 124,887] | |
| Special Training for the Deaf Blind | [354,540] | 349,222 |
| Connecticut Radio Information Service | 44,477 | |

| | | |
|---|---:|---:|
| PAYMENTS TO LOCAL GOVERNMENTS | | |
| [Services for Persons With Impaired Vision | 442,672] | |
| [Tuition and Services-Public School Children | 1,171,220] | |
| AGENCY TOTAL | [15,865,442] | 15,909,778 |
| | | |
| COMMISSION ON THE DEAF AND HEARING IMPAIRED | | |
| Personal Services | [817,585] | 767,585 |
| Other Expenses | [165,686] | 163,201 |
| Equipment | 1,000 | |
| Part-time Interpreters | 200,000 | |
| AGENCY TOTAL | [1,184,271] | 1,131,786 |
| | | |
| STATE LIBRARY | | |
| Personal Services | 6,432,563 | |
| Other Expenses | [903,615] | 890,061 |
| Equipment | 1,000 | |
| State-Wide Digital Library | | 500,229 |
| Interlibrary Loan Delivery Service | [255,555] | 251,722 |
| [Voices of Children - Parents Academy | 50,000] | |
| Legal/Legislative Library Materials | [758,573] | 500,000 |
| State-Wide Data Base Program | [758,969] | 710,206 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Basic Cultural Resources Grant | [2,903,311] | 2,524,534 |
| Support Cooperating Library Service Units | [777,674] | 600,000 |
| Connecticut Educational Telecommunications Corporation | [753,358] | 492,058 |
| PAYMENTS TO LOCAL GOVERNMENTS | | |
| Grants to Public Libraries | [472,109] | 347,109 |
| Connecticard Payments | [726,028] | 676,028 |
| AGENCY TOTAL | [14,792,755] | 13,925,510 |
| | | |
| DEPARTMENT OF HIGHER EDUCATION | | |
| Personal Services | [2,374,446] | 2,246,479 |
| Other Expenses | [210,134] | 199,397 |
| Equipment | 1,000 | |

| | | |
|---|---:|---:|
| Minority Advancement Program | [2,656,242] | 2,485,579 |
| Alternate Route to Certification | 27,033 | |
| National Service Act | [501,312] | 469,102 |
| International Initiatives | [350,000] | 221,625 |
| Minority Teacher Incentive Program | [541,500] | 506,709 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Capitol Scholarship Program | [5,415,182] | 5,250,000 |
| Awards to Children of Deceased/Disabled Veterans | [6,000] | 4,000 |
| Connecticut Independent College Student Grant | [18,776,929] | 15,888,864 |
| Connecticut Aid for Public College Students | [19,759,261] | 18,462,872 |
| Connecticut Aid to Charter Oak | | 25,000 |
| AGENCY TOTAL | [50,619,039] | 45,787,660 |
| | | |
| UNIVERSITY OF CONNECTICUT | | |
| Operating Expenses | [192,168,592] | 182,560,162 |
| Tuition Freeze | [4,991,458] | 4,741,885 |
| Regional Campus Enhancement | [6,700,000] | 6,365,000 |
| AGENCY TOTAL | [203,860,050] | 193,667,047 |
| | | |
| UNIVERSITY OF CONNECTICUT HEALTH CENTER | | |
| Operating Expenses | [76,134,980] | 74,134,104 |
| AHEC for Bridgeport | 155,707 | |
| AGENCY TOTAL | [76,290,687] | 74,289,811 |
| | | |
| CHARTER OAK STATE COLLEGE | | |
| Operating Expenses | [1,400,825] | 1,360,825 |
| Distance Learning Consortium | [578,438] | 1,009,414 |
| AGENCY TOTAL | [1,979,263] | 2,370,239 |
| | | |
| TEACHERS' RETIREMENT BOARD | | |
| Personal Services | 1,679,755 | |
| Other Expenses | [762,046] | 750,615 |
| Equipment | 1,000 | |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |

| | | |
|---|---|---|
| Retirement Contributions | [214,737,033] | 179,823,603 |
| Retirees Health Service Cost | [7,187,896] | 6,487,896 |
| Municipal Retiree Health Insurance Costs | [5,649,600] | 5,299,600 |
| AGENCY TOTAL | [230,017,330] | 194,042,469 |

REGIONAL COMMUNITY - TECHNICAL COLLEGES

| | | |
|---|---|---|
| Operating Expenses | [129,270,333] | 122,806,816 |
| Tuition Freeze | [2,274,658] | 2,160,925 |
| Woodland Street Operating Expenses | | 516,293 |
| AGENCY TOTAL | [131,544,991] | 125,484,034 |

