1/31/03 HRTFCNT B7                                                                                                Page 1
1/31/03 Hartford Courant B7
2003 WL 5249987
(Publication page references are not available for this document.)

The Hartford Courant
Copyright 2003, The Hartford Courant. All Rights Reserved.

Friday, January 31, 2003

CONNECTICUT

## SOME STATE WORKERS GET SCHEDULED RAISES
CHRISTOPHER KEATING; Capitol Bureau Chief

As nearly 3,000 state employees have received layoff notices, more than 25,000 of their fellow union members are receiving pay increases that are worth nearly $25 million a year.

More than 20,000 workers in at least 10 different bargaining units received annual increments in their paychecks last Friday that equaled an average of 3 percent of their salaries, according to state records. In addition, more than 5,300 prison guards will receive 2 percent general wage increases next Friday, in addition to the 3 percent annual increment for many of them.

Overall, the increases will cost the state more than $13 million in the current fiscal year and $24.6 million every year after that.

"At the same time that people are getting pink slips, the rest of the union members are getting raises," said Christopher Cooper, spokesman for Gov. John G. Rowland. "That's what the governor was trying to avoid. It's still the governor's position that if concessions can be reached, he would rescind as many of the layoffs as possible."

The chief union negotiator, Daniel Livingston, said Thursday night that he was intrigued by Cooper's comments because the increments that state employees are receiving are those that the union offered to defer in its negotiations with Rowland.

In offering a package of deferrals that would have lasted for various periods, the unions said the state would have saved more than $100 million over the next 2 1/2 years. Rowland, however, rejected that offer, saying that the deferrals were a short-term fix, as opposed to a long-term savings from wage freezes or givebacks.

The increases, established under various contracts, are being paid as the state is grappling with a projected deficit of $650 million in the current fiscal year and more than $1.5 billion in the next fiscal year.

Rowland and the unions have been locked in a Herculean struggle over

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

Case 3:03-cv-00221-AVC    Document 85-4    Filed 12/20/2005    Page 2 of 3

1/31/03 HRTFCNT B7                                                    Page 2
1/31/03 Hartford Courant B7
2003 WL 5249987
(Publication page references are not available for this document.)

possible concessions to help close the state's budget gap. Using the threat of layoffs and then actually removing employees from their jobs, Rowland has tried to use the state's leverage to gain savings from the unions. As of Thursday night, no agreements had been reached.

After initially sending 2,800 layoff notices in December, Rowland announced that his administration would be issuing another 1,000 layoff notices. So far, about 100 of those notices have been sent out, and the remaining 900 will be issued in the coming weeks.

While state employees receive higher amounts in their paychecks through a system known as "annual increments," union leaders have argued repeatedly for years that those increases should not be considered pay raises. Instead, they are viewed by the unions essentially as "step" increases, rather than an across-the-board pay hike.

"We don't think it's appropriate to count that as a wage increase," Livingston said recently. "They're not pay raises."

The annual increments were sent in paychecks, dated Jan. 24, for maintenance workers, prison guards, computer-system operators, education administrators, criminal inspectors, prosecutors and state police troopers, according to a memorandum from the state comptroller's office. The union with the highest number of employees with pay increases, at nearly 7,000 workers, was District 1199 of the New England Healthcare Employees Union. Those workers include group-home aides, nurses and doctors at Connecticut Valley Hospital and other facilities.

Under a complicated system that was established through collective bargaining, annual increments are paid either in January or July, depending on the union and the employee's starting date. Senior employees who earn close to the maximum salary generally receive less than the average increment of about 3 percent, while newer employees can receive more, officials said. All members of the union would receive the general-wage increase, but the increment depends on an individual's seniority.

All workers in unions without settled contracts will not be receiving increments, including clerical employees, social workers and some judicial branch employees.

---- INDEX REFERENCES ----

NEWS SUBJECT:     English language content; Workers Pay; Labor Issues; Management Issues; Lay-offs/Redundancies; Health; Political/General News; Health;

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

1/31/03 HRTFCNT B7                                                          Page 3
1/31/03 Hartford Courant B7
2003 WL 5249987
(Publication page references are not available for this document.)

Labor/Personnel Issues; Corporate/Industrial News (ENGL CWRKPA LAB MNT CREDUN GHEA GCAT HLT C42 CCAT)


REGION:            United States - Connecticut; Northeast U.S.; United States; North American Countries; Connecticut; North America; United States (USCT USE USA NAMZ CT NME US)


EDITION:           7 SPORTS FINAL


Word Count: 636

1/31/03 HRTFCNT B7

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works