UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : : : | |
| Plaintiffs, | : : | |
| V. | : : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : : | |
| Defendants. | : | DECEMBER 30, 2005 |

**NOTICE OF APPEARANCE**

TO:   Clerk of Court
United States District Court
450 Main Street
Hartford, CT 06103

Please enter the appearance of the undersigned attorney, JONATHAN M. LEVINE, for all plaintiffs.

Dated at Stamford, Connecticut, this 30th day of December, 2005.

BY_____
JONATHAN M. LEVINE ct 07584
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CONNECTICUT  06904
(203) 325-4491
Fax: (203) 325-3769
Email: jlevine@sgtlaw.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 30th day of December, 2005, to:

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Douglas W. Bartinik, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Ann H. Rubin, Esq.
Carmody and Torrance LLP
50 Leavenworth Street
Waterbury, CT 06721-1110

 

                                                    JONATHAN M. LEVINE