UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : : : | |
| PLAINTIFFS, | : : | |
| V. | : : | NO.  3:03 CV 221 (AVC) |
| JOHN G. ROWLAND, et al | : : | |
| DEFENDANTS. | : | |

**APPENDIX OF EXHIBITS AND UNREPORTED CASES**

submitted in support of

**PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW
IN  OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AMENDED COMPLAINT**


Submitted by:

DAVID S. GOLUB ct 00145
JONATHAN M. LEVINE ct 07584
MARILYN J. RAMOS ct 11433
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT  06904
(203) 325-4491

Attorneys for Plaintiffs