UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : : : | |
| PLAINTIFFS, | : : | |
| V. | : : | NO. 3:03 CV 221 (AVC) |
| JOHN G. ROWLAND, et al | : : | |
| DEFENDANTS. | : | DECEMBER 29, 2005 |

**NOTICE OF MANUAL FILING OF EXHIBITS TO
PLAINTIFFS' CONSOLIDATED MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiffs, through counsel, hereby give notice that the exhibits appended to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motion to Dismiss Amended Complaint, dated December 20, 2005, are too extensive for copying in PDF format onto a disk, and, therefore, are being filed manually.

PLAINTIFFS,

BY_____
DAVID S. GOLUB ct 00145
JONATHAN M. LEVINE ct 07584
MARILYN J. RAMOS ct 11433
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT 06904
(203) 325-4491

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 29th day of December, 2005, to:

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Daniel A. Schwartz, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Ann H. Rubin, Esq.
Carmody and Torrance LLP
50 Leavenworth Street
Waterbury, CT 06721-1110

                                                                  _____
                                                                  MARILYN J. RAMOS