UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING | : | CIVIL ACTION NO. |
| AGENT COALITION, ET AL. | : | |
| Plaintiffs, | : | 3:03CV221 (AVC) |
| | : | |
| V. | : | |
| | : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | JANUARY 5, 2006 |

**DEFENDANTS' MOTION FOR PERMISSION
TO FILE OVER-LENGTH BRIEF**

Pursuant to Local Rule 7, Defendants seek permission to file the accompanying Consolidated Reply Brief in Support of Their Motion to Dismiss. This Reply Brief combines the arguments from Defendants' May 9, 2003 Reply Brief and their August 29, 2003 Reply Brief, which made it necessary to exceed the ordinary page limit for reply memoranda. This Reply Brief is part of the Court's request that the parties resubmit their previous memoranda in consolidated form. Accordingly, Defendants respectfully ask the Court to grant this motion and order the Clerk to docket the accompanying Reply Brief.

For THE DEFENDANTS,

By: /s/ Douglas W. Bartinik
    Albert Zakarian (ct04201)
    Allan B. Taylor (ct05332)
    Victoria Woodin Chavey (ct14232)
    Douglas W. Bartinik (ct26196)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    *dwbartinik@dbh.com*

Their Attorneys

## **CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

David S. Golub
Silver, Golub & Teitell, LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904.

Ann H. Rubin
Carmody and Torrance
50 Leavenworth Street
Waterbury, CT 06721-1110

                                       /s/
                                      Douglas W. Bartinik