

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL. | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| | : | 3:03CV221 (AVC) |
| V. | : | |
| | : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | JANUARY 5, 2006 |

FILED 2006 JAN -5 P 2: 48 U.S. DISTRICT COURT HARTFORD, CT.

## DEFENDANTS' MOTION FOR PERMISSION TO FILE OVER-LENGTH BRIEF

Pursuant to Local Rule 7, Defendants seek permission to file the accompanying Consolidated Reply Brief in Support of Their Motion to Dismiss. This Reply Brief combines the arguments from Defendants' May 9, 2003 Reply Brief and their August 29, 2003 Reply Brief, which made it necessary to exceed the ordinary page limit for reply memoranda. This Reply Brief is part of the Court's request that the parties resubmit their previous memoranda in consolidated form. Accordingly, Defendants respectfully ask the Court to grant this motion and order the Clerk to docket the accompanying Reply Brief.

For T~~HE DEFENDANTS~~

By: _____
Albert Zakarian (ct04201)
Allan B. T~~aylor (ct05332)~~
Victoria Woodin Chavey (ct14232)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*dwbartinik@dbh.com*

Their Attorneys

January 5, 2006. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.
2006 JAN -5 P 4: 10
DISTRICT COURT HARTFORD, CT.