## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING | : | CIVIL ACTION NO. |
| AGENT COALITION, ET AL. | : | |
| Plaintiffs, | : | 3:03CV221 (AVC) |
| | : | |
| V. | : | |
| | : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | FEBRUARY 2, 2006 |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Rules 3 and 4(a)(1) of the Federal Rules of Appellate Procedure, notice is hereby given that the Defendants appeal to the United States Court of Appeals for the Second Circuit from the Order entered on January 18, 2006 denying their Motion to Dismiss and the Order entered on January 31, 2006 directing the commencement of discovery.

DEFENDANTS,

By: /s/ Alfred Zakarian
Albert Zakarian (ct04201)
Allan B. Taylor (ct05332)
Victoria Woodin Chavey (ct14232)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*dwbartinik@dbh.com*

Their Attorneys.

-2-

## **CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

David S. Golub
Jonathan M. Levine
Silver, Golub & Teitell, LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904-0389

Ann H. Rubin
Carmody and Torrance
50 Leavenworth Street
Waterbury, CT 06721-1110

                                                /s/_____
                                                  Douglas W. Bartinik