**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL. | : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | 3:03CV221 (AVC) |
| V. | : : | |
| JOHN G. ROWLAND, ET AL., Defendants. | : : | FEBRUARY 3, 2006 |

## DEFENDANTS' MOTION TO STAY DISCOVERY PENDING APPEAL

Pursuant to Fed. R. Civ. P. 62 and Fed. R. App. P. 8(a), the Defendants respectfully move to stay all discovery in this action pending resolution of their appeal from the Order entered on January 18, 2006 denying their Motion to Dismiss and the Order entered on January 31, 2006 directing the commencement of discovery. The Defendants filed a Notice of Appeal in this Court on February 2, 2006.

The Defendants seek a stay of discovery pending resolution of the appeal because permitting any discovery to commence during the pendency of the appeal effectively strips the Defendants of their absolute legislative immunity, which shields them from all participation in this action. Plaintiffs submitted to this Court, on January 27, 2006, a broad discovery plan, and, under this Court's January 31, 2006 Order, Plaintiffs would seek to commence such discovery forthwith. For all the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that this Court order a stay of discovery pending resolution of their appeal.

-2-

DEFENDANTS,

By: _____/s/_____
    Albert Zakarian (ct04201)
    Allan B. Taylor (ct05332)
    Victoria Woodin Chavey (ct14232)
    Douglas W. Bartinik (ct26196)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    *dwbartinik@dbh.com*

Their Attorneys.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

David S. Golub
Jonathan M. Levine
Silver, Golub & Teitell, LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904-0389

Ann H. Rubin
Carmody and Torrance
50 Leavenworth Street
Waterbury, CT 06721-1110

    _____/s/_____
    Douglas W. Bartinik