UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, <br><br> Plaintiffs, <br><br> V. <br><br> JOHN G. ROWLAND, ET AL, <br><br> Defendants. | : <br> : <br> : <br> : <br> : CIV. NO. 3:03CV221 (AVC) <br> : <br> : <br> : MARCH 15, 2006 |

## PLAINTIFFS' MOTION FOR RECONSIDERATION

Plaintiffs State Employee Bargaining Agent Coalition, et al, through counsel, respectfully move this Court, pursuant to Local Rule 7(c), to reconsider its March 10, 2006 Order granting defendants' Motion to Stay Discovery Pending Appeal on the ground that the Court's Order was based on a mistaken understanding of the factual significance of the April 1, 2003 letter by Comptroller Wyman attached to defendants' March 9, 2006 Reply Memorandum.

As clarified by the attachments to plaintiffs' Memorandum in support of this Motion, and as explained in plaintiffs' Memorandum, Comptroller Wyman's letter does not support the factual conclusion that the terminations at issue in this lawsuit were implemented pursuant to any plan submitted by Governor Rowland pursuant to Conn. Gen. Stats. §4-85(b) or that he ever invoked that statute when ordering the terminations at issue in this action.

PLAINTIFFS STATE EMPLOYEES
BARGAINING AGENT COALITION,
ET AL,

BY _____
DAVID S. GOLUB  ct 00145
JONATHAN M. LEVINE ct 07584
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CONNECTICUT  06904
TEL. (203) 325-4491
FAC. (203) 325-3759
dgolub@sgtlaw.com
jlevine@sgtlaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been electronically transmitted and mailed, postage prepaid, this 15th day of March, 2006 to:

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Douglas W. Bartinik, Esq.
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103-3499

Ann H. Rubin, Esq.
Carmody and Torrance
50 Leavenworth Street
Waterbury, CT 06721-1110.

_____
DAVID S. GOLUB