

# STATE OF CONNECTICUT
## OFFICE OF POLICY AND MANAGEMENT

December 6, 2002

**LEGISLATIVE LIBRARY**
**LEGISLATIVE OFFICE BUILDING**

Hon. Martin Looney, Co-Chairperson
Hon. Anne McDonald, Co-Chairperson
Finance, Revenue and Bonding Committee
Room 3700, Legislative Office Building
Hartford, Connecticut 06106

Via: Susan Shimelman, Director of Fiscal Analysis

Dear Senator Looney and Representative McDonald:

Re: Deficit Mitigation Plan

As you are aware, the budget that was adopted for the current fiscal year is seriously out-of-balance. As of November 20, 2002, the Office of Policy and Management was estimating that the state will end the year with a deficit of $391.0 million. The legislature's Office of Fiscal Analysis is projecting a deficit of approximately $496 million.

Last night, Governor Rowland indicated that he was prepared to submit a deficit reduction plan and have that plan considered by the General Assembly in a Special Session later this month. Attached you will find the Governor's plan to close the FY'03 deficit. Today, the Governor has filed the necessary paperwork with the Secretary of State to call the General Assembly into a Special Session on December 18, 2002.

Sincerely,

Marc S. Ryan
Secretary

SAVE



# STATE OF CONNECTICUT
## OFFICE OF POLICY AND MANAGEMENT

December 6, 2002

DEC 11 2002

Dear Member of the General Assembly:

Re: Deficit Mitigation Plan

As you are aware, the budget that was adopted for the current fiscal year is seriously out-of-balance. As of November 20, 2002, the Office of Policy and Management was estimating that the state will end the year with a deficit of $391.0 million. The legislature's Office of Fiscal Analysis is projecting a deficit of approximately $496 million.

Last night, Governor Rowland indicated that he was prepared to submit a deficit reduction plan and have that plan considered by the General Assembly in a Special Session later this month. Attached you will find the Governor's plan to close the FY'03 deficit. Today, the Governor has filed the necessary paperwork with the Secretary of State to call the General Assembly into a Special Session on December 18, 2002.

Sincerely,

Marc S. Ryan
Secretary

SAVE

450 Capitol Avenue ·· Hartford, Connecticut 06106-1308
www.opm.state.ct.us

## Governor Rowland's "Balanced Budget Plan" Summary

| | |
|---|---:|
| Estimated Deficit - 11/20/02 | $ 390.9 |
| Labor Concession Lapse | 94.0 |
| Total | 484.9 |
| | |
| Spending Reductions | 201.1 |
| Revenue Loss Due to Spending Reductions | (6.6) |
| Revenue Increases | 203.8 |
| Achieving the $94M in Union Concession Lapses | 94.0 |
| Total | 492.3 |
| | |
| Estimated Balance 6/30/03 | $ 7.4 |

## Governor Rowland's "Balanced Budget Plan"

| *Spending Reductions (In Millions)* | Gross Savings $ |
|---|---:|
| **Legislative Management** | |
| Eliminate CTN | 0.750 |
| **Office of Policy & Management** | |
| PILOT-New Manufacturing Machinery & Equipment | 20.000 |
| Eliminate Drug's Don't Work | 0.085 |
| Eliminate LEAP | 0.901 |
| Eliminate Children and Youth Program Development | 0.217 |
| Eliminate Justice Assistance Grants | 0.699 |
| Eliminate Neighborhood Youth Centers | 0.580 |
| Eliminate Boys and Girls Club | 0.087 |
| Eliminate Drug Enforcement Program (OTLG) | 0.692 |
| Eliminate Drug Enforcement Program (PTLG) | 2.675 |
| Eliminate Waste Water | 0.237 |
| **Department of Public Safety** | |
| Reduce Fleet Purchase | 1.600 |
| **Department of Public Health** | |
| Reduce Children's Health Initiatives | 0.220 |
| Eliminate Tobacco Education | 0.084 |
| Eliminate CT Immunizaton Registry | 0.091 |
| Reduce Children with Special Health Care Needs | 0.051 |
| Reduce Community Health Services | 2.600 |
| Reduce Emergency Medical Services Regional Offices | 0.025 |
| Reduce Genetic Diseases Program | 0.027 |
| Reduce School Based Health Clinics | 0.591 |
| **Department of Mental Retardation** | |
| Reduce Personal Services - Overtime | 1.000 |
| **Department of Mental Health & Addiction Services** | |
| Eliminate Regional Action Councils | 0.191 |
| Reduce General Assistance Managed Care | 10.000 |
| Eliminate Governor's Partnership | 0.164 |
| **Department of Social Services** | |
| Children's Health Council | |
| Eliminate support for Children's Health Council | 0.572 |
| State Food Stamp Supplement | |
| Eliminate State Food Stamp Supplement program | 0.700 |
| HUSKY Program | |
| Freeze HUSKY B enrollment | 0.500 |
| Medicaid | |
| Eliminate HUSKY Adults | 12.000 |
| Address reimbursement levels for home health nurses | 3.000 |
| Institute a prescription co-pay of $1 for Medicaid fee-for-Service | 1.100 |
| Reduce dispensing fee from $3.85 to $3.50 | 1.200 |
| Reduce reimbursement from AWP-12% to AWP-13.5% | 2.900 |
| Eliminate Presumptive Eligibility | 1.400 |
| Eliminate Continuous Eligibility | 0.800 |
| Eliminate self-declaration provisions at application and re-determination | |
| Eliminate Guaranteed Eligibility | 1.200 |
| Institute a co-pay of $1 under Medicaid Fee for service for certain services | 1.650 |
| Aid to the Aged, Blind and Disabled | |
| Eliminate pass-through of federal SSA COLA to AABD | |

