UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | ) | |
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL., | ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:03CV221 (AVC) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN G. ROWLAND, ET AL., | ) | |
| | ) | |
| Defendants. | ) | March 24, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following documents or things:

**Exhibits A, B, C, D, E, F, G and H to Defendants' Opposition to Plaintiffs' Motion for Reconsideration.**

These documents have not been filed electronically because

☐   the document or thing cannot be converted to an electronic format
☒   the electronic file size of the document exceeds 1.5 megabytes
☐   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Respectfully submitted,

/s/ Albert Zakarian
Albert Zakarian (ct04201)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Email: azakarian@dbh.com