UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : | |
| Plaintiffs, | : | |
| V. | : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : | |
| Defendants. | : | MARCH 31, 2006 |

**MOTION FOR PERMISSION
TO FILE OVERLENGTH BRIEF**

Plaintiff, through counsel, respectfully moves for permission to file the annexed 15- page Reply Memorandum in response to Defendants' Opposition to Plaintiffs' Motion for Reconsideration. The additional pages requested are reasonably necessary to permit plaintiffs to respond to the new factual allegations asserted in defendants' Opposition.

PLAINTIFFS STATE EMPLOYEES
BARGAINING AGENT COALITION,
ET AL,

BY /s/

DAVID S. GOLUB  ct 00145
JONATHAN M. LEVINE ct 07584
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CONNECTICUT  06904
TEL. (203) 325-4491
FAC. (203) 325-3759
dgolub@sgtlaw.com
jlevine@sgtlaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been electronically transmitted and mailed, postage prepaid, this 31st day of March, 2006 to:

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Douglas W. Bartinik, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Ann H. Rubin, Esq.
Carmody and Torrance
50 Leavenworth Street
Waterbury, CT 06721-1110.

_____
DAVID S. GOLUB