# EXHIBIT  A



STATE OF CONNECTICUT
EXECUTIVE CHAMBERS
HARTFORD, CONNECTICUT 06106

JOHN G. ROWLAND
GOVERNOR

# Address by Governor John G. Rowland
# To the People of Connecticut
# On His Plan to Balance the State Budget
*December 5, 2002*

Good evening.

I asked for this opportunity to address you tonight, to tell you about actions I am taking to balance the state budget. We have tremendous economic challenges facing us, and we need to address them together.

The national economy has affected the budgets of almost every state in the country. Some states are facing **very** serious deficits – some as high as ten and twenty **billion** dollars.

I am pleased to report that Connecticut is in **far** better financial shape than most other states. Our economy is fundamentally strong. But the national economy **has hurt** Connecticut – there is no question about that.Connecticut's deficit is manageable – <u>**IF** we</u> <u>address it **now.**</u>

As President Lincoln said, "You can't escape the responsibility of tomorrow by evading it today." Tonight, I approach the budget with two basic principles in mind.

First, to keep our economy strong, government **must live within its means.** And second, as elected representatives of the people, it is our responsibility to make the tough choices. You have a right to expect action. And so do I.

While the economy was growing, many worthwhile state programs were expanded. We invested in education for our kids, including our universities, in healthcare for our parents, and improvements in our environment. But now that our economy is growing at a slower rate, we must make adjustments – just like any business or family.

As governor, it is my responsibility to face the **reality** of Connecticut's financial situation.

Our budget is out of balance – and we must take steps to correct it. This year, we have a deficit of about $500 million dollars – about 4 percent of the overall budget. The only responsible way to address this deficit is with discipline and fairness.

I have to make the same kinds of decisions about the **State** budget that you have to make about your **own family** budget. When your income is reduced, you have to cut back on your expenses.

A month ago, I asked the state employee unions to be part of the solution – because state employee contracts are a big part of state government. State employee salaries and benefits account for **one-third** of the total state budget – that's more than **$4 billion** dollars per year.

As the Hartford Courant reported this morning, Connecticut state government employees are among the highest paid in the country. Over the past 8 years, their average salaries have risen by more than 40 percent.

When I first met with the state employee union leaders to discuss wage and benefit concessions, I told them I wanted to avoid lay-offs. I proposed a fair compromise that would keep **everyone** employed. Tragically, the union leadership rejected my offer and failed to even consult their own members.
It is with great disappointment and regret that I have to announce the layoffs of 2,800 state government workers.

This is not an action I want to take. But as Governor, I must do what is best for our state and all of its citizens.

Many state employees, including some who have written letters to me, strongly disagree with their union leadership on the issue of concessions and job security. Most state employees would give up a raise to keep themselves and their colleagues on the job. But their union leaders have made the choice for them.

Having lived through the recession of the early 1990s, I know economic downturns do hurt. Layoffs are not painless. Job losses affect families and they affect our economy. I have directed our State Labor Department to help all the affected workers find new employment or job training.

Last month, I asked the legislative leaders to work with me to reach a bi-partisan solution to the deficit – a solution that asked something of everyone. I said everything would be on the table, including wage concessions, spending cuts, and even some new taxes. Unfortunately, during this past month, there has been **no** agreement on any spending cuts. There has been **no** bi-partisan plan – and there has been **no** action by the legislature.

As a matter of fact, many legislators have asked me to submit a plan. So tomorrow, I will submit my balanced budget plan to the General Assembly. My balanced budget plan is fair. To close the $500 million dollar gap in our budget:

- o Spending will be reduced by 200 million dollars.
- o Taxes will be increased by 200 million dollars. The tax increases will include an increase in income taxes paid by those earning more than $1 million dollars a year.
- o And I will seek at least 100 million dollars in employee contract concessions **OR** an additional 100 million dollar cut in state aid to cities and towns by December 31st.

This plan strikes a balance between spending cuts and tax increases. It includes tax increases I have opposed throughout my time in public service. But we are facing a budget crisis and I offer this plan in the true spirit of compromise.

I am also announcing tonight that I will call the General Assembly into Special Session on December 18th to vote on my balanced budget plan. By law, Connecticut **must** balance its budget. If we fail to address the deficit now, we will be mortgaging our children's future. This is simply unacceptable. We have a responsibility to ourselves and to the people we serve.

Leadership sometimes requires hard choices, but we **will** get the job done. I will also remind the newly elected legislators who will be sworn in on January 8th that the deficit for next year is $1.5 billion dollars. That is why it is urgent that we pass the balanced budget act on December 18th, so we can begin the new year on the right foot.

Thank you for listening.

###