# EXHIBIT C

## ROWLAND BACKS MILLIONAIRE'S TAX ; IN ROUND ONE OF BUDGET BALANCING ACT, GOVERNOR ALSO OUTLINES LAYOFFS; [7 SPORTS FINAL Edition]

*CHRISTOPHER KEATING, Capitol Bureau Chief, Courant Staff Writers Dan Haar and Elizabeth Hamilton contributed to this story..* **Hartford Courant.** Hartford, Conn.: Dec 6, 2002. pg. A.1

| | |
|---|---|
| People: | Rowland, John G, Ryan, Marc S |
| Author(s): | CHRISTOPHER KEATING, Capitol Bureau Chief, Courant Staff Writers Dan Haar and Elizabeth Hamilton contributed to this story. |
| Section: | *MAIN (A)* |
| Publication title: | Hartford Courant. Hartford, Conn.: Dec 6, 2002. pg. A.1 |
| Source type: | Newspaper |
| ProQuest document ID: | 255258081 |
| Text Word Count | 1117 |
| Document URL: | http://proquest.umi.com/pqdweb?did=255258081&sid=1&Fmt=3&clientId=61723&RQT=309&VName=PQD |

**Abstract** (Document Summary)

State employees have consistently called for [John G. Rowland] to impose the millionaire's tax, but Rowland's breakthrough announcement did not prompt the unions to immediately return to the bargaining table.

Although some Democrats have suggested that the so-called millionaire's tax could apply to residents earning at least $500,000, Rowland has rejected the direct income-tax increase on anyone except millionaires. Rowland is also expected to unveil other tax changes regarding the property-tax credit for wealthy individuals and the state sales tax, but the full details will not be revealed until today.

After Rowland's speech, House Speaker Moira K. Lyons said she is prepared to move forward with a special session that Rowland has called for Dec. 18.

**Full Text** (1117 words)

*(Copyright The Hartford Courant 2002)*

In a complete reversal from his veto of a Democratic plan seven months ago, Republican Gov. John G. Rowland proposed raising the state income tax rate on earnings over $1 million by 22 percent Thursday to help close the state's growing budget deficit.

The so-called millionaire's tax is one piece of a menu of tax increases and spending cuts designed to close the state's projected budget deficit of $500 million in the current fiscal year. The plan includes nearly 3,000 layoffs, including employees from virtually every state agency;

most workers will receive their notices today.

The tax plan would raise the current 4.5 percent income tax rate to 5.5 percent for income over $1 million.

Rowland will propose additional tax increases and spending cuts, but the full details will not be revealed until later today.

In a rare address to the state that was carried live on several TV stations, Rowland said that he would cut $100 million in aid to cities and towns if state employees do not agree to salary and benefit concessions.

The multi-pronged budget-cutting plan "includes tax increases I have opposed throughout my time in public service," said Rowland, who came into office eight years ago on a tax-cutting agenda. "But we are facing a budget crisis, and I offer this plan in the true spirit of compromise."

Philosophically, Rowland has traditionally disdained tax increases, and he has constantly repeated his mantra for years to "cut taxes whenever and wherever possible." But the state's worsening budget problems prompted him to approve increases in cigarette and diesel fuel taxes this year.

State employees have consistently called for Rowland to impose the millionaire's tax, but Rowland's breakthrough announcement did not prompt the unions to immediately return to the bargaining table.

"With a tiny twist of some millionaire's tax, the governor is saying the same thing he's always been saying, and that's very unfortunate," said Dan Livingston, the chief negotiator for the unions' bargaining coalition. "Certainly, he knows how to contact us if he wants to contact us. We have no plans to call the governor."

If Rowland had signed the millionaire's tax increase seven months ago, the state could have largely solved the budget problem already for the current fiscal year, Livingston said.

"It's obviously too little, too late," he said. "The governor is sending a message [with layoffs] that he doesn't care about the people who work for this state and the people of this state."

**Shortly before his speech, Rowland released a list of 2,834 layoffs that cover virtually every state agency. The highest numbers of layoffs include 268 at the Department of Transportation, 249 at the Department of Mental Retardation, and 228 at the Department of Mental Health and Addiction Services. State troopers are exempt from the layoffs.**

At the transportation department, 178 employees who clear ice and snow from the state's roads will be laid off, said Steven Perruccio, president of Connecticut Employees Union Independent Local 511 SEIU.

"We're going to have serious trouble," Perruccio said. "It's putting the traveling public and the

workers in harm's way."

But Rowland's budget director, Marc S. Ryan, rejected the notion that state roads might be unsafe during snowstorms like the one in progress outside the Capitol dome on Thursday night.

"We shouldn't have trucks not in use during the winter storms," Ryan said. "I think that's a scare tactic on the part of the unions."

Ryan also expressed surprise that Rowland's embrace of the millionaire's tax did not bring the unions back to the bargaining table, especially after the unions repeatedly called for the tax increase as part of a multi-faceted solution that would spread the budgetary pain.

"It sounds like the union coalition is trying to redefine their argument about talking to the governor," Ryan said Thursday night. "At some point, the union coalition has to take the temperature of the rank and file."

As a fiscal conservative, Ryan has preached that raising taxes should be a last resort, but he said that the current deficit and a projected shortfall of $1.5 billion next year justify the proposed increases in this case.

"We have some misgivings, but in government, there is some compromise, and this is a compromise," Ryan said. "We'll go for it."

Rowland and legislative Republicans have repeatedly said that raising the millionaire's tax would harm Connecticut by driving the state's richest residents to tax havens.

If approved by the legislature, the increased tax would become effective Jan. 1 for the 2003 tax year. The increase would generate an estimated $70 million to $90 million in the fiscal year that ends June 30 and an estimated $140 million to $160 million in the next fiscal year.

Although some Democrats have suggested that the so-called millionaire's tax could apply to residents earning at least $500,000, Rowland has rejected the direct income-tax increase on anyone except millionaires. Rowland is also expected to unveil other tax changes regarding the property-tax credit for wealthy individuals and the state sales tax, but the full details will not be revealed until today.

After Rowland's speech, House Speaker Moira K. Lyons said she is prepared to move forward with a special session that Rowland has called for Dec. 18.

"Taxing people making seven figures is the correct way to go," Lyons said. "I'm not interested in a delay. I'm not interested in a dance."

Shelley Geballe, a New Haven attorney who first proposed the millionaire's tax, said the argument that wealthy people would leave the state was false. A family earning more than $1 million a year, she said, would not move to save about $8,000 or $10,000 in annual taxes.

"I simply don't believe it," said Geballe, who has close friends with annual incomes of more than $1 million. "People are here because they like Connecticut. I don't know why people would move to Wyoming."

State Layoff Plan

The state agencies facing the most layoffs. The percentage of current staff affected is in parentheses. Complete list, Page A12.

Agency - Layoffs

Dept. of Transportation - 268 (7.5%)

Dept. of Mental Retardation - 249 (5.8%)

Judicial Department - 232 (6.1%)

Dept. of Mental Health and Addiction Services - 228 (6.6%)

Dept. of Social Services - 219 (9.3%)

Dept. of Correction - 164 (2.4%)

Connecticut State University - 150 (4.9%)

University of Connecticut - 120 (2.9%)

Dept. of Revenue Services - 116 (14.7%)

Community-Technical Colleges - 103 (5.2%)