# EXHIBIT F

**ROWLAND BEGINS BUDGET GRIND ; $68 MILLION IN CUTS COME DAYS BEFORE SCHEDULED LAYOFFS; [7 SPORTS FINAL Edition]**

*CHRISTOPHER KEATING, Capitol Bureau Chief.* **Hartford Courant.** Hartford, Conn.: Nov 27, 2002. pg. A.1

| | |
|---|---|
| People: | Rowland, John G, Ryan, Marc S, Livingston, Dan |
| Author(s): | CHRISTOPHER KEATING, Capitol Bureau Chief |
| Section: | *MAIN (A)* |
| Publication title: | Hartford Courant. Hartford, Conn.: Nov 27, 2002. pg. A.1 |
| Source type: | Newspaper |
| ProQuest document ID: | 246762011 |
| Text Word Count | 923 |
| Document URL: | http://proquest.umi.com/pqdweb?did=246762011&sid=1&Fmt=3&clientId=61723&RQT=309&VName=PQD |

**Abstract** (Document Summary)

[John G. Rowland]'s budget director, Marc S. Ryan, sharply criticized Democratic legislators for doing nothing since the election to close the deficit, despite meetings this week by the legislature's budget and tax-writing committees.

While Rowland was making the cuts Tuesday, his negotiators still have not met with state-employee unions to gain concessions to avoid layoffs. The two sides had no meetings scheduled as of Tuesday night, and Rowland also had no meetings scheduled with Democratic legislators to solve the fiscal mess.

[Dan Livingston] was still calling Tuesday for Rowland to support the "millionaire's tax," which would generate an estimated $140 million annually. But Rowland and his staff have said that only elected officials, not the union, had the authority to set the state's tax policy.

**Full Text** (923 words)

*(Copyright The Hartford Courant 2002)*

Using increased authority granted by the legislature, Gov. John G. Rowland unilaterally imposed $68 million in state budget cuts Tuesday -- **less than a week before as many as 3,000 layoff notices are scheduled to go out to state employees.**

Tuesday's cuts will affect virtually every state agency, earmarking $13.5 million in education reductions for buses, early reading programs, charter schools and "priority school districts" that include some of the poorest-performing schools in the state.

The biggest reduction is $22.4 million in promised aid to the state's 169 cities and towns, which prompted immediate criticism by the New Haven-based Connecticut Conference of Municipalities. The cuts represent about 1 percent of the $2.2 billion that the state sends to

municipalities annually, and the overall revenue sharing with towns will still be $25 million higher than the last fiscal year -- instead of $47 million higher.

The reductions "will have a severe negative impact on cities and towns and their property taxes," said Kevin Maloney, a conference spokesman. "It really is tax shifting from the state to cities and towns."

Since most of the reductions are part of a package that was already included in this year's budget, they will reduce the state's projected $500 million deficit by only $31 million.

The cuts were made by Rowland under increased authority that was granted by the legislature earlier this year when lawmakers were unable to decide on various budget reductions. The exact cuts, however, were not identified until Tuesday.

The only agencies that were not affected Tuesday were the Department of Children and Families, the Department of Mental Health and Addiction Services and the Department of Mental Retardation. Those agencies, however, will suffer cuts in the coming weeks to help close the state's deficit, officials said. The deficit is expected to grow to $1.5 billion next year as the state tries to emerge from its fiscal quagmire.

Rowland's budget director, Marc S. Ryan, sharply criticized Democratic legislators for doing nothing since the election to close the deficit, despite meetings this week by the legislature's budget and tax-writing committees.

"I think there's a little frustration that the Democratic- controlled legislature has not put a dollar on the table for cuts," Ryan told reporters at the Capitol. "The leadership broke their promise to meet with us and negotiate. The Democratic leadership is forcing us into a unilateral stance. Without any action by the Democrats, this is where we had to go this week."

But House Speaker Moira K. Lyons rejected Ryan's statements, saying that Rowland could have made the cuts at any point in recent weeks.

"This has nothing to do with getting the ball rolling," Lyons said. "That was within [Rowland's] purview to do."

Democratic legislators are meeting behind the scenes, trying to craft a plan that could generate the necessary 76 votes for passage in the House of Representatives. The problem is that many Democrats are loath to vote for spending cuts, and just as many Republicans want to avoid voting for any tax increases. Most lawmakers, however, predict that the $500 million projected deficit can be closed only through a combination of tax increases and spending cuts.

Without a budget deal, Rowland might call legislators into special session before Christmas to force them to work more quickly on the problem, Ryan said.

While Rowland was making the cuts Tuesday, his negotiators still have not met with state-employee unions to gain concessions to avoid layoffs. The two sides had no meetings scheduled

as of Tuesday night, and Rowland also had no meetings scheduled with Democratic legislators to solve the fiscal mess.

Attorney Dan Livingston, the chief negotiator for the state employee unions, said he could confirm that no talks are scheduled between the two sides.

"There's something that I actually agree with Marc Ryan on," Livingston said. "How about that?"

Some state employees have said they are nervous about the potential layoffs, saying that Rowland is probably not bluffing.

"The members understand there is a serious risk that the governor will do what he is threatening to do, despite the fact it's irrational and irresponsible," Livingston said. "I think state employees will hold out as long as it takes until they can get a fair and just solution."

Livingston was still calling Tuesday for Rowland to support the "millionaire's tax," which would generate an estimated $140 million annually. But Rowland and his staff have said that only elected officials, not the union, had the authority to set the state's tax policy.

Rowland announced the cuts only two days before Thanksgiving, but spokesman Christopher Cooper said there was no particular reason for the timing.

"I think the governor sees the clock ticking on this budget situation," Cooper told reporters at the state Capitol. "There's no point in wasting another week before putting out the list. There's no strategic significance to the timing of this."

Among a wide array of cuts across state government, the reductions include $3.3 million for special education, $2.7 million in salaries, overtime, and other payments for state police, and $500,000 for charter schools. The reductions also include $102,000 in the governor's office and $160,000 in the state comptroller's office.

THE CUTS

Aid to cities and towns: $22.4 million*

Courts, juvenile justice: $7.2 million

Social services: $6 million

Prisons: $5.8 million

Legislative management: $4.2 million

Public safety: $3.5 million

Transportation: $2.2 million

Higher education: $1.38 million

Public health department: $1.3 million

Department of Motor Vehicles( $760),000

Comptroller's office: $160,000

Governor's office: $102,000

*Includes money for education

Source: Office Of Policy And Management

**[Illustration]**
GRAPHIC: (b&w)