03CV221
mtNrecon

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 MAR 16 A 10: 47



103

STATE EMPLOYEES BARGAINING          :
AGENT COALITION, ET AL,             :
                                    :
        Plaintiffs,                 :
                                    :
V.                                  :       CIV. NO. 3:03CV221 (AVC)
                                    :
JOHN G. ROWLAND, ET AL,             :
                                    :
        Defendants.                 :       MARCH 15, 2006

**PLAINTIFFS' MOTION FOR RECONSIDERATION**

Plaintiffs State Employee Bargaining Agent Coalition, et al, through counsel, respectfully move this Court, pursuant to Local Rule 7(c), to reconsider its March 10, 2006 Order granting defendants' Motion to Stay Discovery Pending Appeal on the ground that the Court's Order was based on a mistaken understanding of the factual significance of the April 1, 2003 letter by Comptroller Wyman attached to defendants' March 9, 2006 Reply Memorandum.

As clarified by the attachments to plaintiffs' Memorandum in support of this Motion, and as explained in plaintiffs' Memorandum, Comptroller Wyman's letter does not support the factual conclusion that the terminations at issue in this lawsuit were implemented pursuant to any plan submitted by Governor Rowland pursuant to Conn. Gen. Stats. §4-85(b) or that he ever invoked that statute when ordering the terminations at issue in this action.

April 4, 2006. The motion for reconsideration is granted. The relief requested is denied for the reasons set forth in the court's March 10, 2006 ruling. SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2006 APR -4 P 3: 57
DISTRICT COURT
HARTFORD, CT.