UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2006 MAR 31  P 5: 25

US _____ ___RT
HARTFORD CT

STATE EMPLOYEES BARGAINING
AGENT COALITION, ET AL,                 :

             Plaintiffs,                :

                                        :

V.                                      :        CIV. NO. 3:03CV221 (AVC)

                                        :

JOHN G. ROWLAND, ET AL,                 :

             Defendants.                :        MARCH 31, 2006


### MOTION FOR PERMISSION
### TO FILE OVERLENGTH BRIEF

Plaintiff, through counsel, respectfully moves for permission to file the annexed 15- page

Reply Memorandum in response to Defendants' Opposition to Plaintiffs' Motion for

Reconsideration.  The additional pages requested are reasonably necessary to permit plaintiffs to

respond to the new factual allegations asserted in defendants' Opposition.

                          PLAINTIFFS STATE EMPLOYEES
                          BARGAINING AGENT COALITION,
                          ET AL,


                    BY_____
                          DAVID S. GOLUB  ct 00145
                          JONATHAN M. LEVINE ct 07584
                          SILVER GOLUB & TEITELL LLP
                          184 ATLANTIC STREET
                          P.O. BOX 389
                          STAMFORD, CONNECTICUT  06904
                          TEL.  (203) 325-4491
                          FAC.  (203) 325-3759
                          dgolub@sgtlaw.com
                          jlevine@sgtlaw.com

4/10/06  GRANTED

Alfred v. Covello