# EXHIBIT D

Summary of Layoffs and Other Separations

| Agency # | Agency | All Funds Filled as of 9/30/02 | Total - Layoff Notices & Separations | % Layoffs &Separations of Filled |
|---|---|---|---|---|
| 1102 | Secretary of the State | 105 | 11 | 10.5% |
| 1104 | Elections Enforcement Commission | 11 | 1 | 9.1% |
| 1105 | Ethics Commission | 10 | 1 | 10.0% |
| 1106 | Freedom of Information Commission | 16 | 1 | 6.3% |
| 1162 | State Properties Review Board | 5 | 1 | 20.0% |
| 1201 | State Treasurer | 161 | 3 | 1.9% |
| 1202 | State Comptroller | 253 | 16 | 6.3% |
| 1203 | Department of Revenue Services | 789 | 116 | 14.7% |
| 1204 | Division of Special Revenue | 163 | 10 | 6.1% |
| 1310 | Office of Policy and Management | 165 | 11 | 6.7% |
| 1312 | Department of Veterans' Affairs | 310 | 27 | 8.7% |
| 1320 | Department of Administrative Services | 370 | 28 | 7.6% |
| 1324 | Department of Information Technology | 254 | 17 | 6.7% |
| 1326 | Department of Public Works | 222 | 19 | 8.6% |
| 1501 | Attorney General | 357 | 12 | 3.4% |
| 1504 | Division of Criminal Justice | 534 | 69 | 12.9% |
| 2000 | Department of Public Safety | 1,766 | 60 | 3.4% |
| 2003 | Police Officer Standards and Training Council | 27 | 2 | 7.4% |
| 2101 | Department of Motor Vehicles | 761 | 70 | 9.2% |
| 2201 | Military Department | 134 | 8 | 6.0% |
| 2304 | Commission on Fire Prevention and Control | 21 | 2 | 9.5% |
| 2402 | Department of Banking | 115 | 14 | 12.2% |
| 2403 | Department of Insurance | 156 | 15 | 9.6% |
| 2406 | Office of Consumer Counsel | 17 | 2 | 11.8% |
| 2407 | Department of Public Utility Control | 156 | 14 | 9.0% |
| 2408 | Office of Managed Care | 3 | 1 | 33.3% |
| 2500 | Department of Consumer Protection | 194 | 15 | 7.7% |
| 2610 | Department of Labor | 941 | 49 | 5.2% |
| 2900 | Office of Victim Advocate | 4 | 1 | 25.0% |
| 2901 | Commission on Human Rights and Opportunities | 98 | 6 | 6.1% |
| 2902 | Office of Protection and Advocacy for Persons with Disabilities | 49 | 4 | 8.2% |
| 2904 | Workers' Compensation Commission | 147 | 17 | 11.6% |
| 3002 | Department of Agriculture | 68 | 4 | 5.9% |
| 3100 | Department of Environmental Protection | 1,048 | 53 | 5.1% |
| 3190 | Council on Environmental Quality | 2 | 1 | 50.0% |
| 3400 | Connecticut Historical Commission | 17 | 2 | 11.8% |
| 3500 | Department of Economic and Community Development | 252 | 17 | 6.7% |
| 3601 | Agricultural Experiment Station | 105 | 7 | 6.7% |
| 4001 | Department of Public Health | 856 | 61 | 7.1% |
| 4050 | Office of Health Care Access | 27 | 4 | 14.8% |
| 4090 | Office of the Chief Medical Examiner | 51 | 2 | 3.9% |
| 4100 | Department of Mental Retardation | 4,295 | 249 | 5.8% |
| 4400 | Department of Mental Health and Addiction Services | 3,458 | 228 | 6.6% |
| 5000 | Department of Transportation | 3,584 | 268 | 7.5% |
| 6100 | Department of Social Services | 2,366 | 219 | 9.3% |
| 6301 | Soldiers', Sailors' and Marines' Fund | 13 | 2 | 15.4% |
| 7001 | Department of Education | 1,863 | 77 | 4.1% |
| 7101 | Board of Education and Services for the Blind | 136 | 46 | 33.8% |
| 7102 | Commission on the Deaf and Hearing Impaired | 13 | 3 | 23.1% |
| 7104 | State Library | 113 | 15 | 13.3% |
| 7301 | University of Connecticut | 4,183 | 120 | 2.9% |
| 7302 | University of Connecticut Health Center | 3,985 | 66 | 1.7% |
| 7601 | Teachers' Retirement Board | 29 | 2 | 6.9% |
| 7700 | Community - Technical Colleges | 1,990 | 103 | 5.2% |
| 7800 | Connecticut State University | 3,033 | 150 | 4.9% |
| 8000 | Department of Correction | 6,785 | 164 | 2.4% |
| 8091 | Board of Parole | 84 | 5 | 6.0% |
| 8100 | Department of Children and Families | 3,396 | 78 | 2.3% |
| 9001 | Judicial Department | 3,810 | 232 | 6.1% |
| 9007 | Public Defender Services Commission | 354 | 33 | 9.3% |
| | Total Agencies with Layoffs | 54,230 | 2,834 | 5.2% |
| | Total All State Agencies | | | |