UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : : : | |
| Plaintiffs, | : : | |
| V. | : : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : : | |
| Defendants. | : | APRIL 21, 2006 |

### PLAINTIFFS' MOTION TO VACATE OR MODIFY STAY

Plaintiffs State Employee Bargaining Agent Coalition, et al, through counsel, respectfully move this Court to review, one last time, the stay of discovery entered in this action.

The stay is premised on the Court's view of the possible merits of defendants' absolute legislative immunity defense and the possibility that defendants will succeed on appeal in establishing their entitlement to that defense.

However, even should defendants prevail on appeal on their legislative immunity defense, the defense only applies to plaintiffs' claims against defendants in their individual capacities. *Board of Commissioners, Wabaunsee County, Kansas v. Umbehr*, 518 U.S. 668, 677 n. * (1996); *Kentucky v. Graham,* 473 U.S. 159, 167 (1985); *Goldberg v. Town of Rocky Hill*, 973 F.2d 70, 73 (2d Cir. 1992); *Baines v. Masiello,* 288 F.Supp.2d 376, 383-84 (W.D.N.Y. 2003); *Legal Aid Society v. City of New York*, 114 F.Supp.2d 204, 231 (S.D.N.Y. 2000); *Herbst v. Daukus*, 701 F. Supp. 964, 969 (D. Conn. 1988) (Dorsey, J.). The defense is inapplicable to plaintiffs' claims against defendants in their official capacity. *Id*.

Accordingly, plaintiffs respectfully submit that they should be permitted to proceed with discovery on their claims against defendants in their <u>official</u> capacity.

        PLAINTIFFS STATE EMPLOYEES
        BARGAINING AGENT COALITION,
        ET AL,


BY_____
   DAVID S. GOLUB  ct 00145
   JONATHAN M. LEVINE ct 07584
   SILVER GOLUB & TEITELL LLP
   184 ATLANTIC STREET
   P.O. BOX 389
   STAMFORD, CONNECTICUT  06904
   TEL.  (203) 325-4491
   FAC.  (203) 325-3759
   dgolub@sgtlaw.com
   jlevine@sgtlaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been hand-delivered, this 21st day of April, 2006 to:

Albert Zakarian, Esq.
Allan B. Taylor, Esq.
Victoria Woodin Chavey, Esq.
Douglas W. Bartinik, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Ann H. Rubin, Esq.
Carmody and Torrance
50 Leavenworth Street
Waterbury, CT 06721-1110.

                                                DAVID S. GOLUB