UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 APR 21 P 1: 19
DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : |
| Plaintiffs, | : |
| V. | : CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : |
| Defendants. | : APRIL 21, 2006 |

### PLAINTIFFS' MOTION TO VACATE OR MODIFY STAY

Plaintiffs State Employee Bargaining Agent Coalition, et al, through counsel, respectfully move this Court to review, one last time, the stay of discovery entered in this action.

---

3:03cv221 (AVC). July 11, 2006. This is an action for damages and injunctive relief brought pursuant to 42 U.S.C. § 1983 and alleging violations of the United States Constitution. On March 10, 2006, the court stayed discovery in this action on the ground that the defendants had made a strong showing that the executive actions condemned here were legislatively authorized and therefore entitled to absolute legislative immunity. The plaintiffs now move to vacate the stay of discovery and allow discovery to proceed on the plaintiffs' claims against defendants in their official capacities. In response, the defendants maintain that legislative immunity is an absolute bar from suit irrespective of the capacity in which the defendant is sued. Having considered the arguments of counsel, the court agrees with the defendants. Absolute legislative immunity "immun[izes state officials] from suit under § 1983 for <u>injunctive relief</u> as well as damages based on their activities within the traditional sphere of legislative activity." Star Distrib. Ltd. v. Marino, 613 F.2d 4, 9 (2d Cir. 1980) (emphasis added). For these reasons, the motion (document no. 110) is DENIED.

SO ORDERED.

Alfred V. Covello, U.S.D.J.