UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : | |
| Plaintiffs, | : : | |
| V. | : : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : : | |
| Defendants. | : | AUGUST 22, 2007 |

## PLAINTIFFS' MOTION FOR RECONSIDERATION

Plaintiffs, through counsel, respectfully move this Court to reconsider that part of the Court's January 18, 2006 Ruling on Defendant's Motion to Dismiss dismissing plaintiffs' claims for monetary damages against defendants Rowland and Ryan, *in their individual capacities*.

Plaintiffs submit that reconsideration is warranted because:

1. The Court's holding dismissing such claims is directly contrary to Second Circuit case law. See Huang v. Johnson, 251 F.3d 65, 70 (2d Cir. 2001); Berman Enterprise v. Jorling, 3 F.3d 602, 606 (2d Cir. 1993); and

2. Defendants' argument for such dismissal was raised, for the first time, in defendants' Reply Memorandum in support of their Motion to Dismiss, when plaintiffs could not respond, and was based on a Seventh Circuit case – Luder v. Endicott, 253 F.3d 1020 (7th Cir. 2001) – that was based on the different considerations applicable to an action under the Fair Labor Standards Act and does not support defendants' argument for dismissal under 42 U.S.C. § 1983. See e.g., Sullins v. Rodriguez, 281 Conn. 128, 144 n. 16 (2007) (rejecting state official's similar reliance on Luder in § 1983 action brought in Connecticut state court).

In support of this Motion, plaintiffs submit the annexed Memorandum and Exhibits.

                PLAINTIFFS STATE EMPLOYEES
                BARGAINING AGENT COALITION,
                ET AL,

BY _____
    DAVID S. GOLUB  ct 00145
    JONATHAN M. LEVINE ct 07584
    SILVER GOLUB & TEITELL LLP
    184 ATLANTIC STREET
    P.O. BOX 389
    STAMFORD, CONNECTICUT  06904
    TEL. (203) 325-4491
    FAC. (203) 325-3759
    dgolub@sgtlaw.com
    jlevine@sgtlaw.com

## CERTIFICATION

I hereby certify that on August 22, 2007, a copy of the foregoing Plaintiffs' Motion for Reconsideration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David S. Golub
DAVID S. GOLUB ct00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: dgolub@sgtlaw.com