UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : : : | |
| Plaintiffs, | : : | |
| V. | : : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : : | |
| Defendants. | : | AUGUST 22, 2007 |

### NOTICE OF MANUAL FILING

Please take notice that plaintiffs have manually filed Exhibit F to Plaintiffs' Memorandum in Support of Motion for Reconsideration for the reason that the electronic file size of the document exceeds 5 megabytes.

Exhibit F to Plaintiffs' Memorandum in Support of Motion for Reconsideration has been manually served on all parties.

                                        PLAINTIFFS STATE EMPLOYEES
                                        BARGAINING AGENT COALITION, ET
                                        AL,


                                        BY  /s/ David S. Golub
                                          DAVID S. GOLUB  ct 00145
                                          JONATHAN M. LEVINE ct 07584
                                          SILVER GOLUB & TEITELL LLP
                                          184 ATLANTIC STREET
                                          P.O. BOX 389
                                          STAMFORD, CONNECTICUT  06904
                                          TEL.  (203) 325-4491
                                          FAC.  (203) 325-3759
                                          dgolub@sgtlaw.com
                                          jlevine@sgtlaw.com

**CERTIFICATION**

I hereby certify that on August 22, 2007, a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ David S. Golub
DAVID S. GOLUB ct00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail: dgolub@sgtlaw.com