

NHCT
03-cv-221
Covello

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of July, two thousand and seven.

Before:  Hon. Wilfred Feinberg,
Hon. Pierre N. Leval,
Hon. José A. Cabranes,
*Circuit Judges.*

Docket No. 06-0616-cv

*[FILED stamp: UNITED STATES COURT OF APPEALS FILED JUL 10 2007 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

---

STATE EMPLOYEES BARGAINING AGENT COALITION, individually, and on behalf of all its members, AMERICAN FEDERATION OF SCHOOL ADMINISTRATION, LOCAL 61, AFL-CIO, CONNECTICUT ASSOCIATION OF PROSECUTORS, PROTECTIVE SERVICE COALITION, IAFF, AFL-CIO, JUDICIAL MARSHALS, INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS, NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, AFL-CIO, CONNECTICUT STATE POLICE UNION, CONGRESS OF CONNECTICUT COMMUNITY COLLEGES, SEIU, AFL-CIO, CONNECTICUT STATE UNIVERSITY AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, UNIV. OF CT, AMERICAN ASSN. OF UNIV. PROF., CT EMP. UNION INDEPENDENT, SEIU, AFL-CIO, CT FEDERATION OF ED. & PROF. EMP. AFT, AFL-CIO, DISTRICT 1199, CT NEW ENGLAND HEALTH CARE EMPLOYEES UNION, SEIU, AFL-CIO, COUNCIL 4, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMP., AFL-CIO, DENISE A. BOUFFARD, GENEVA M. HEDGECOCK, DENNIS P. HEFFERMAN, WILLIAM D. HILL, and MARCELLE Y PICHANICK,

  *Plaintiffs-Appellees,*

  v.

JOHN G. ROWLAND, I/O as Governor of the State of Connecticut, and MARC S. RYAN, I/O as Sec. of Ofc. of Policy & Mgmt. of State of CT,

  *Defendants-Appellants.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
  DEPUTY CLERK

Issued as Mandate: 8/8/2007

*State Emp Coalition v. Rowland, Docket No. 06-0616-cv*
Page 2

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED, and the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

Arthur M. Heller
Motions Staff Attorney