## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING | : | CIVIL ACTION NO. |
| AGENT COALITION, ET AL. | : | |
| Plaintiffs, | : | 3:03CV221 (AVC) |
| | : | |
| V. | : | |
| | : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | August 31, 2007 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE RULE 26(f) REPORT

Plaintiffs SEBAC, et al, and Defendants Rowland, et al, through counsel, jointly move

for an extension of time until September 4, 2007 to file a Report of the Parties Rule 26(f)

Planning Meeting.  The parties are attempting to reach agreement on a mutually acceptable

schedule and will either file an agreed Rule 26(f) Report, or separate Reports, with their

respective positions on schedule, on September 4, 2007.

No prior requests for an extension related to this matter have been sought.


PLAINTIFFS,                                         DEFENDANTS,


By:___/s/ David S. Golub_____       By:___/s/ Douglas W. Bartinik_____
     David S. Golub                                     Allan B. Taylor (ct05332)
     Jonathan M. Levine                                 Douglas W. Bartinik (ct26196)
     Silver, Golub & Teitell, LLP                       Day, Berry & Howard LLP
     184 Atlantic Street                                CityPlace I
     P.O. Box 389                                       Hartford, Connecticut 06103-3499
     Stamford, CT 06904-0389                            (860) 275-0100
                                                        (860) 275-0343 (fax)
                                                        *dwbartinik@dbh.com*
                                                        Their Attorneys.

## CERTIFICATION

I hereby certify that on this date a copy of foregoing **Joint Motion for Extension of Time to File Rule 26(f) Report** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court' s CM/ECF System.

/s/ Douglas W. Bartinik
_____
Douglas W. Bartinik
