UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : | |
| | : | |
| Plaintiffs, | : | NO. 3:03cv221 (AVC) |
| | : | |
| v. | : | |
| | : | |
| JOHN G. ROWLAND, et al | : | AUGUST 31, 2007 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this court, undersigned counsel respectfully moves this Court to withdraw her appearance in the above-captioned matter on behalf of the defendants, JOHN G. ROWLAND and MARC S. RYAN, in the above-referenced matter. Albert Zakarian and Allan B. Taylor of the firm of Day Pitney LLP have appeared and will continue to represent the defendants.

Respectfully Submitted,

_____
Ann H. Rubin
Federal Bar No. ct04486
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06712
arubin@carmodylaw.com
Phone: 203 573-1200
Fax: 203 575-2600

{W1546779}

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically on August 31, 2007. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Ann H. Rubin

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law   Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200