## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL. | : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | 3:03CV221 (AVC) |
| V. | : : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | September 4, 2007 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE RULE 26(f) REPORT

Plaintiffs SEBAC, et al, and Defendants Rowland, et al, through counsel, jointly move for a three-day extension of time until September 7, 2007 to file a Report of the Parties Rule 26(f) Planning Meeting. The parties are attempting to reach agreement on a mutually acceptable schedule and are attempting to agree on class certification. Reaching an agreement on class certification will greatly expedite this case. The parties will file an agreed Rule 26(f) Report on or before September 7, 2007, or if no agreement can be reached, the parties will file separate Reports with their respective positions on or before September 7, 2007.

This is the parties second request for an extension of time related to the Rule 26(f) Report. Including the first extension, the parties have requested a total of four additional business days to file their report.

-2-

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By:___/s/ David S. Golub_____ | By:___/s/ Douglas W. Bartinik_____ |
| David S. Golub | Allan B. Taylor (ct05332) |
| Jonathan M. Levine | Douglas W. Bartinik (ct26196) |
| Silver, Golub & Teitell, LLP | Day, Berry & Howard LLP |
| 184 Atlantic Street | CityPlace I |
| P.O. Box 389 | Hartford, Connecticut 06103-3499 |
| Stamford, CT 06904-0389 | (860) 275-0100 |
| | (860) 275-0343 (fax) |
| | *dwbartinik@dbh.com* |
| | Their Attorneys. |

## **CERTIFICATION**

I hereby certify that on this date a copy of foregoing **Joint Motion for Extension of Time to File Rule 26(f) Report** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court' s CM/ECF System.

                   /s/ Douglas W. Bartinik    
                 Douglas W. Bartinik