UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL. | : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | 3:03CV221 (AVC) |
| V. | : : | |
| JOHN G. ROWLAND, ET AL., Defendants. | : : | September 11, 2007 |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN
OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

Defendants Rowland, et al, through counsel, move for a two-day extension of time until September 14, 2007 to file an Opposition to Plaintiff's August 22, 2007 Motion for Reconsideration. Additional time is needed because, in addition to other matters, the undersigned recently completed briefing on pending summary judgment motions as well as briefing in the Second Circuit on another matter. This extension will allow Defendants fully to respond to the arguments raised in Plaintiffs' motion. The undersigned has contacted Plaintiffs' counsel, David S. Golub, who consents to granting this extension. This is the first request for an extension of time related to this motion.

DEFENDANTS,

By:   /s/ Douglas W. Bartinik
Allan B. Taylor (ct05332)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*dwbartinik@dbh.com*
Their Attorneys.

-2-

## CERTIFICATION

       I hereby certify that on this date a copy of foregoing **Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Douglas W. Bartinik
                                        Douglas W. Bartinik