# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
**Daniel Patrick Moynihan United States Courthouse**
**500 Pearl Street**
**New York, NY 10007**

HON. DENNIS JACOBS
Chief Judge

CATHERINE O'HAGAN WOLFE
Clerk

Before:        Hon. Wilfred Feinberg,
               Hon. Pierre N. Leval,
               Hon. José A. Cabranes,
                              *Circuit Judges.*



Docket No. 06-0616-cv

STATE EMPLOYEES BARGAINING AGENT COALITION, INDIVIDUALLY, AND ON BEHALF OF ALL OF ITS MEMBERS, AMERICAN FEDERATION OF SCHOOL ADMINISTRATION, LOCAL 61, AFL-CIO, CONNECTICUT ASSOCIATION OF PROSECUTORS, PROTECTIVE SERVICE COALITION, IAFF, AFL-CIO, JUDICIAL MARSHALS, INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS, NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, AFL-CIO, CONNECTICUT STATE POLICE UNION, CONGRESS OF CONNECTICUT COMMUNITY COLLEGES, SEIU, AFL-CIO, CONNECTICUT STATE UNIVERSITY AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, UNIV. OF CT, AMERICAN ASSN. OF UNIV. PROF., CT EMP UNION INDEPENDENT, SEIU, AFL-CIO, CT FEDERATION OF ED & PROF EMP AFT, AFL-CIO, DISTRICT 1199, NEW ENGLAND HEALTH CARE EMPLOYEES UNION, SEIU, AFL-CIO, COUNCIL 4, AMERICAN FEDERATION OF STATE, COUNTY, MUNICIPAL EMP, AFL-CIO, DENISE A. BOUFFARD, GENEVA M. HEDGECOCK, DENNIS P. HEFFERMAN, WILLIAM D. HILL, AND MARCELLE Y. PICHANICK,

                              Plaintiffs-Appellees,

                              v.

JOHN G. ROWLAND, I/O AS GOVERNOR OF THE STATE OF CONNECTICUT, AND MARC S. RYAN, I/O AS SEC OF OFC OF POLICY & MGMT OF STATE OF CT,

                              Defendant-Appellant.

*State Emp Coalition v. Rowland, Docket No. 06-0616-cv*
Page 2

## **ORDER**

IT IS HEREBY ORDERED that the motion of Appellees American Federation of School Administration, Congress of Connecticut Community Colleges, SEIU, AFLK-CIO, Connecticut Association of Prosecutors, Connecticut State Police Union, *et al.* for award of costs is GRANTED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

SEP 1 1 2007
_____
Date

_____
Howard B. Zakai
Acting Motions Staff Attorney