UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL.,  Plaintiffs, | : : : : |
| v. | : : : Civil No. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL.,  Defendants. | : : |

## SCHEDULING ORDER

(1) The parties shall have to and including October 12, 2007 to file motions to join additional parties and to file motions to amend the pleadings;

(2) All discovery, including depositions of all witnesses, shall be completed by April 28, 2008;

(3) The parties shall exchange a damage analysis, if necessary, on or before February 28, 2008;

(4) The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 28, 2008, and depositions of any such experts shall be completed by April 28, 2008;

(5) The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 28, 2008, and depositions of any such experts shall be completed by April 28, 2008;

(6) The parties shall file a joint trial memorandum in accordance with the standing order regarding trial memoranda on or before July 28, 2008;

(7) The case shall be ready for trial August 28, 2008.

      It is so ordered this 26th day of September, 2007 at Hartford, Connecticut.

                                                    _____/s/_____
                                                     Alfred V. Covello, U.S.D.J.