UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING | : | CIVIL ACTION NO. |
| AGENT COALITION, ET AL. | : | |
| Plaintiffs, | : | 3:03CV221 (AVC) |
| | : | |
| V. | : | |
| | : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | September 28, 2007 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF**

Defendants respectfully request leave of Court to file the attached Sur-Reply Brief In Support of Their Opposition to Plaintiffs' August 22, 2007 Motion for Reconsideration. Defendants briefly seek to address two points raised in Plaintiffs' September 25, 2007 Reply Brief in Support of Their Motion for Reconsideration. These points are important, will aid the Court in resolving the instant motion, and will further the progression of this case. Accordingly, Defendants respectfully request that the instant motion be granted and the clerk docket Defendants' Sur-Reply Brief.

DEFENDANTS,
JOHN G. ROWLAND AND
MARC S. RYAN.

By: /s/ Douglas W. Bartinik
Allan B. Taylor (ct05332)
Douglas W. Bartinik (ct26196)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
(860) 275-0100
(860) 275-0343 (fax)
*dwbartinik@dbh.com*
Their Attorneys.

-2-

## **CERTIFICATION**

     I hereby certify that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                          /s/ Douglas W. Bartinik
                                                           Douglas W. Bartinik