UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : : : | |
| Plaintiffs, | : : | |
| V. | : : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : : | |
| Defendants. | : | OCTOBER 22, 2007 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs, through counsel, respectfully move this Court for an extension of time until November 21, 2007 in which to serve their answers or objections to defendants. First Set of Interrogatories and Requests for Production dated September 21, 2007, directed to:

    State Employees Bargaining Agent Coalition (SEBAC)
    American Federation of State, County, and Municipal Employees (AFSCME Council 4)
    District 1199, New England Health Care Employees union, SEIU, AFL-CIO (District 1199)
    Connecticut Federation of Educational and Professional Employees, AFT, AFL-CIO (CFEPE)
    Connecticut Employees Union Independent, SEIU, AFL-CIO (CEUI)
    Connecticut State Employees Association, SEIU, AFL-CIO (CSEA)
    Connecticut State University, American Association of University Professors (CSU-AAUP)
    Congress of Connecticut Community Colleges, SEIU, AFL-CIO (CCCC)
    Judicial Marshals, International Brotherhood of Police Officers, National Association of
        Government Employees, AFL-CIO (IBPO-Marshals)
    Connecticut State Police Union (CSPU)
    Protective Services Coalition, IAFF, AFL-CIO (Protective Services)
    Connecticut Association of Prosecutors (CAP)
    American Federation of School Administrators, Local 61, AFL-CIO (AFSA)
    Marcelle Y. Pichanick
    William D. Hill
    Dennis P. Heffernan
    Geneva M. Hedgecock
    Denise A. Bouffard

This is plaintiffs' first request for an extension of time directed to this deadline. Attorney

Allan B. Taylor, counsel for defendants, consents to the granting of this Motion.

>PLAINTIFF MICHAEL SERRICCHIO,
>
>BY    /s/
>    DAVID S. GOLUB ct00145 (dgolub@sgtlaw.com)
>    JONATHAN M. LEVINE ct07584 (jlevine@sgtlaw.com)
>    SILVER GOLUB & TEITELL LLP
>    184 Atlantic Street
>    P.O. Box 389
>    Stamford, Connecticut 06904
>    (203) 325-4491
>    Fax: (203) 325-3769

**CERTIFICATION**

I hereby certify that on October 22, 2007, a copy of foregoing Motion For Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        DAVID S. GOLUB   ct 00145
        SILVER GOLUB & TEITELL LLP
        184 Atlantic Street
        P. O. Box 389
        Stamford, CT 06904
        Telephone: 203-325-4491
        Fax: 203-325-3769
        E-mail:   dgolub@sgtlaw.com