UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING<br>AGENT COALITION, ET AL, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | CIV. NO. 3:03CV221 (AVC) |
| | : | |
| JOHN G. ROWLAND, ET AL, | : | |
| | : | |
| Defendants. | : | NOVEMBER 21, 2007 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs, through counsel, respectfully move this Court for an extension of time until January 7, 2008 in which to serve their answers or objections to defendants' First Set of Interrogatories and Requests for Production, directed to:

    State Employees Bargaining Agent Coalition (SEBAC)
    American Federation of State, County, and Municipal Employees (AFSCME Council 4)
    District 1199, New England Health Care Employees union, SEIU, AFL-CIO (District 1199)
    Connecticut Federation of Educational and Professional Employees, AFT, AFL-CIO (CFEPE)
    Connecticut Employees Union Independent, SEIU, AFL-CIO (CEUI)
    Connecticut State Employees Association, SEIU, AFL-CIO (CSEA)
    Connecticut State University, American Association of University Professors (CSU-AAUP)
    Congress of Connecticut Community Colleges, SEIU, AFL-CIO (CCCC)
    Judicial Marshals, International Brotherhood of Police Officers, National Association of
        Government Employees, AFL-CIO (IBPO-Marshals)
    Connecticut State Police Union (CSPU)
    Protective Services Coalition, IAFF, AFL-CIO (Protective Services)
    Connecticut Association of Prosecutors (CAP)
    American Federation of School Administrators, Local 61, AFL-CIO (AFSA)
    Marcelle Y. Pichanick
    William D. Hill
    Dennis P. Heffernan
    Geneva M. Hedgecock
    Denise A. Bouffard.

The time requested is necessary due to the unavailability of a key representative of

plaintiffs, who has been out-of-state for most of November and is not scheduled to return until next week. This is plaintiffs' second request for an extension of time directed to this deadline. Attorney Allan B. Taylor, counsel for defendants, consents to the granting of this Motion.

PLAINTIFFS,

BY_____/s/_____
DAVID S. GOLUB ct00145 (dgolub@sgtlaw.com)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, Connecticut 06904
(203) 325-4491
Fax: (203) 325-3769

## **CERTIFICATION**

I hereby certify that on November 21, 2007, a copy of foregoing Motion For Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
DAVID S. GOLUB    ct 00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail:   dgolub@sgtlaw.com