UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : : : | |
| Plaintiffs, | : : | |
| V. | : : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : : | |
| Defendants. | : | JANUARY 28, 2008 |

## **MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs, through counsel, respectfully move this Court, with the consent of counsel for defendants, to modify the Scheduling Order entered herein with respect to disclosure and deposition of experts and disclosure of plaintiffs' damages analysis, as follows:

1. Designation of plaintiffs' trial experts, disclosure of retained experts' reports and disclosure of damages analysis by March 28, 2008 or thirty days after the Court's ruling on plaintiffs' pending Motion for Reconsideration, whichever is later, and deposition of such experts within 45 days thereafter.

2. Designation of defendants' trial experts, disclosure of retained experts' reports and disclosure of any damages analysis by April 28, 2008 or 60 days after the Court's ruling on plaintiffs' pending Motion for Reconsideration, whichever is later, and deposition of such experts within 45 days thereafter.

The parties seek this modification of the Scheduling Order because the determination of plaintiffs' damages analysis, if any, and the designation of experts, if any, is necessarily affected by the Court's ruling on plaintiffs' pending Motion for Reconsideration and will require discovery on damages issues. In addition, plaintiffs have been advised by defendants' current counsel that defendants are in the process of obtaining new counsel to represent them in this

action, and the time requested is reasonable in light of the likely time that new counsel will need to be familiarize themselves with the case and respond to damages discovery.

This is the parties' first motion directed to modifying the Scheduling Order. All parties consent to the motion.

                              PLAINTIFFS,

                              BY_____/s/_____
                                 DAVID S. GOLUB ct00145 (dgolub@sgtlaw.com)
                                 SILVER GOLUB & TEITELL LLP
                                 184 Atlantic Street
                                 P.O. Box 389
                                 Stamford, Connecticut 06904
                                 (203) 325-4491
                                 Fax: (203) 325-3769

## **CERTIFICATION**

      I hereby certify that on January 28, 2008, a copy of foregoing Motion to Modify Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     /s/
DAVID S. GOLUB   ct 00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail:   dgolub@sgtlaw.com