## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) | FEBRUARY 19, 2008 |
| Defendants | | |

### APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendants, John G.

Rowland and Marc S. Ryan.

DEFENDANTS:

JOHN G. ROWLAND AND MARC S.
RYAN

By: _____/s/_____

Bernard E. Jacques
Fed. Bar No. ct12293
Pepe & Hazard LLP
Their Attorney
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Tel. No. (860) 522-5175
Fax No. (860) 522-2796
bjacques@pepehazard.com

BEJ/1/8/842457v1
02/19/08-HRT/

## <u>CERTIFICATION</u>

I hereby certify that on February 19, 2008, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/
_____
Bernard E. Jacques

BEJ/1/8/842457v1
02/19/08-HRT/