UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) | FEBRUARY 19, 2008 |
| Defendants | | |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendants, John G. Rowland and Marc S. Ryan.

        DEFENDANTS:
        JOHN G. ROWLAND AND MARC S. RYAN


By____/s/_____
    Daniel Klau
    Fed. Bar No. ct17957
    Pepe & Hazard LLP
    Their Attorney
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103-4302
    Tel. No. (860) 522-5175
    Fax No. (860) 522-2796
    bjacques@pepehazard.com

## CERTIFICATION

I hereby certify that on February 19, 2008, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____/s/_____
Daniel Klau

DJK/1/8/842459v1
02/19/08-HRT/