UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING | : | CIVIL ACTION NO. |
| AGENT COALITION, ET AL. | : | |
| Plaintiffs, | : | 3:03CV221 (AVC) |
| | : | |
| V. | : | |
| | : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | February 25, 2008 |

**MOTION TO WITHDRAW APPEARANCE**

TO:   Clerk
      United States District Court
      450 Main Street
      Hartford, CT 06103

Pursuant to Rule 7(e) of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the Defendants in the above-referenced matter. Daniel J. Klau and Bernard E. Jacques of Pepe & Hazard LLP have entered their appearances on behalf of Defendants in lieu of Victoria Woodin Chavey, Albert Zakarian, Allan B. Taylor and Douglas W. Bartinik of Day Pitney LLP.

DEFENDANTS,

By:   /s/ Douglas W. Bartinik
    Victoria Woodin Chavey (ct14242)
    Albert Zakarian (ct04201)
    Allan B. Taylor (ct05332)
    Douglas W. Bartinik (ct26196)
    Day Pitney LLP
    242 Trumbull Street
    Hartford, Connecticut 06103
    (860) 275-0100
    (860) 275-0343 (fax)
    *dwbartinik@dbh.com*
    Their Attorneys.

41845581.1

-2-

## CERTIFICATION

      I hereby certify that on this date a copy of foregoing **Motion to Withdraw Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Douglas W. Bartinik
                                                Douglas W. Bartinik