UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | CIV. NO. 3:03CV221 (AVC) |
| | : | |
| JOHN G. ROWLAND, ET AL, | : | |
| | : | |
| Defendants. | : | FEBRUARY 25, 2008 |

**MOTION FOR EXTENSION OF TIME ON CONSENT**

Plaintiffs, through counsel, and with the consent of counsel for defendants, respectfully move this Court for an extension of time until March 25, 2008 in which to serve their answers or objections to defendants' First Set of Interrogatories and Requests for Production directed to each of the 18 plaintiffs.

New counsel appeared for defendants in this matter last week, and the parties have been discussing how discovery should proceed in light of that new appearance, including whether the parties will need to seek modification of the current Scheduling Order.

In addition, the parties are awaiting a ruling on plaintiffs' pending Motion for Reconsideration of the Ruling barring plaintiffs' claims for damages in this action which will substantially affect both the scope of plaintiffs' responses to defendants' outstanding discovery as well as the scope of defendants' responses to plaintiffs' outstanding discovery.

This is plaintiffs' fourth request for an extension of time directed to this deadline. Attorney Daniel J. Klau, counsel for defendants, consents to the granting of this Motion.

PLAINTIFFS,


BY_____/s/_____
    DAVID S. GOLUB ct00145
    JONATHAN M. LEVINE ct07584
    SILVER GOLUB & TEITELL LLP
    184 Atlantic Street
    P.O. Box 389
    Stamford, Connecticut 06904
    (203) 325-4491
    Fax: (203) 325-3769
    (dgolub@sgtlaw.com)
    (jlevine@sgtlaw.com)

**CERTIFICATION**

I hereby certify that on February 25, 2008, a copy of foregoing Motion For Extension of

Time was filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                      /s/
JONATHAN M. LEVINE ct07584
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail:  jlevine@sgtlaw.com
