UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) CIVIL ACTION NO.<br>) 3:03-CV-221 (AVC)<br>) |
| Plaintiffs | ) <br>) |
| v. | ) <br>) |
| JOHN G. ROWLAND, ET AL | ) <br>) MARCH 25, 2008 |
| Defendants | |

**JOINT MOTION TO EXTEND DISCOVERY
AND SCHEDULING ORDER DEADLINES**

The parties respectfully move the Court to extend, until April 25, 2008, the deadline for responding to each other's initial document requests and interrogatories. In addition, the parties move the Court to extend by sixty (60) days the deadlines for them: 1) to designate their respective trial experts and disclose expert reports; and 2) to complete discovery. This is the Defendants' first motion requesting additional time to respond to discovery, and the Court has previously granted (on four occasions) the Plaintiffs' request for such relief.

The parties seek the foregoing extensions and modifications to the Scheduling Order because the parties' discovery responses, the determination of the parties' damages analysis, if any, and the designation of experts, if any, are necessarily affected by the Court's ruling on plaintiff's pending Motion for Reconsideration. In addition, the Defendants have retained new counsel, who require additional time to familiarize themselves with this factually and legally complex case.

This is the parties' second motion directed to modifying the Scheduling Order

DEFENDANTS:                                          PLAINTIFFS


By____/s/_____          By_____/s/_____
Daniel J. Klau (ct17957)                David S. Golub (ct00145)
Pepe & Hazard LLP                       Silver Golub & Teitell LLP
Their Attorney                          184 Atlantic Street
Goodwin Square                          P.O. Box 389
225 Asylum Street                       Stamford, CT  06904
Hartford, CT 06103-4302                 (203) 325-4491
Tel. No. (860) 522-5175                 Fax: (203) 325-3769
Fax No. (860) 522-2796                  dgolub@sgtlaw.com
dklau@pepehazard.com

## **CERTIFICATION**

  I hereby certify that on March 25, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                     _____/s/_____
                       Daniel Klau

DJK/1/8/842459v1
02/19/08-HRT/