UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : |
| Plaintiffs, | : |
| V. | : CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : |
| Defendants. | : AUGUST 22, 2007 |

### PLAINTIFFS' MOTION FOR RECONSIDERATION

Plaintiffs, through counsel, respectfully move this Court to reconsider that part of the Court's January 18, 2006 Ruling on Defendant's Motion to Dismiss dismissing plaintiffs' claims for monetary damages against defendants Rowland and Ryan, *in their individual capacities*.

3:03CV0221(AVC) March 24, 2008. The plaintiffs move for reconsideration of the court's ruling (see document nos. 92 and 93) on the defendants' motion to dismiss, insofar as the ruling "dismiss[ed] plaintiffs' claims for monetary damages against [the] defendants . . . in their individual capacities," on Eleventh Amendment sovereign immunity grounds. For the reasons stated below, the within motion is denied.

On January 18, 2006, the court ruled on the defendants' motion to dismiss, ruling in part that the plaintiffs' claims for money damages are barred by the Eleventh Amendment, because the action, "though nominally against the Governor and the Secretary . . . , is [effectively] a suit against the state." On August 22, 2007, the plaintiffs filed the within motion to reconsider the court's January 18, 2006, ruling on the motion to dismiss.

The plaintiffs argue that the court's ruling on the Eleventh Amendment issue was incorrect and that the interests of justice warrant reconsideration. The defendants argue that the plaintiffs' motion for reconsideration, coming 581 days after the court's ruling, is untimely and seeks to relitigate an issue already presented to the court.

Because the within motion for reconsideration was not "filed and served within ten (10) days of the filing of the decision . . . from which relief is sought," D. Conn. L. Civ. R. 7(c), the motion (**document no. 117**) is DENIED as untimely.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : |
| Plaintiffs, | : |
| V. | : CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : |
| Defendants. | : AUGUST 22, 2007 |

## PLAINTIFFS' MOTION FOR RECONSIDERATION

Plaintiffs, through counsel, respectfully move this Court to reconsider that part of the Court's January 18, 2006 Ruling on Defendant's Motion to Dismiss dismissing plaintiffs' claims for monetary damages against defendants Rowland and Ryan, *in their individual capacities*.

3:03CV0221(AVC)  March 24, 2008.  The plaintiffs move for reconsideration of the court's ruling (see document nos. 92 and 93) on the defendants' motion to dismiss, insofar as the ruling "dismiss[ed] plaintiffs' claims for monetary damages against [the] defendants . . . in their individual capacities," on Eleventh Amendment sovereign immunity grounds.  For the reasons stated below, the within motion is denied.

On January 18, 2006, the court ruled on the defendants' motion to dismiss, ruling in part that the plaintiffs' claims for money damages are barred by the Eleventh Amendment, because the action, "though nominally against the Governor and the Secretary . . . , is [effectively] a suit against the state."  On August 22, 2007, the plaintiffs filed the within motion to reconsider the court's January 18, 2006, ruling on the motion to dismiss.

The plaintiffs argue that the court's ruling on the Eleventh Amendment issue was incorrect and that the interests of justice warrant reconsideration.  The defendants argue that the plaintiffs' motion for reconsideration, coming 581 days after the court's ruling, is untimely and seeks to relitigate an issue already presented to the court.

Because the within motion for reconsideration was not "filed and served within ten (10) days of the filing of the decision . . . from which relief is sought," D. Conn. L. Civ. R. 7(c), the motion (**document no. 117**) is DENIED as untimely.
SO ORDERED.

Alfred V. Covello, U.S.D.J.