UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING<br>AGENT COALITION, ET AL, | :<br>:<br>: |
| Plaintiffs, | : |
| V. | :    CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | :<br>: |
| Defendants. | :    APRIL 4, 2008 |

## PLAINTIFFS' MOTION FOR ENTRY
## OF PARTIAL FINAL JUDGMENT

Plaintiffs, through counsel, respectfully move this Court, pursuant to Rule 54(b), Fed.R. Civ. Pro., to direct the entry of a partial final judgment on the First, Second, Third and Fourth Claims for Relief of plaintiffs' Amended Complaint.

In support of this Motion, plaintiffs submit the attached Memorandum.

PLAINTIFFS,

BY /s/ _____
    DAVID S. GOLUB ct00145
    SILVER GOLUB & TEITELL LLP
    184 Atlantic Street
    P.O. Box 389
    Stamford, Connecticut 06904
    (203) 325-4491
    Fax: (203) 325-3769

## CERTIFICATION

I hereby certify that on April 4, 2008, a copy of the foregoing Plaintiffs' Motion for Entry of Partial Final Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
DAVID S. GOLUB    ct 00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail:  dgolub@sgtlaw.com