UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) | APRIL 22, 2008 |
| Defendants | ) | |

### DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE

The Defendants move for an order requiring the Plaintiffs to show cause why this Court should not dismiss their claims seeking injunctive relief as effectively moot. In their memorandum of law in support of their Motion for Entry of Partial Final Judgment (dated April 4, 2008), the Plaintiffs make the following candid, and correct, admission: "*[a]s a practical matter, the only meaningful relief that plaintiffs can obtain in this action is monetary relief.*" *Id.* at 4 (emphasis supplied).

Having conceded that injunctive relief will not provide meaningful, practical relief, the Plaintiffs' continued prosecution of the claims seeking such relief constitutes both an improper use of judicial resources and an unnecessary burden on the Defendants. A District Court should not be asked to exercise its equitable powers when a plaintiff admits that doing so will not afford practical relief. Nor should the Defendants be required to expend time and resources defending a moot claim.

WHEREFORE, the Court should grant the Plaintiffs' Motion for an Order To Show Cause should be granted. A proposed form of order accompanies this motion.

-2-

DEFENDANTS:

JOHN G. ROWLAND and MARC S. RYAN

By: _____/s/_____
    Bernard E. Jacques (ct12293)
    Daniel J. Klau (ct17957), of
    Pepe & Hazard LLP
    Its Attorneys
    Goodwin Square
    Hartford, CT 06103-4302
    Tel. No. 860-522-5175
    Fax No. 860-522-2796
    bjacques@pepehazard.com
    dklau@pepehazard.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) | |
| Defendants | | |

### [PROPOSED] ORDER TO SHOW CAUSE

The Plaintiffs having represented to the Court in their Memorandum of Law in Support of Motion for Entry of Partial Final Judgment that, "[a]s a practical matter, the only meaningful relief that plaintiffs can obtain in this action is monetary relief," the Court hereby Orders the Plaintiffs to show cause, in a written memorandum to be filed and served not later than 21 days from the date of entry of this Order, why their claims seeking injunctive relief should not dismissed.  The Defendants shall have 14 days to file and serve a written response, at which time the Court shall consider whether oral argument is appropriate an shall notify the parties accordingly.

DATED: _____

Hon. Alfred V. Covello

## CERTIFICATION

I hereby certify that on April 22, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/_____
Daniel Klau