UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : : : | |
| Plaintiffs, | : : | |
| V. | : : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : : | |
| Defendants. | : | APRIL 25, 2008 |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE
TO PERMIT ROLLING PRODUCTION AND RESPONSES**

  The parties respectfully move the Court to extend, until June 1, 2008, the deadline for responding to each other's initial document requests and interrogatories. The parties have agreed, in light of the scope of their respective discovery requests – which include 18 separate sets of interrogatories and production requests by defendants, and which involve extensive discovery interrogatories and requests by plaintiffs – to make rolling production and responses over the course of the next month.

  The parties submit that allowing rolling discovery over the requested period will decrease the burden of responding for the state officials and the plaintiff unions and individual plaintiffs, as well as for their counsel, and will not unduly delay this action. This is defendants' second motion for extension of time to respond to plaintiffs' discovery

and plaintiffs' fifth request for extension of time to respond to defendants' discovery.

                              RESPECTFULLY SUBMITTED,

| PLAINTIFFS:<br>STATE EMPLOYEES BARGAINING<br>AGENT COALITION, ET AL,<br><br>By: _____/s/_____<br>   David S. Golub (ct00145)<br>   Silver Golub & Teitell LLP<br>   184 Atlantic Street<br>   P.O. Box 389<br>   Stamford, CT  06904<br>   Tel. No. (203) 325-4491<br>   Fax No. (203) 325-3769<br>   dgolub@sgtlaw.com | DEFENDANTS:<br>JOHN G. ROWLAND and MARC S. RYAN<br><br><br>By: _____/s/_____<br>   Bernard E. Jacques (ct12293)<br>   Daniel J. Klau (ct17957), of<br>   Pepe & Hazard LLP<br>   Its Attorneys<br>   Goodwin Square<br>   Hartford, CT 06103-4302<br>   Tel. No. 860-522-5175<br>   Fax No. 860-522-2796<br>   bjacques@pepehazard.com<br>   dklau@pepehazard.com |
|---|---|

04/25/08-HRT/

## **CERTIFICATION**

I hereby certify that on April 25, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                            /s/
                                                                                         Daniel Klau

DJK/33813/2/849746v1
04/25/08-HRT/