UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> JOHN G. ROWLAND, ET AL ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 3:03-CV-221 (AVC) <br><br><br><br><br><br><br> JUNE 19, 2008 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

The Defendants move, pursuant to Rule 7 of the Local Rules of Civil Procedure, for an extension of time of 30 days to respond to the following discovery requests:

1. Plaintiffs' Requests for Admissions (dated May 19, 2008);

2. Plaintiffs' First Set of Interrogatories to Defendant M. Jodi Rell (dated May 19, 2008).

The undersigned states that opposing counsel consents to this request. This is the Defendants' first motion for an extension of time with respect to the foregoing discovery requests.

DEFENDANTS:
JOHN G. ROWLAND AND MARC S. RYAN


By   /s/                   
    Daniel J. Klau (ct17957)
    Bernard E. Jacques (ct12293)
    Pepe & Hazard LLP
    Their Attorney
    Goodwin Square
    225 Asylum Street

Hartford, CT 06103-4302  
Tel. No. (860) 522-5175  
Fax No. (860) 522-2796  
bjacques@pepehazard.com  
dklau@pepehazard.com  

DJK/33813/2/854949v1
06/19/08-HRT/

## **CERTIFICATION**

     I hereby certify that on June 19, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                      _____/s/_____
                                                                         Daniel Klau