UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, : : : | |
| Plaintiffs, : : | |
| : | CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, : : | |
| Defendants. : | June 19, 2008 |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE
AND TO MODIFY SCHEDULING ORDER**

The parties respectfully move the Court to extend, until July 15, 2008, the deadline for responding to each other's initial document requests and interrogatories. The scope of the parties' respective discovery requests – which include 18 separate sets of interrogatories and production requests by defendants, and which involve extensive discovery interrogatories and requests by plaintiffs – is of such breadth that the parties diligently continue to compile information necessary to respond to said requests.

As previously approved by the Court, the parties have agreed to make rolling production in response to these pending discovery requests. The parties submit that allowing rolling discovery over the requested period will decrease the burden of responding for the state officials and the plaintiff unions and individual plaintiffs, as well

as for their counsel, and will not unduly delay this action.

This is defendants' third motion for extension of time to respond to plaintiffs' discovery and plaintiffs' sixth request for extension of time to respond to defendants' discovery.

In light of the foregoing, the parties also respectfully move the Court to amend the current scheduling order as follows:

1. By September 15, 2008, the parties shall each disclose respective experts;

2. By October 30, 2008, the parties shall complete depositions of expert witnesses.

3. The case shall be trial ready by November 30, 2008.

The parties submit that these modifications to the scheduling order are necessary and appropriate in light of the extensions of time necessary to complete discovery. Moreover, the modifications will not unduly delay the trial deadline.

RESPECTFULLY SUBMITTED,

| PLAINTIFFS:<br>STATE EMPLOYEES BARGAINING<br>AGENT COALITION, ET AL,<br><br>By: _____/s/_____<br>   David S. Golub (ct00145)<br>   Silver Golub & Teitell LLP<br>   184 Atlantic Street<br>   P.O. Box 389<br>   Stamford, CT  06904<br>   Tel. No. (203) 325-4491<br>   Fax No. (203) 325-3769<br>   dgolub@sgtlaw.com<br>mailto:dklau@pepehazard.com | DEFENDANTS:<br>JOHN G. ROWLAND and MARC S. RYAN<br><br><br>By: _____/s/_____<br>   Bernard E. Jacques (ct12293)<br>   Daniel J. Klau (ct17957), of<br>   Pepe & Hazard LLP<br>   Its Attorneys<br>   Goodwin Square<br>   Hartford, CT 06103-4302<br>   Tel. No. 860-522-5175<br>   Fax No. 860-522-2796<br>   bjacques@pepehazard.com<br>   dklau@pepehazard.com |
|---|---|

## **CERTIFICATION**

I hereby certify that on June 19, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    /s/
                                         Daniel Klau