UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) | JULY 14, 2008 |
| Defendants | ) | |

## MOTION TO STAY DISCOVERY AND TO MODIFY SCHEDULING ORDER

In *Crawford-El v. Britton*, 523 U.S. 574 (1998), the Supreme Court stated:

> When a plaintiff files a complaint against a public official alleging a claim that requires proof of wrongful motive, the trial court *must* exercise its discretion in a way that protects the substance of the qualified immunity defense. It *must* exercise its discretion so that officials are not subject to unnecessary and burdensome discovery or trial proceedings.

*Id*. at 597-98 (emphasis supplied).[1]

The Plaintiffs have filed just such a complaint and the Defendants have raised both absolute and qualified immunity defenses. Accordingly, the Defendants move the Court, based on *Crawford-El*, to modify the scheduling order and to stay discovery in order to protect the substance of their defenses. Further grounds in support of this motion, and a more detailed statement of the relief requested, are set forth in the accompanying memorandum of law.

---

[1] The undersigned counsel (who replaced the Defendants' prior counsel, Day Pitney LLP) recently learned of the *Crawford-El* decision while during research for this case.

DEFENDANTS:
JOHN G. ROWLAND AND MARC S. RYAN


By    /s/   Daniel J. Klau
    Daniel J. Klau (ct17957)
    Bernard E. Jacques (ct12293)
    Pepe & Hazard LLP
    Their Attorney
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103-4302
    Tel. No. (860) 522-5175
    Fax No. (860) 522-2796
    bjacques@pepehazard.com
    dklau@pepehazard.com

## **CERTIFICATION**

I hereby certify that on July 14, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/_____
Daniel Klau

DJK/33813/2/846062v1
07/14/08-HRT/