# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL. | ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN G. ROWLAND, ET AL. | ) | |
| | ) | JULY 25, 2008 |
| Defendants. | ) | |

## MOTION TO DISMISS

The Defendants move, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss the Amended Complaint based on the Plaintiffs' lack of standing to assert claims for injunctive relief, including, in particular, reinstatement. As set forth in the accompanying memorandum of law, the named Plaintiffs all have been rehired, retired, or were never fired in the first place. Accordingly, they lack standing to seek reinstatement or their claims are moot.

DEFENDANTS:
JOHN G. ROWLAND AND MARC S. RYAN


By____/s/_____
    Daniel J. Klau (ct17957)
    Bernard E. Jacques (ct12293)
    Pepe & Hazard LLP
    Their Attorney
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103-4302
    Tel. No. (860) 522-5175
    Fax No. (860) 522-2796
    bjacques@pepehazard.com
    dklau@pepehazard.com

**CERTIFICATION**

      I hereby certify that on July 25, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 

                                                                  _____/s/_____
                                                                     Daniel Klau