UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) | |
| Defendants | | |

### DECLARATION OF CARLA KUSHIN

Carla Kushin, being duly sworn, states as follows:

1. I am a Human Resources Consultant in the Department of Administrative Services of the State of Connecticut. The information in this declaration is based upon records created and maintained in the ordinary course of business.

2. William D. Hill holds the position of Rehabilitation Counselor 1 at the Department of Mental Health and Addiction Services. He has held that position since May 9, 1997. Mr. Hill was not laid off from that position.

3. Pursuant to General Statutes § 5-163(c), Dennis P. Heffernan exercised his option to retire instead of being laid off. He retired in February 2003.

4. Geneva Hedgecock was laid off as a Secretary 2 from the Department of Social Services on January 7, 2003 and was rehired as a Secretary 2 at the Department of Public Health on May 23, 2003.

5. Marcelle Y. Groves (formerly Pichanick) was laid off as a Management Analyst 2 from the Department of Environmental Protection on January 17, 2003 and was rehired on

November 5, 2003 as a Fiscal Administrative Officer. She is a currently a Financial Examiner at the Department of Banking.

   I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of July, 2008.

                _____
                Carla Kushin