**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) CIVIL ACTION NO.<br>) 3:03-CV-221 (AVC)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) |
| JOHN G. ROWLAND, ET AL | )<br>) |
| Defendants | |

**DECLARATION OF EILEEN R. RAUSCH**

Eileen R. Rausch, being duly sworn, states as follows:

1. I am a Personnel Manager in the Human Resource Management unit of the Judicial Branch of the State of Connecticut. The information in this declaration is based upon records created and maintained in the ordinary course of business.

2. Denise Bouffard was laid off from her position as a Support Enforcement Officer for the Judicial Branch on January 16, 2003. She was rehired on June 27, 2003 as a Support Enforcement Officer, at her same rate of pay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of July, 2008.

*(signed)* Eileen R. Rausch