UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL. | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:03CV221 (AVC) |
| V. | : | |
| JOHN G. ROWLAND, ET AL., | : | |
| Defendants. | : | September 7, 2007 |

### NOTICE OF DEPOSITION

To:  David S. Golub, Esq.
   Jonathan M. Levine
   Silver, Golub & Teitell, LLP
   184 Atlantic Street
   P.O. Box 389
   Stamford, CT 06904-0389

PLEASE TAKE NOTICE that Defendants, John G. Rowland and Marc S. Ryan, will take the deposition of State Employees Bargaining Agent Coalition ("SEBAC"), pursuant to Rule 30 of the Federal Rules of Civil Procedure, at 10:00 a.m. on November 2, 2007 at the offices of Day Pitney LLP, 242 Trumbull Street, Hartford, CT 06103, before a notary or other competent authority authorized to administer oaths. The examination will continue from day to day until completed. The testimony shall be recorded by stenographic means.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, SEBAC shall designate one or more of its officers, directors, agents, members, or such other persons to testify on its behalf on the following matters:

1.   Communications by or on behalf of SEBAC in any form with Governor Rowland between July 1, 2002 and August 31, 2003 concerning the Fiscal Year 2003 budget, including but not limited to possible concessions from SEBAC.

2.   Communications by or on behalf of SEBAC in any form with Secretary Ryan between July 1, 2002 and August 31, 2003 concerning the Fiscal Year 2003 budget, including but not limited to possible concessions from SEBAC.

3.   Communications by or on behalf of SEBAC in any form with any representative of the Office of Policy and Management between July 1, 2002 and August 31, 2003 concerning the Fiscal Year 2003 budget, including but not limited to possible concessions from SEBAC.

4. Communications by or on behalf of SEBAC in any form with any representative of the Governor's staff between July 1, 2002 and August 31, 2003 concerning the Fiscal Year 2003 budget, including but not limited to possible concessions from SEBAC.

5. Proposals, whether formal or informal, made to any legislative or executive branch representative by or on behalf of SEBAC to address budget shortfall between July 1, 2002 and August 31, 2003.

6. Contract negotiations on behalf of SEBAC between July 1, 2002 and August 31, 2003.

7. Employment status of current or former members of SEBAC from November 1, 2002 through the present.

8. Current or former members of SEBAC whose employment was terminated or otherwise affected or who were otherwise adversely affected by defendants' allegedly illegal conduct.

9. Grievances and/or arbitrations by or involving SEBAC or its members concerning defendants' allegedly illegal conduct.

10. SEBEC's endorsement and/or opposition, if any, of gubernatorial candidates in Connecticut's 2002 gubernatorial election.

DEFENDANTS,
JOHN G. ROWLAND AND
MARC S. RYAN

By:_____
Allan B. Taylor (ct05332)
Douglas W. Bartinik (ct26196)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
(860) 275-0343 (fax)
abtaylor@daypitney.com
dwbartinik@daypitney.com
Their Attorneys.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

David S. Golub
Jonathan M. Levine
Silver, Golub & Teitell, LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904-0389

_____
Douglas W. Bartinik