UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) ) | |
| v. | ) ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) | |
| Defendants | ) | MARCH 25, 2008 |

## JOINT MOTION TO EXTEND DISCOVERY AND SCHEDULING ORDER DEADLINES

The parties respectfully move the Court to extend, until April 25, 2008, the deadline for responding to each other's initial document requests and interrogatories. In addition, the parties move the Court to extend by sixty (60) days the deadlines for them: 1) to designate their respective trial experts and disclose expert reports; and 2) to complete discovery. This is the Defendants' first motion requesting additional time to respond to discovery, and the Court has previously granted (on four occasions) the Plaintiffs' request for such relief.

The parties seek the foregoing extensions and modifications to the Scheduling Order because the parties' discovery responses, the determination of the parties' damages analysis, if any, and the designation of experts, if any, are necessarily affected by the Court's ruling on plaintiff's pending Motion for Reconsideration. In addition, the Defendants have retained new counsel, who require additional time to familiarize themselves with this factually and legally complex case.

This is the parties' second motion directed to modifying the Scheduling Order

| DEFENDANTS: | PLAINTIFFS |
|---|---|
| By  /s/ <br> Daniel J. Klau (ct17957) <br> Pepe & Hazard LLP <br> Their Attorney <br> Goodwin Square <br> 225 Asylum Street <br> Hartford, CT 06103-4302 <br> Tel. No. (860) 522-5175 <br> Fax No. (860) 522-2796 <br> dklau@pepehazard.com | By  /s/ <br> David S. Golub (ct00145) <br> Silver Golub & Teitell LLP <br> 184 Atlantic Street <br> P.O. Box 389 <br> Stamford, CT 06904 <br> (203) 325-4491 <br> Fax: (203) 325-3769 <br> dgolub@sgtlaw.com |

## CERTIFICATION

I hereby certify that on March 25, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Daniel Klau