UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) ) | JUNE 19, 2008 |
| Defendants | | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

The Defendants move, pursuant to Rule 7 of the Local Rules of Civil Procedure, for an extension of time of 30 days to respond to the following discovery requests:

1. Plaintiffs' Requests for Admissions (dated May 19, 2008);

2. Plaintiffs' First Set of Interrogatories to Defendant M. Jodi Rell (dated May 19, 2008).

The undersigned states that opposing counsel consents to this request. This is the Defendants' first motion for an extension of time with respect to the foregoing discovery requests.

DEFENDANTS:
JOHN G. ROWLAND AND MARC S. RYAN

By___/s/_____
Daniel J. Klau (ct17957)
Bernard E. Jacques (ct12293)
Pepe & Hazard LLP
Their Attorney
Goodwin Square
225 Asylum Street

DJK/33813/2/854949v1
06/19/08-HRT/

                                                 Hartford, CT 06103-4302
                                                 Tel. No. (860) 522-5175
                                                 Fax No. (860) 522-2796
                                                 bjacques@pepehazard.com
                                                 dklau@pepehazard.com

DJK/33813/2/854949v1
06/19/08-HRT/

## CERTIFICATION

I hereby certify that on June 19, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/
                                        Daniel Klau

DJK/33813/2/854949v1
06/19/08-HRT/