UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, : : : Plaintiffs, : : V. : JOHN G. ROWLAND, ET AL, : : Defendants. : | CIV. NO. 3:03CV221 (AVC) AUGUST 15, 2008 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Plaintiffs, through counsel, and with the consent of counsel for defendants, respectfully move this Court for a three-week extension of time until September 5, 2008 in which to respond to defendants' Motion to Dismiss (Dkt. 169). This extension is requested to enable plaintiffs to obtain factual support for their opposition to defendants' Motion, including through pending discovery which defendants have failed, to date, to respond to, and to prepare their responsive memorandum. The time is also requested due to family vacation plans of one of plaintiffs' counsel.

This is plaintiffs' first request for an extension of time directed to this deadline. Attorney Bernard E. Jacques, counsel for defendants, consents to the granting of this Motion.

PLAINTIFFS,

BY_____/s/_____
DAVID S. GOLUB ct00145
JONATHAN M. LEVINE ct07584
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, Connecticut 06904
(203) 325-4491
Fax: (203) 325-3769
(dgolub@sgtlaw.com)
(jlevine@sgtlaw.com)

## CERTIFICATION

I hereby certify that on August 15, 2008, a copy of foregoing Motion For Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/
DAVID S. GOLUB ct00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail:   dgolub@sgtlaw.com