UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL. ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs, ) | |
| v. ) | |
| JOHN G. ROWLAND, ET AL. ) | AUGUST 27, 2008 |
| Defendants. ) | |

## MOTION FOR PROTECTIVE ORDER

The Defendants move, pursuant to Fed.R.Civ.P. 26(c), for a protective order quashing the notices of depositions of Governor M. Jodi Rell and Robert L. Genuario, Secretary of the Office of Policy and Management, which the Plaintiffs have noticed for Friday, August 29, 2008. The accompanying memorandum of law sets forth three distinct reasons why this relief must be granted.[1]

First, well-established authority precludes the Plaintiffs from deposing high ranking government officials, including Governor Rell and Secretary Genuario, except under extraordinary circumstances—which are not present here.

Second, the doctrine of executive privilege bars the Plaintiffs from inquiring into the mental processes of the governor or the secretary or deliberative communications concerning policymaking decisions.

---

[1] Pursuant to Local Rule 37, counsel for the parties conferred in an attempt to resolve in good faith this discovery dispute. The affidavit of Bernard E. Jacques, attesting to that conference, accompanies this motion.

**ORAL ARGUMENT REQUESTED**
DJK/33813/2/859097v1
07/25/08-HRT/

Third, in *Crawford-El v. Britton*, 523 U.S. 574 (1998), the United States Supreme Court held that district courts must exercise their discretion over the discovery process so that government officials who have asserted an immunity defense are not subject "to unnecessary and burdensome discovery or trial proceedings." *Id.* at 598-98. The Defendants have asserted immunity defenses and the depositions of Governor Rell and Secretary Genuario are burdensome and unnecessary.

The depositions of Governor Rell and Secretary Genuario must be quashed on each of these grounds.

        DEFENDANTS:
        JOHN G. ROWLAND AND MARC S. RYAN

By   /s/
    Daniel J. Klau (ct17957)
    Bernard E. Jacques (ct12293)
    Pepe & Hazard LLP
    Their Attorney
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103-4302
    Tel. No. (860) 522-5175
    Fax No. (860) 522-2796
    bjacques@pepehazard.com
    dklau@pepehazard.com

## **CERTIFICATION**

  I hereby certify that on August 27, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 _____/s/_____
                    Daniel Klau