UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>JOHN G. ROWLAND, ET AL.<br><br>Defendants. | ) CIVIL ACTION NO.<br>) 3:03-CV-221 (AVC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) AUGUST 27, 2008 |

### AFFIDAVIT OF BERNARD E. JACQUES

Bernard E. Jacques, being duly sworn, deposes and states as follows:

1. I am a partner in the law firm of Pepe & Hazard LLP, which is counsel to the Defendants in above-referenced matter.

2. On or about August 12, 2008, I conferred by telephone with Attorney David Golub, counsel for the Plaintiffs, in an attempt to resolve in good faith, by agreement, a dispute over whether the Plaintiffs were entitled to take the depositions of Governor M. Jodi Rell and Robert Genuario, Secretary of the Office of Policy and Management, which the Plaintiffs had noticed for August 15, 2008. Although we were able to agree that the depositions should be postponed for two weeks, we were unable to reach an agreement that the depositions could not be had. The Plaintiffs insist on taking the depositions of the governor and the secretary of OPM and the Defendants maintain that the law does not permit such depositions, absent extraordinary circumstances not present in this case. Accordingly, the Defendants have filed a motion for a protective order pursuant to Fed.R.Civ.P. 26(c).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2008.

_____
Bernard E. Jacques