# SILVER GOLUB & TEITELL LLP

RICHARD A. SILVER
DAVID S. GOLUB
ERNEST F. TEITELL
PATRICIA M. HAUGH (1942-1988)
JOHN D. JOSEL*
MARIO DINATALE*
JONATHAN M. LEVINE
MARILYN J. RAMOS*
PAUL A. SLAGER*
ANGELO A. ZIOTAS
KATHLEEN L. BRANDT*
PETER MASON DREYER*
CRAIG N. YANKWITT*
AMANDA R. WHITMAN

*ALSO ADMITTED IN NY

LAW OFFICES
THE HERITAGE BUILDING
184 ATLANTIC STREET

MAIL ADDRESS
POST OFFICE BOX 389
STAMFORD, CONNECTICUT 06904

TELEPHONE
(203) 325-4491

FACSIMILE
(203) 325-3769

August 8, 2008

Daniel J. Klau, Esq.
Pepe & Hazard LLP
225 Asylum Street
Hartford, CT 06103-4302

Re: SEBAC v. Rell, et al
    Our File No. 16,404

Dear Dan:

Enclosed are Notices of Deposition for Governor Rell and Secretary Genuario in the above action for August 15, 2008. These depositions are being noticed now to assist plaintiffs in responding to the factual assertions in defendants' pending Motion to Dismiss. I am, of course, willing to be flexible on scheduling, consistent with extensions to the briefing scheduling on defendants' motion.

Thank you for your cooperation.

Very truly yours,

DAVID S. GOLUB

DSG/ds
Enclosures

BY ELECTRONIC AND REGULAR MAIL

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : |
| | : |
| PLAINTIFFS, | : |
| | : |
| V. | : NO. 3:03 CV 221 (AWT) |
| | : |
| JOHN G. ROWLAND, et al | : |
| | : |
| DEFENDANTS. | : AUGUST 8, 2008 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the plaintiff in the above-entitled matter will take the videotaped deposition of M. Jodi Rell, in her official capacity as Governor of the State of Connecticut, on August 15, 2008 at 9:00 a.m., at the offices of Silver Golub & Teitell LLP, 184 Atlantic Street, Stamford, Connecticut 06901. Said deposition will continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE that the deposition will be recorded stenographically before an authorized officer and by videotape.

PLAINTIFFS,

BY /s/
DAVID S. GOLUB  ct00145
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT  06904
(203) 325-4491

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, | : |
| | : |
| PLAINTIFFS, | : |
| | : |
| V. | : NO. 3:03 CV 221 (AWT) |
| | : |
| JOHN G. ROWLAND, et al | : |
| | : |
| DEFENDANTS. | : AUGUST 8, 2008 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the plaintiff in the above-entitled matter will take the deposition of Robert Genuario, in his official capacity as Secretary of the Office of Policy and Management of the State of Connecticut, on August 15, 2008 at 2:00 p.m., at the offices of Silver Golub & Teitell LLP, 184 Atlantic Street, Stamford, Connecticut 06901.

Said deposition will be taken before an authorized officer.

You are invited to attend and cross-examine at that time.

Said deposition will continue from day to day until completed.

PLAINTIFFS,

BY /s/
DAVID S. GOLUB  ct00145
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT  06904
(203) 325-4491