UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL, | : |
| Plaintiffs, | : |
| V. | : CIV. NO. 3:03CV221 (AVC) |
| JOHN G. ROWLAND, ET AL, | : |
| Defendants. | : SEPTEMBER 5, 2008 |

**PLAINTIFFS' MOTION FOR DISCOVERY ORDERS
AS TO DEFENDANT ROBERT GENUARIO**

Plaintiffs, through counsel, respectfully move this Court, pursuant to Rules 37(a) and 37(d), F.R.Civ. Pro., to order defendant Robert Genuario, in his official capacity as Secretary of the Office of Policy and Management of the State of Connecticut, to answer plaintiffs' February 20, 2008 First Set of Interrogatories and Requests for Production (attached as Exhibit A to the annexed Affidavit of David S. Golub dated September 5, 2008), within ten days of the Court's order.

Plaintiffs further move this Court, pursuant to Rule 37(d) and & (b)(2), to order that, unless such complete answers and responsive documents are provided by defendant Genuario within said 10 day period, that orders precluding defendant from challenging plaintiffs' claims and deeming plaintiffs' claims to be proven shall enter.

Plaintiffs further move, pursuant to Rule 37(d) and & (b)(2), for an award of their costs in pursuing this Motion.

As required by Fed.R.Civ.Pro. 37a(1) and 37(d)(1)(B) and D. Conn. Local Rule 37(a), the undersigned certifies that he has undertaken good faith efforts to resolve the discovery disputes described herein, including defendants' claim that they are entitled to limit the scope of discovery, with Daniel J. Klau, Esq., counsel for defendants. The undersigned has been unsuccessful in these efforts.

In support of this Motion, plaintiffs submit the annexed Memorandum and Affidavit of David S. Golub dated September 5, 2008 and attached Exhibits.

PLAINTIFFS,

B_____/s/_____
DAVID S. GOLUB ct 00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904
Telephone: (203) 325-4491
Fax: (203) 325-3769

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008, a copy of the foregoing Plaintiffs' Motion for Discovery Order as to Defendant Robert Genuario was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/
                                      DAVID S. GOLUB ct00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone:  203-325-4491
Fax: 203-325-3769
E-mail:  dgolub@sgtlaw.com