EXHIBIT J

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN G. ROWLAND, ET AL | ) | |
| | ) | JUNE 19, 2008 |
| Defendants | | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

The Defendants move, pursuant to Rule 7 of the Local Rules of Civil Procedure, for an

extension of time of 30 days to respond to the following discovery requests:

1.    Plaintiffs' Requests for Admissions (dated May 19, 2008);

2.    Plaintiffs' First Set of Interrogatories to Defendant M. Jodi Rell (dated May 19,

2008).

The undersigned states that opposing counsel consents to this request.  This is the

Defendants' first motion for an extension of time with respect to the foregoing discovery

requests.

DEFENDANTS:
JOHN G. ROWLAND AND MARC S. RYAN


By____/s/_____
    Daniel J. Klau (ct17957)
    Bernard E. Jacques (ct12293)
    Pepe & Hazard LLP
    Their Attorney
    Goodwin Square
    225 Asylum Street

DJK/33813/2/854949v1
06/19/08-HRT/

Hartford, CT 06103-4302
Tel. No. (860) 522-5175
Fax No. (860) 522-2796
bjacques@pepehazard.com
dklau@pepehazard.com

DJK/33813/2/854949v1
06/19/08-HRT/

## CERTIFICATION

I hereby certify that on June 19, 2008, a copy of the foregoing document was filed

electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation

of the Court's electronic filing system. Parties may access this filing through the Court's

system.

_____/s/_____
Daniel Klau

DJK/33813/2/854949v1
06/19/08-HRT/