# EXHIBIT K

### David Golub- Silver Golub & Teitell

**From:** Klau, Daniel [DKlau@PepeHazard.com]
**Sent:** Tuesday, August 05, 2008 12:46 PM
**To:** David Golub- Silver Golub & Teitell
**Cc:** Jacques, Bernard
**Subject:** SEBAC

Hi David:

I'm back from vacation. I understand you spoke with Jill Alward about the docs we sent you, but have more questions. I'm preparing a letter that describes the contents/nature of the docs in greater detail. I'm also happy to chat about them on the phone.

We are also preparing a large document production early next week.

In light of the recent motions/objections, etc., I think a status conference with Judge Covello would be worthwhile. I intend to write him a letter requesting that he schedule one. I'd like to note whether you support the request. Please let me know.

Thanks,

Dan