# EXHIBIT L

### David Golub- Silver Golub & Teitell

**From:** Klau, Daniel [DKlau@PepeHazard.com]
**Sent:** Tuesday, July 22, 2008 11:14 AM
**To:** David Golub- Silver Golub & Teitell
**Cc:** Jonathan Levine- Silver Golub & Teitell
**Subject:** RE: Sebac - Union Obj and Ans to Int

David:

Thanks for your response. I understand SEBAC's position. Although I do not agree with it in this case, as I mentioned, we will be providing much of what was requested.

    REDACTED - Pertains to another matter

Best,

Dan