# EXHIBIT M

-----Original Message-----
**From:** David Golub- Silver Golub & Teitell [mailto:dgolub@sgtlaw.com]
**Sent:** Tuesday, July 22, 2008 11:07 AM
**To:** Klau, Daniel
**Cc:** Jonathan Levine- Silver Golub & Teitell
**Subject:** RE: Sebac - Union Obj and Ans to Int

Dan -

Re SEBAC, it is plaintiffs' position that the mere filing of a motion to stay, absent a ruling from the Court actually staying discovery, does not relieve defendants of any of their discovery obligations.

REDACTED - Pertains to another matter.

David


David S. Golub
Silver Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford, Connecticut 06904
Tel.  203 325-4491
Fac.  203 325-3769
email:  dgolub@sgtlaw.com

9/4/2008