UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, ET AL | ) ) ) | CIVIL ACTION NO. 3:03-CV-221 (AVC) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| JOHN G. ROWLAND, ET AL | ) ) | |
| Defendants | ) | SEPTEMBER 7, 2008 |

### MOTION TO DENY CLASS CERTIFICATION

The Defendants move the Court to deny class certification on the ground that the Plaintiffs have failed to file a timely motion for class certification in compliance with Fed.R.Civ.P. 23(c)(1)(A), this Court's Standing Order on Scheduling in Civil Cases, and the Plaintiffs' self-imposed deadline of April 14, 2008 in the parties' Rule 26(f) report.

Accordingly, as is set forth more fully in the accompanying memorandum of law, the Defendants' motion to deny class certification should be granted.

DEFENDANTS:
JOHN G. ROWLAND AND MARC S. RYAN

By   /s/
   Daniel J. Klau (ct17957)
   Bernard E. Jacques (ct12293)
   Pepe & Hazard LLP
   Their Attorneys
   Goodwin Square
   225 Asylum Street
   Hartford, CT 06103-4302
   Tel. No. (860) 522-5175
   Fax No. (860) 522-2796
   bjacques@pepehazard.com
   dklau@pepehazard.com

## **CERTIFICATION**

I hereby certify that on September 7, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/_____
Daniel Klau