UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE EMPLOYEES BARGAINING AGENT COALITION, et al, : | |
| PLAINTIFFS, : | |
| V. : | NO. 3:03 CV 221 (AWT) |
| JOHN G. ROWLAND, et al : | |
| DEFENDANTS. : | SEPTEMBER 17, 2008 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs, through counsel, respectfully request an extension of time to October 10, 2008 in which to response to defendants' Motion for Protective Order. As previously explained to the Court in plaintiffs' Motion for Extension of Time to respond to defendants' Motion to Dismiss, the parties are attempting to agree upon a stipulation of facts to serve as the basis for cross-motions for summary judgment that would render defendants' Motion for Protective Order moot. The extension to October 10, 2008 requested herein is reasonable to allow the parties to determine whether such a stipulation can be reached and, if not, to provide plaintiffs with sufficient time to respond to defendants' Motion for Protective Order. This Court has previously extended plaintiffs' time for responding to defendants' Motion to Dismiss until October 10, 2008, and the parties agree that a similar extension for plaintiffs' response to defendants' Motion for Protective Order is appropriate.

This is plaintiffs' first request for an extension of time directed to this deadline. Daniel J. Klau, Esq., counsel for defendants, consents to the granting of this Motion.

            PLAINTIFFS,

         BY_____/s/_____
           DAVID S. GOLUB ct 00145
           SILVER GOLUB & TEITELL LLP
           184 ATLANTIC STREET
           P.O. BOX 389
           STAMFORD, CT 06904
           (203) 325-4491

## CERTIFICATION

I hereby certify that on September 17, 2008, a copy of foregoing Motion For Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                               /s/
                       DAVID S. GOLUB ct00145
                       SILVER GOLUB & TEITELL LLP
                       184 Atlantic Street
                       P. O. Box 389
                       Stamford, CT 06904
                       Telephone: 203-325-4491
                       Fax: 203-325-3769
                       E-mail:  dgolub@sgtlaw.com