UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE EMPLOYEES BARGAINING AGENT :
COALITION, et al, :
:
PLAINTIFFS, :
:
V. : NO. 3:03 CV 221 (AVC)
:
JOHN G. ROWLAND, et al :
:
DEFENDANTS. :

## ORDERS

In accordance with proceedings on the record before the Settlement Claims Administrator and pursuant to agreement of the parties in the above captioned case, the Claims Administrator hereby orders the State of Connecticut, through the Retirement Division of the Office of the State Comptroller, to make the following awards to the individual class members, as provided below.

I. <u>Non-Hazardous Duty Pension Service Credit</u>

**a. Laid off and returned to state service**

The class members identified in in Exhibit A were laid off from state service, later returned to state service and may not have received pension credit during the layoff period. Such class members shall receive pension service credit for the period of time indicated in column E of that exhibit, subject to the class member making the mandatory employee contribution, if any, for such pension credit. The Attorney General's Office (AGO) shall provide the Retirement Division with the salary information necessary for the Retirement Division to determine the amount of the mandatory employee contribution for each class member. The Retirement Division will notify the AGO of the amount of such mandatory employee contribution and will award the pension credit upon receipt of the contribution due.

**b. Laid off and never returned to state service**

The class members identified in Exhibit B were laid off from state service and never returned to state service. Such class members shall be deemed to be state employees and receive pension

service credit for the period of time indicated in column E of that exhibit, subject to the class member making the mandatory employee contribution, if any, for such pension credit. The Attorney General's Office (AGO) shall provide the Retirement Division with the salary information necessary for the Retirement Division to determine the amount of the mandatory employee contribution for each class member. The Retirement Division will notify the AGO of the amount of such mandatory employee contribution and will award the pension credit upon receipt of the contribution due.

II. Hazardous Duty Pension Service Credit

The class members identified in Exhibit C were employed in positions that the State of Connecticut has designated as hazardous duty positions and were laid off from such hazardous duty positions prior to qualifying for a hazardous duty pension. These class members shall be deemed state employees in a hazardous duty position and shall receive hazardous duty pension credit for the period of time indicated in column E of that exhibit, subject to the class member making the mandatory employee contribution, if any, for such pension credit. The Attorney General's Office (AGO) shall provide the Retirement Division with the salary information necessary for the Retirement Division to determine the amount of the mandatory employee contribution for each class member. The Retirement Division will notify the AGO of the amount of such mandatory employee contribution and will award the pension credit upon receipt of the contribution due.

III. Pension Repayment by Retirees

The class members identified in Exhibit D have retired from state service in lieu of layoff, have received certain pension benefits after retirement, and are entitled to additional pension credit for the period of time indicated in column E of that exhibit. In order to receive such pension credit, the class member shall repay to the Retirement Division the amount of such pension benefits received during that time period, along with the mandatory employee contribution, if any, for such pension credit. The Attorney General's Office (AGO) shall provide the Retirement Division with the salary information necessary for the Retirement Division to determine the amount of the mandatory employee contribution for each class member. The Retirement

Division will notify the AGO of the amount of such pension repayment and mandatory employee contribution and will award the pension credit upon receipt of the repayment and contributions due.

IV. **Adjustment of Average Annual Salary**

The class members identified in Exhibit E are former state employees and are no longer in state service. Each class member was either bumped to a demoted position or laid off and returned to a demoted position and has not received an adjustment to his or her average annual salary prior to separation or retirement from state service. The Attorney General's Office (AGO) shall provide the Retirement Division with the salary information necessary for the Retirement Division to determine the appropriate average annual salary.

V. **Recalculation of Pension**

In the event that any class member has retired prior to being awarded the additional service credit or an adjustment to the class member's average annual salary, the Retirement Division shall recalculate the pension benefit that each class member is entitled to as a result of the award of the additional credit or salary adjustment accordingly.

VI. **Membership in the State Employee Retirement System (SERS)**

In the event that any class member affected by this order has separated from state service and is no longer a member of the State Employee Retirement System (SERS), the Retirement Division shall reinstate such class member's membership in SERS for the purpose of receiving the awards

that are the subject of this Order. Additionally, any pension service credit awarded will be treated as if the class member were in actual state service, subject to payment by the class member of all mandatory retirement plan contributions associated with such service. For purposes of qualifying for healthcare benefits as a retired state employee, the class member will receive credit for actual state service, subject to payment of mandatory Retiree Health Fund contributions applicable to such service.

SO ORDERED at Bridgeport, Connecticut, this 13th day of September, 2019

S/Holly B. Fitzsimmons

Hon. Holly B. Fitzsimmons
United States Magistrate Judge, In her capacity as
Court-appointed Claims Administrator