CONNECTICUT STATE UNIVERSITY

| | | |
|---|---|---|
| Operating Expenses | [138,491,264] | 131,566,701 |
| Tuition Freeze | [6,904,180] | 6,561,971 |
| Waterbury-Based Degree Program | [861,704] | 818,619 |
| AGENCY TOTAL | [146,257,148] | 138,947,291 |
| TOTAL EDUCATION, MUSEUMS, LIBRARIES | [2,897,302,162] | 2,810,341,509 |

CORRECTIONS

DEPARTMENT OF CORRECTION

| | | |
|---|---|---|
| Personal Services | [348,787,502] | 348,961,197 |
| Other Expenses | [68,651,710] | 66,969,459 |
| Equipment | [99,604] | 217,295 |
| Out of State Beds | 12,305,406 | |
| [Community Justice Center | 5,000,000] | |
| Workers' Compensation Claims | [16,339,142] | 18,338,655 |
| Inmate Medical Services | [74,966,615] | 75,319,908 |

OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | | |
|---|---|---|
| Aid to Paroled and Discharged Inmates | [50,000] | 47,500 |
| Legal Services to Prisoners | [780,300] | 768,595 |
| Volunteer Services | [192,620] | 189,731 |
| Community Residential Services | [17,579,180] | 17,478,614 |
| Community Non-Residential Services | [1,395,451] | 1,405,440 |

| | | |
|---|---:|---:|
| AGENCY TOTAL | [546,147,530] | 542,001,800 |
| | | |
| BOARD OF PARDONS | | |
| Other Expenses | 34,141 | |
| Equipment | 100 | |
| AGENCY TOTAL | 34,241 | |
| | | |
| BOARD OF PAROLE | | |
| Personal Services | [5,130,878] | 5,331,298 |
| Other Expenses | [1,247,829] | 1,332,980 |
| Equipment | [16,609] | 24,909 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Community Residential Services | [1,872,437] | 1,948,811 |
| Community Non-Residential Services | [1,970,808] | 1,924,157 |
| AGENCY TOTAL | [10,238,561] | 10,562,155 |
| | | |
| DEPARTMENT OF CHILDREN AND FAMILIES | | |
| Personal Services | [214,554,699] | 212,054,699 |
| Other Expenses | [31,201,153] | 35,666,879 |
| Equipment | 1,000 | |
| Short Term Residential Treatment | [649,242] | 653,594 |
| Substance Abuse Screening | [1,768,832] | 1,713,688 |
| Workers' Compensation Claims | [2,970,057] | 4,017,753 |
| Local Systems of Care | [1,180,929] | 1,188,845 |
| OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS | | |
| Health Assessment and Consultation | [324,941] | 265,568 |
| Grants for Psychiatric Clinics for Children | [13,673,602] | 13,756,541 |
| Day Treatment Centers for Children | [5,693,910] | 5,730,648 |
| Juvenile Justice Outreach Services | [1,828,827] | 2,630,496 |
| Child Abuse and Neglect Intervention | [5,552,415] | 5,359,850 |
| Community Emergency Services | [176,576] | 177,760 |
| Community Based Prevention Programs | [2,750,117] | 2,768,544 |
| Family Violence Outreach and Counseling | [498,759] | 502,104 |
| Support for Recovering Families | [1,757,793] | 1,768,748 |
| No Nexus Special Education | [6,183,750] | 5,920,582 |

| | | |
|---|---:|---:|
| Family Preservation Services | [6,501,272] | 6,542,679 |
| Substance Abuse Treatment | [2,687,538] | 3,245,553 |
| Child Welfare Support Services | [598,776] | 352,091 |
| Board and Care for Children - Adoption | [40,534,633] | 40,737,554 |
| Board and Care for Children - Foster | [75,603,518] | 78,920,766 |
| Board and Care for Children - Residential | [139,678,045] | 127,823,706 |
| Individualized Family Supports | [3,656,365] | 7,569,948 |
| Community KidCare | [14,884,257] | 14,308,617 |
| AGENCY TOTAL | [574,911,006] | 573,678,213 |