| Spending Reductions (In Millions) | Gross Savings $ |
|---|---:|
| Temporary Assistance to Families - TANF | |
|   Limit the number of extensions under TFA | 0.765 |
| Connecticut Pharmaceutical Assistance Contract to the Elderly | |
|   Limit ConnPACE prescriptions to 30 day supply | 2.100 |
|   Increase co-pay for all ConnPACE enrollees from $12 to $15 | 1.800 |
|   Institute an asset test for ConnPACE enrollees | 0.550 |
| Safety Net Services | |
|   Reduce Safety Net appropriation by half | 1.672 |
| Transitionary Rental Assistance | |
|   Reduce TRAP appropriation by half | 0.566 |
| Child Care Services - TANF/CCDBG | |
|   Reduce Income eligibility for Transitional Child Care from 75% SMI to 50% SMI | 0.614 |
| Human Resouce Development Accounts (Including HRD-Hispanic) | |
|   Reduce HRD appropriations by half | 1.602 |
| DSH - Urban Hospitals | |
|   Increase Hospital DSH | (12.900) |
| State Administered General Assistance | |
|   Eliminate SAGA | 23.360 |
| **State Library** | |
|   Reduce Basic Cultural Resources Grant | 0.126 |
|   Reduce Support Cooperating Library Services Units | 0.300 |
|   Eliminate CT Educational Telecommunications Corp | 0.217 |
| **Department of Higher Education** | |
|   Reduce Minority Advancement | 0.124 |
|   Reduce National Service Act | 0.100 |
| **Department of Children and Families** | |
|   Personal Services | |
|     Eliminate Certain functional areas/reduce staffing | 0.170 |
|   Reduce Other Expenses | 0.191 |
|   Grants to Psychiatric Clinics for Children | |
|     Reduce Child Guidance Clinic funding which has failed to reduce waiting lists | 0.240 |
|   Board and Care for Children - Adoption | |
|     Eliminate COLA for adoptions payments | 0.351 |
|   Reduce Various Uncommitted Funds | 0.921 |
| **Council to Administer Children's Trust Fund** | |
|   Reduce Children's Trust Fund | 0.285 |
| **Department of Transportation** | |
|   Reduce Town Aid Road | 12.500 |
| **Mashantucket Pequot and Mohegan Fund** | |
|   Reduce Grants to Towns | 50.000 |
| **Other Reductions** | |
|   Allotment Rescissions | 27.900 |
|   Manager's Early Retirement Plan | 4.500 |
|   "Surplus" that could be used to offset current year Deficit | 12.000 |
| **Total Spending Reductions** | $ 201.117 |

## Governor Rowland's "Balanced Budget Plan"

### Revenue Increases (In Millions)

| Tax Type & Description | Effective Date | Fiscal 2002-03 | Fiscal 2003-04 | Fiscal 2004-05 |
|---|---|---|---|---|
| **Income Tax** | | | | |
| Millionaires Tax @ 5.5% - Introduce a third tax bracket of 5.5% on all incomes above $1 million. In CY 2001, approx. 6,425 returns fell into this category. | 1/1/2003 | $ 90.1 | $ 163.9 | $ 168.8 |
| Property Tax Credit - Phaseout the remaining $100 under the property tax credit | 1/1/2002 | 12.0 | 12.1 | 12.2 |
| **Sales and Use Tax** | | | | |
| Computer & Data Processing - Increase rate to 3% and maintain rate indefinitely. | 2/1/2003 | 8.1 | 20.5 | 32.4 |
| Reduce clothing & footwear exemption from $75 to $50. MA: $175, RI: Tax Free, NY: $110 | 2/1/2003 | 13.6 | 33.6 | 35.3 |
| **Cigarette Tax** | | | | |
| Increase the per pack tax from $1.11 to $1.51. MA: $1.51, RI: $1.32, NY: $1.50 | 2/1/2003 | 31.4 | 73.5 | 71.7 |
| Floor tax on the above | 2/1/2003 | 6.6 | - | - |
| Additional Sales Tax Collections on the above | 2/1/2003 | 2.0 | 4.8 | 4.7 |
| **Real Estate Conveyance** | | | | |
| Increase rate on transfers between $300,000 to $800,000 from 0.5% to 1.0% and for transfers greater than $800,000 1.0% to 2.0%. Increase the rate on commercial property from 1.0% to 2.0%. | 2/1/2003 | 20.0 | 50.0 | 50.0 |
| **Oil Companies Tax** | | | | |
| Suspend Oil Companies Transfers to the Special Transportation Fund. | 1/1/2003 | 20.0 | - | - |
| **Grand Total - General Fund** | | $ 203.8 | $ 358.4 | $ 375.1 |

**Governor Rowland's "Balanced Budget Plan"**
**Achieving the $94 Million in Union Concession Lapses**
**(In Millions)**

| | |
|---|---|
| Union Concessions to be achieved prior to January 1 | $ 94.0 |
| OR | |
| Reduction in ECS | Up to $ 94.0 |