COUNCIL TO ADMINISTER THE CHILDREN'S
TRUST FUND

| | | |
|---|---:|---:|
| Children's Trust Fund | [6,341,951] | 5,771,904 |

COUNTY SHERIFFS

| | | |
|---|---:|---:|
| Personal Services | 7 | |

| | | |
|---|---:|---:|
| TOTAL CORRECTIONS | [1,137,673,296] | 1,132,048,320 |

JUDICIAL

JUDICIAL DEPARTMENT

| | | |
|---|---:|---:|
| Personal Services | [212,044,385] | 239,620,372 |
| Other Expenses | [57,895,719] | 59,935,429 |
| Equipment | [2,191,808] | 2,208,181 |
| Alternative Incarceration Program | [35,250,737] | 34,367,109 |
| Justice Education Center, Inc. | [232,402] | 219,426 |
| Juvenile Alternative Incarceration | [21,658,026] | 21,814,228 |
| Juvenile Justice Centers | [2,847,224] | 2,867,760 |
| [Probate Court | 500,000] | |
| Truancy Services | [1,029,994] | 363,485 |
| [Sheriffs Transition Account | 30,840,037] | |
| AGENCY TOTAL | [364,490,332] | 361,395,990 |

[STATE MARSHAL COMMISSION]

| | | |
|---|---:|---:|
| [Personal Services | 173,383] | |
| [Other Expenses | 55,000] | |

| | | |
|---|---:|---:|
| [Equipment | 100] | |
| [AGENCY TOTAL | 228,483] | |

**PUBLIC DEFENDER SERVICES COMMISSION**

| | | |
|---|---:|---:|
| Personal Services | [26,923,750] | 26,898,944 |
| Other Expenses | [1,372,816] | 1,352,224 |
| Equipment | [74,655] | 73,535 |
| Special Public Defenders - Contractual | [2,060,000] | 2,029,100 |
| Special Public Defenders - Non-Contractual | [3,057,677] | 3,011,812 |
| Expert Witnesses | [1,096,335] | 1,079,890 |
| Training and Education | [85,795] | 84,508 |
| AGENCY TOTAL | [34,671,028] | 34,530,013 |
| | | |
| TOTAL JUDICIAL | [399,389,843] | 395,926,003 |

**NON-FUNCTIONAL**

**MISCELLANEOUS APPROPRIATION TO THE GOVERNOR**

| | | |
|---|---:|---:|
| Governor's Contingency Account | 17,100 | |

**DEBT SERVICE - STATE TREASURER**

**OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS**

| | | |
|---|---:|---:|
| Debt Service | [989,554,225] | 955,893,502 |
| UConn 2000 - Debt Service | [68,107,093] | 64,984,537 |
| CHEFA Day Care Security | 2,500,000 | |
| AGENCY TOTAL | [1,060,161,318] | 1,023,378,039 |

**RESERVE FOR SALARY ADJUSTMENTS**

| | | |
|---|---:|---:|
| Reserve for Salary Adjustments | [34,046,700] | 24,818,018 |

**WORKERS' COMPENSATION CLAIMS - DEPARTMENT OF ADMINISTRATIVE SERVICES**

| | | |
|---|---:|---:|
| Workers' Compensation Claims | [10,819,776] | 12,515,640 |

MISCELLANEOUS APPROPRIATIONS
ADMINISTERED BY THE COMPTROLLER

JUDICIAL REVIEW COUNCIL

| | | |
|---|---:|---:|
| Personal Services | 121,895 | |
| Other Expenses | 32,959 | |
| Equipment | 1,000 | |
| AGENCY TOTAL | 155,854 | |

FIRE TRAINING SCHOOLS
OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | | |
|---|---:|---:|
| Willimantic | [81,650] | <u>80,425</u> |
| Torrington | 55,050 | |
| New Haven | 36,850 | |
| Derby | 36,850 | |
| Wolcott | 48,300 | |
| Fairfield | 36,850 | |
| Hartford | 65,230 | |
| Middletown | 28,610 | |
| AGENCY TOTAL | [389,390] | <u>388,165</u> |

MAINTENANCE OF COUNTY BASE FIRE RADIO NETWORK
OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | |
|---|---:|
| Maintenance of County Base Fire Radio Network | 21,850 |

MAINTENANCE OF STATE-WIDE FIRE RADIO NETWORK
OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS

| | |
|---|---:|
| Maintenance of State-Wide Fire Radio Network | 14,570 |

EQUAL GRANTS TO THIRTY-FOUR NON-

PROFIT GENERAL HOSPITALS
OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS
Equal Grants to Thirty-Four Non-profit General
Hospitals                                                                34

POLICE ASSOCIATION OF CONNECTICUT
OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS
Police Association of Connecticut            [169,100]         166,563

CONNECTICUT STATE FIREFIGHTERS ASSOCIATION
OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS
Connecticut State Firefighters Association   [197,676]         194,711

INTERSTATE ENVIRONMENTAL COMMISSION
OTHER THAN PAYMENTS TO LOCAL GOVERNMENTS
Interstate Environmental Commission          [86,250]          84,956

REIMBURSEMENTS TO TOWNS FOR LOSS OF
TAXES ON STATE PROPERTY
PAYMENTS TO LOCAL GOVERNMENTS
Reimbursement to Towns for Loss of Taxes on
State Property                               [63,778,364]      64,959,215

REIMBURSEMENTS TO TOWNS FOR LOSS OF
TAXES ON PRIVATE TAX-EXEMPT PROPERTY
PAYMENTS TO LOCAL GOVERNMENTS
Reimbursements to Towns for Loss of Taxes on

| | | |
|---|---:|---:|
| Private Tax-Exempt Property | [97,163,154] | <u>100,931,737</u> |
| **UNEMPLOYMENT COMPENSATION** | | |
| Other Expenses | 3,340,000 | |
| **STATE EMPLOYEES RETIREMENT CONTRIBUTIONS** | | |
| Other Expenses | 285,694,490 | |
| **HIGHER EDUCATION ALTERNATIVE RETIREMENT SYSTEM** | | |
| Other Expenses | 16,634,046 | |
| **PENSIONS AND RETIREMENTS - OTHER STATUTORY** | | |
| Other Expenses | 1,765,000 | |
| **JUDGES AND COMPENSATION COMMISSIONERS RETIREMENT** | | |
| Other Expenses | 10,125,658 | |
| **INSURANCE - GROUP LIFE** | | |
| Other Expenses | 4,179,615 | |
| **TUITION REIMBURSEMENT - TRAINING AND TRAVEL** | | |
| Other Current Expenses | [490,000] | <u>1,899,500</u> |
| **EMPLOYERS SOCIAL SECURITY TAX** | | |
| Other Expenses | [183,170,428] | <u>183,795,428</u> |
| **STATE EMPLOYEES HEALTH SERVICE COST** | | |
| Other Expenses | [289,980,512] | <u>291,280,512</u> |
| **RETIRED STATE EMPLOYEES HEALTH SERVICE COST** | | |
| Other Expenses | 232,272,000 | |

| | | |
|---|---|---|
| TOTAL MISCELLANEOUS APPROPRIATIONS ADMINISTERED BY THE COMPTROLLER | [1,189,627,991] | 1,197,903,904 |
| TOTAL NON-FUNCTIONAL | [2,294,672,885] | 2,258,632,701 |
| TOTAL GENERAL FUND | [12,538,230,964] | 12,343,703,703 |

LESS:

| | | |
|---|---|---|
| Legislative Unallocated Lapses | [-1,200,000] | -2,400,000 |
| Estimated Unallocated Lapses | [-78,000,000] | -172,000,000 |
| General Personal Services Reduction | -13,500,000 | |
| General Other Expenses Reductions | -11,000,000 | |
| Extraordinary Governor's Recision Authority | | -35,000,000 |
| Hard Freeze - Executive and Judicial Branch | | -7,000,000 |
| Executive and Judicial Branch Manager and Confidential Wage Freeze | | -11,000,000 |
| [DOIT Lapse | -1,500,000] | |
| [Energy Costs | -1,650,000] | |
| NET - GENERAL FUND | [12,431,380,964] | 12,091,803,703 |

Sec. 20. Section 12 of special act 01-1 of the June special session is amended to read as follows (*Effective July 1, 2002*):

The following sums are appropriated for the annual period as indicated and for the purposes described.

SPECIAL TRANSPORTATION FUND

2002-2003

$

Sec. 50. (*Effective July 1, 2002*) The sum of $ 60,000 of the amount appropriated to the Judicial Department, for the fiscal year ending June 30, 2003, shall be used for Interpreter Services.

Sec. 51. (*Effective July 1, 2002*) The sum of $ 250,000 of the amount appropriated to the Department of Mental Health and Addiction Services, for the fiscal year ending June 30, 2003, for Other Expenses, shall be used to maintain the services provided at Blue Hills Hospital, for the Blue Hills neighborhood in Hartford.

Sec. 52. (*Effective July 1, 2002*) (a) In addition to the provisions of section 4-85 of the general statutes and with respect to the fiscal year ending June 30, 2003, any allotment requisition and any allotment in force shall be subject to the following: If the Governor determines that a fiscal exigency related to the budget adopted for said fiscal year requires that certain reductions should be made in allotment requisitions or allotments in force or that estimated budget resources during the fiscal year will be insufficient to finance all appropriations in full and that the reductions made pursuant to section 4-85 of the general statutes will not be sufficient to address the exigency or insufficiency, the Governor may, on or after October 1, 2002, modify such allotment requisitions or allotments in force to the extent the Governor deems necessary above the amounts allowed under said section 4-85, subject to the provisions of this section. Before such modifications are effected the Governor shall file a report with the joint standing committee having cognizance of matters relating to appropriations and the budgets of state agencies and the joint standing committee having cognizance of matters relating to state finance, revenue and bonding describing the exigency which makes it necessary that certain reductions should be made or the basis for his determination that estimated budget resources will be insufficient to finance all appropriations in full. No modification of an allotment requisition or an allotment in force made by the Governor pursuant to this subsection shall result in a reduction of (1) more than five per cent of the total appropriation from any fund in excess of the amount allowed under said section 4-85 or more than five per cent of any appropriation in excess of the amount allowed under said section 4-85, or (2) more than thirty-five million dollars, except such limitations shall not apply in time of war, invasion or emergency caused by natural disaster.

(b) Notwithstanding the provisions of section 4-85 of the general statutes, if a plan submitted in accordance with subsection (b) of said section 4-85 indicates that a reduction of more than three per cent of the total appropriation from any fund or more than five per cent of any appropriation is required to prevent a deficit, the Governor shall not be required to request that the Finance Advisory Committee approve any such reduction made pursuant to this section.

(c) The secretary shall submit copies of allotment requisitions thus approved or modified or allotments in force thus modified, with the reasons for any modifications, to the administrative heads of the budgeted agencies concerned, to the Comptroller and to the joint standing committee of the General Assembly having cognizance of appropriations and matters relating to the budgets of state agencies, through the Office of Fiscal Analysis. The Comptroller shall set up such allotments on the Comptroller's books and be governed

thereby in the control of expenditures of budgeted agencies.

(d) The provisions of this section shall not be construed to authorize the Governor to reduce allotment requisitions or allotments in force concerning Education Cost Sharing, Town Aid Road. PILOT- Colleges and Hospitals or PILOT - State Owned Property.

Sec. 53. (*Effective July 1, 2002*) The funds appropriated to the Department of Correction, for the fiscal year ending June 30, 2002, for Workers' Compensation Claims, shall not lapse on June 30, 2002, and such funds shall continue to be available for expenditure for such purpose during the fiscal year ending June 30, 2003.

Sec. 54. (*Effective July 1, 2002*) (a) The funds appropriated to the Department of Transportation, for the fiscal year ending June 30, 2002, for Bus Operations, shall not lapse on June 30, 2002, and such funds shall continue to be available for expenditure for such purpose during the fiscal year ending June 30, 2003.

(b) The funds appropriated to the Department of Transportation, for the fiscal year ending June 30, 2002, for Rail Operations, shall not lapse on June 30, 2002, and such funds shall continue to be available for expenditure for such purpose during the fiscal year ending June 30, 2003.

Sec. 55. (NEW) (*Effective from passage and applicable to income years commencing on or after January 1, 2002*) (a) As used in this section: (1) "S corporation" means any corporation which is an S corporation for federal income tax purposes, required to file an annual report with the Secretary of the State as provided in section 33-617 of the general statutes; (2) "limited liability company" or "LLC" means any limited liability company, which is treated as a partnership for federal income tax purposes, required to file an annual report with the Secretary of the State as provided in section 34-112 of the general statutes; (3) "limited liability partnership" or "LLP" means any limited liability partnership, required to file an annual report with the Secretary of the State as provided in section 34-413 of the general statutes; (4) "limited partnership" or "LP" means any limited partnership, required to file an annual report with the Secretary of the State as provided in section 34-38n of the general statutes; and (5) "taxable year" means taxable year, for federal income tax purposes.

(b) Each limited liability company, limited liability partnership, limited partnership and S corporation shall annually, on or before the fifteenth day of the fourth month following the close of its taxable year, pay to the Commissioner of Revenue Services a tax in the amount of two hundred fifty dollars.

(c) Upon failure of any such limited liability company, limited liability partnership, limited partnership or S corporation to pay the tax due under this section within thirty days of the due date, the provisions of section 12-35 of the general statutes shall apply with respect to the enforcement of this section and the collection of such tax. The warrant therein provided for shall be signed by the commissioner or an authorized agent of the commissioner. The amount of any such tax, penalty and interest shall be a lien, from the thirty-first day of December next preceding the due date of such tax until discharged by payment, against all